Marc D. Fink (MN License # 343407)
4515 Robinson Road
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel: 907-278-2000
Fax: 907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>        Defendant. | Case No: 3:06-CV-00068-JWS<br><br>**MOTION AND APPLICATION OF MARC D. FINK FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF ALASKA** |

To the Honorable Chief Judge John W. Sedwick of the United States District Court for the District of Alaska:

I, Marc D. Fink, hereby apply for permission to appear and participate as counsel for Forest Service Employees for Environmental Ethics and Glen Ith, plaintiffs in the above-entitled case, pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District o

PAGE 1. MOTION AND APP. OF MARC D. FINK FOR PERMISSION TO APPEAR AND PARTICIPATE

Alaska. This motion is supported by the Declaration of Marc D. Fink, filed herewith.

I have concurrently submitted an application to the Clerk of Court for registration participant in the CM/ECF System for the District of Alaska.

I hereby designate Peter Van Tuyn, a member of the Bar of this court, who resides maintains an office in Anchorage, Alaska, with whom the Court and opposing counsel ma readily communicate regarding the conduct of this case.

DATE: March 31, 2006

*Marc D. Fink*
Marc D. Fink (MN License # 343407
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

## Consent of Local Counsel

I hereby consent to the granting of the foregoing application.

DATE: March 31, 2006

s/ Peter Van Tuyn
Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel: 907-278-2000
Fax: 907-278-2004
pvantuyn@earthlink.net