Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel: 907-278-2000
Fax: 907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>Defendant. | Case No: 3:06-CV-00068-JWS<br><br>**DECLARATION OF MARC D. FINK** |

I, Marc D. Fink, submit this Declaration in support of the Motion and Application of Marc D. Fink for Permission to Appear and Participate in the United States District Court for District of Alaska, filed herewith.

PAGE 1. DECLARATION OF MARC D. FINK

My name, address, telephone, and email address are as follows:

Marc D. Fink
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

The jurisdictions to which I am admitted, and date of admission:

| | |
|---|---|
| State of Minnesota: | May 12, 2005 |
| State of Oregon: | September 30, 1999 |
| State of Idaho: | April 25, 1996 |

I am not the subject of any pending disciplinary proceeding in any jurisdiction to which I am admitted.

I have never been suspended from practice or disbarred in any jurisdiction to which I am admitted.

In accordance with D.AK. LR 83.1(d)(4)(A)(vi), I certify that I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: March 31, 2006

Marc D. Fink