# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following attorney is in good standing.

**MARC DAVID FINK**

was duly admitted to practice as an attorney and counselor at law in all the courts of this state on

May 12, 2005

Given under my hand and seal of this court on

March 24, 2006

*Frederick K. Grittner*
Frederick K. Grittner
Clerk of Appellate Courts