Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>  Defendant. | Case No: 3:06-CV-00068-JWS<br><br>**ORDER RE:**<br>**MOTION AND APPLICATION OF**<br>**MARC D. FINK FOR PERMISSION**<br>**TO APPEAR AND PARTICIPATE IN**<br>**THE UNITED STATES DISTRICT**<br>**COURT FOR DISTRICT OF ALASKA** |

   Upon due consideration and for good cause shown, Plaintiff's Motion and Application of Marc D. Fink for Permission to Appear and Participate in the United States District Court for the District of Alaska is hereby GRANTED.  IT IS SO ORDERED.

DATE: April 10, 2006                              /s/John W. Sedwick
                                                              UNITED STATES DISTRICT JUDGE
                                                              For the District of Alaska