BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  3:06-CV-0068 (JWS) |
| v. | ) ) | |
| UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) ) ) | |
| Defendant. | ) ) ) | |

ENTRY OF APPEARANCE

Bruce M. Landon, gives notice of his appearance as counsel for Federal defendants in this action.  All future pleadings should be sent to him at the above address.

1

RESPECTFULLY SUBMITTED this 4th day of May, 2006 at Anchorage, Alaska.

/s/ Bruce M. Landon
BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of  May, 2006 a copy of the foregoing Entry of Appearance was served electronically to:

Marc D. Fink
Peter H. Van Tuyn

/s/ Bruce M. Landon

2