Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>   Defendant. | Case No: 3:06-CV-0068-JWS<br><br>**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Plaintiffs Forest Service Employees for Environmental Ethics and Glen Ith (hereinafter "FSEEE") respectfully move this Court for a temporary restraining order and preliminary injunction to enjoin the Defendant, United States Forest Service, from proceeding with any further road reconstruction associated with the Traitors Cove and Overlook logging projects on the Tongass National Forest, and ordering the Forest Service and its agents and contractors to

immediately cease any ongoing road work or reconstruction. Specifically, FSEEE seeks immediate injunctive relief to enjoin any further road work or reconstruction concerning the following logging roads: SW Neets, Rockfish, Francis Cove, Road 6231 and Road 6232. According to the Forest Service, the work on some of these roads is already completed, and additional road work may commence as soon as the weather permits. *See* Declaration of Marc Fink, ¶ 3.

Counsel for FSEEE has contacted counsel for the Forest Service regarding this motion. *See* Declaration of Marc Fink, ¶ 4. The Forest Service has not notified FSEEE that it is willing to halt further road reconstruction on these roads, and opposes this motion. *Id*.

This motion is supported by FSEEE's accompanying memorandum, FSEEE's Complaint, the Declarations of Marc D. Fink, Andy Stahl, Glen Ith, and David Montgomery, the exhibits and other papers submitted herewith, and such other evidence as the Court deems proper.

DATED this 5th day of May, 2006.

        Respectfully submitted,

        s/ Marc D. Fink
        Marc D. Fink (MN License # 343407)
        4515 Robinson Street
        Duluth, Minnesota 55804
        Tel: 218-525-3884
        Fax: 218-525-3857
        marc@marcdfink.com

        Peter Van Tuyn (AK Bar # 8911086)
        Bessenyey & Van Tuyn
        310 K Street, Suite 200
        Anchorage, AK 99501
        Tel: 907-278-2000
        Fax: 907-278-2004
        pvantuyn@earthlink.net

        Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2006, a copy of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction was served electronically on:

Bruce M. Landon


s/ Marc D. Fink