Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel: 907-278-2000
Fax: 907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH, <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br>　　　　Defendant. | Case No: 3:06-CV-0068-JWS <br><br> **DECLARATION OF MARC D. FINK** |

I, Marc D. Fink, declare:

1. I am a staff attorney with Forest Service Employees for Environmental Ethics.

2. On April 3, 2006, shortly after plaintiffs filed suit in this case, I sent a letter to Deborah Smith, Acting United States Attorney, in Anchorage, Alaska, to inquire as to the status of road reconstruction for the five roads identified in plaintiffs' complaint. *See* Exhibit A.

3. I received a voice message on April 17, 2006, from Bruce Landon of the United States Department of Justice in Anchorage, Alaska, stating that the road work on Roads 6231 and 6232, and the SW Neets road, is complete; that 79% of the road work on the Rockfish road is complete, and that the contractor is expected to finish the work as weather permits; and that equipment has been moved to the site of the Francis Cove road with the contractor planning to start work as soon as weather permits.

4. On May 4, 2006, I contacted Bruce Landon, the attorney representing the United States Forest Service, regarding this motion. Mr. Landon indicated that he would check with the Forest Service to see whether it would voluntarily halt further road reconstruction on the roads identified in Plaintiffs' Complaint pending the resolution of this case. The Forest Service has not notified FSEEE that it will halt the further reconstruction of these roads.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of May, 2006.

s/ Marc D. Fink
Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, a copy of the Declaration of Marc D. Fink was served electronically on:

Bruce M. Landon

s/ Marc D. Fink