# FSEEE Forest Service Employees for Environmental Ethics

4515 Robinson St., Duluth, MN  55804     Tel: (218) 525-3884     Fax: (218) 525-3857     Email: marc@fseee.org

April 3, 2006

Deborah Smith
Acting United States Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513

Re:     *Forest Service Employees for Environmental Ethics, et al. v. United States Forest Service,* Civ. No. 3:06-CV-00068-JWS

Dear Ms. Smith,

    I write concerning a new case filed last week on behalf of Forest Service Employees for Environmental Ethics and Glen Ith against the United States Forest Service concerning road reconstruction on the Tongass National Forest. I would like to know which attorney has been assigned to represent the Forest Service in this case. I also inquire as to the status of road reconstruction for the five roads identified in our complaint so that we can determine the potential need to move for preliminary injunctive relief. The projects, as set forth in our complaint, are Forest Service Roads 6231 and 6232 that are mentioned in the environmental assessment for the Overlook logging project, and the SW Neets, Rockfish, and Francis Cove roads within the analysis area of the Traitors Cove logging project. Our understanding is that some of the road reconstruction may be on-going or planned to commence in the near future, and I would therefore appreciate learning the status of this road work as soon as possible.

    Thank you, and if you have any questions please contact me at 218-525-3884.

Sincerely,

Marc D. Fink, Attorney
Forest Service Employees for
Environmental Ethics