Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel: 907-278-2000
Fax: 907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>　　　　Defendant. | Case No: 3:06-CV-0068-JWS<br><br>**DECLARATION OF DAVID MONTGOMERY** |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following facts are true and correct:

　　　　1.　　My name is David Montgomery. I am a Professor in the Earth and Space Sciences Department at the University of Washington. I hold a Ph.D. in Geomorphology from the University of California at Berkeley. I study the evolution of topography and the influence

Page 1, DECLARATION OF DAVID MONTGOMERY

of geomorphological processes on ecological systems and human societies. My published work includes studies of the evolution of salmon and their habitats, fluvial and hillslope processes in mountain drainage basins, the evolution of mountain ranges (Cascades, Andes, and Himalaya), and the analysis of digital topography. My current research includes field projects in eastern Tibet and the Pacific Northwest of North America. I am generally familiar with southeast Alaska, its logging roads, and its timber harvest practices. In 1994, I served on the expert team for the modified Delphi review of stream and fish habitat protection measures for the USDA Forest Service Alaska Region Fish Habitat Assessment Team, and in 1993 I was a member of President Clinton's Forest Ecosystem Management Assessment Team (FEMAT).

2.   Roads have long been recognized as a source of both accelerated erosion and rapid runoff generation. Although road construction and/or reconstruction typically involves disturbing a relatively small area of a watershed, the resulting changes in runoff generation and sediment production may significantly affect stream channels. Many of the specific local effects of roads are widely recognized. Side-cast material from cut and fill road work may fail and trigger landslides, and material eroded from cut slopes, road-side ditches and road beds can significantly increase the sediment load of downslope streams. The amount of sediment delivered to streams from roads can exceed the combined amount resulting from all other land management activities in forested mountain drainage basins.

3.   In southeast Alaska, roads that are not maintained for long periods of time re-vegetate, commensurately reducing erosion as alder and the roots of other vegetation decrease surface erosion from the roadbed. In addition, the old roadbed becomes increasingly permeable to water, no longer generating, channeling and concentrating surface flow.

Page 2, DECLARATION OF DAVID MONTGOMERY

4.   There are two sources of soil erosion associated with road reconstruction. The first is the road re-building activity itself. Heavy equipment disturbs and compacts soil, and removes protective vegetative cover. Rainfall and snowmelt on the newly-exposed soil surfaces will increase surface erosion of fine soil particles into streams and, in susceptible locations, increases the risk of landslide erosion.

5.   The second source of soil erosion is associated with the use of the newly-opened roads. Vehicle travel over wet gravel or native surface roads forces small particulates from within the road to the surface where road runoff transports the sediment to streams. This is a significant source of erosion on unpaved roads typical of forested mountain drainage basins.

6.   Erosion from unused, abandoned roads is a small fraction of erosion from reconstructed traveled roads. For example, a well-known and widely cited study from the Olympic Mountains in Washington State found that heavily-used roads produced 220 times more sediment per mile of road than did abandoned, unused roads. Reid, L. M., and Dunne, T. 1984, "Sediment Production from Forest Road Surfaces," <u>Water Resources Research</u>, Vol. 20, No. 11, pp 1753-1761. Vehicle travel along reconstructed roads pumps fine sediment from the road bed to the road surface where it can be carried off by rain into streams. The force of this pumping action is directly proportional to the weight of the vehicle; loaded log trucks generate substantially more sediment in this manner than do passenger vehicles.

7.   The erosion that results from road reconstruction cannot be assessed in isolation. It adds to erosion from natural processes and from present and future logging activities in the affected watersheds. Even a small amount of erosion from road reconstruction (and the amounts are likely not insignificant) when added together with other sediment sources can substantially

degrade water quality and fish habitat.

8. I have reviewed photographs of last summer's road reconstruction activities at the Overlook project. The comments I make in this statement are relevant to the Overlook road reconstruction. I have also reviewed engineering drawings of the SW Neets, Rockfish and Francis Cove road reconstruction projects. These projects are comparable to the road work done at Overlook and my comments in this statement apply to these three projects, too.

9. A formal analysis of the erosion and sediment associated with these projects requires detailed knowledge of the soil types, landforms, topography, as well as an accounting of the past, concurrent, and future land use practices in the affected watersheds. In addition, the analysis requires detailed information about the morphology of the streams affected by the reconstruction and other activities. To the best of my knowledge, the Forest Service has made no such assessment for the Overlook and other three projects. In the absence of that analysis, any conclusion regarding the significance, or non-significance, of erosion associated with these projects is simply arbitrary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of May, 2006.

DAVID MONTGOMERY

Reid, L. M., and Dunne, T. 1984. Sediment Production from Forest Road Surfaces. Water Resources Research, Vol. 20, No. 11, pp 1753-1761.

Montgomery, D. R. 1994. Road surface drainage, channel initiation, and slope instability. Water Resources Research, Vol. 30, No. 6, pp 1925-1932.

Page 4, DECLARATION OF DAVID MONTGOMERY

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, a copy of the Declaration of David Montgomery was served electronically on:

Bruce M. Landon

s/ Marc D. Fink