Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendant. | Case No: 3:06-CV-00068-JWS <br><br> **DECLARATION OF ANDY STAHL** |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following facts are true and correct:

1. My name is Andy Stahl. I live in Eugene, Oregon, and am the Executive Director of Forest Service Employees for Environmental Ethics ("FSEEE").

2. FSEEE has a strong interest in insuring that the Forest Service follows the proper, mandatory procedures prior to proceeding with projects and activities that may impact the environment. FSEEE believes that the NEPA and Appeals Reform Act procedures are designed to insure that the concerned public has a meaningful voice in Forest Service decisions, and that the procedures are designed to result in better agency decisions.

3. FSEEE first learned about the road reconstruction associated with the Overlook logging project in August, 2005, when Glen Ith sent me several photographs of the road work.

4. FSEEE first learned about the road reconstruction associated with the Traitors Cove logging project on or about February 1, 2006. We were concerned that the Overlook project might not be the only location where the Forest Service was reconstructing roads connected to timber sales it had yet to assess, disclose, or approve. I searched the Federal Business Opportunities website (http://www.fedbizopps.gov/) for Tongass-related contract solicitations. That's where I discovered the documents attached hereto as Exhibits N, O and P. The Federal Business Opportunities website is the government's centralized database for contracts for the procurement of goods or services from the private sector. It is not a method for notifying the public or proposed actions under NEPA or the Appeals Reform Act. In fact, it takes a bit of detective work and some modest expense to figure out where the road contracts are precisely located as that information is not contained in the Federal Business Opportunities data,

but must be purchased from a private blueprint vendor.

    5.    Attached hereto are true and correct copies of the following documents:

Exhibit A: June 30, 2003 letter from a large number of scientists concerning the Tongass National Forest and the Forest Service's roadless area policy;

Exhibit B: Excerpts from the January 2003 Tongass National Forest "Forest-Level Roads Analysis;"

Exhibit C: Excerpts from the Tongass National Forest "Five Year Monitoring Review;"

Exhibit D: November 5, 2004 "Rockfish, SW Neets, and Francis Cove Environmental Assessments Project Update;"

Exhibit E: November 17, 2004 letter from National Marine Fisheries Service to the Forest Service regarding the Rockfish, SW Neets, and Francis Cove Environmental Assessments;

Exhibit F: Excerpts from the Tongass National Forest "Schedule of Proposed Actions" for January 1, 2006 through March 31, 2006;

Exhibit G: February 6, 2006 e-mail from Lynn Kolund of the Forest Service to Andy Stahl;

Exhibit H: February 3, 2006 e-mail from Lynn Kolund of the Forest Service to Andy Stahl;

Exhibit I: Excerpts from the April 2005 Overlook Project Area Environmental Assessment;

Exhibit J: August 18, 2005 e-mail from Patricia Grantham of the Forest Service to Andy Stahl;

Exhibit K: March 15, 2006 letter from Forest Service to Glen Ith concerning withdrawal of the Overlook decision and dismissal of appeal;

Exhibit L: Map of the SW Neets Road Reconstruction;

Exhibit M: Map of the Rockfish Road Reconstruction;

Exhibit N: Excerpts of the bid invitation for the SW Neets Road Reconstruction;

Exhibit O: Excerpts of the bid invitation for the Rockfish Road Reconstruction;

Page 3, DECLARATION OF ANDY STAHL

Exhibit P:   Excerpts of the bid invitation for the Francis Cove Road Reconstruction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of May, 2006.

*Andy Stahl*

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, a copy of the Declaration of Andy Stahl was served electronically on:

Bruce M. Landon

s/ Marc D. Fink