# Tongass National Forest

# Forest-Level Roads Analysis



Prepared for
Tongass National Forest
Region 10
USDA Forest Service

January 2003

Prepared by
Foster Wheeler Environmental Corporation
12100 NE 195th Street, Suite 200
Bothell, WA 98011

2. Prepare a report with accompanying map(s) that documents the information and analysis methods used to identify access and environmental priorities, issues, and guidelines for future road management and the key findings. At a minimum, the report will include the following:

   a. Inventory and map all classified roads, and display how these roads are intended to be managed.

   b. Provide guidelines for addressing road management issues and priorities related to construction, reconstruction, maintenance, and decommissioning.

   c. Identify significant social and environmental issues, concerns, and opportunities to be addressed in project level decisions.

   d. Document coordination efforts with other government agencies and jurisdictions.

This roads analysis follows the six-step process prescribed by FSM 7712 and Forest Service Miscellaneous Report FS-643. The document is divided into five steps:

1) Setting up the Analysis

2) Describing the Situation

3) Identifying Issues

4) Assessing Benefits, Problems, and Risks

5) Describing Opportunities and Setting Priorities

The sixth step of the process is this publication, which describes the results of the analysis.

## Project Area Description

The 16.8-million acre Tongass National Forest occupies about 7 percent of the area of Alaska. The Tongass is located in Southeast Alaska, the area commonly called the panhandle of Alaska, and extends from Dixon Entrance in the south to Yakutat in the north; it is bordered on the east by Canada and on the west by the Gulf of Alaska. The Tongass National Forest extends approximately 500 miles north to south, and approximately 120 miles east to west at its widest point. Figure 1 is a vicinity map of the Tongass National Forest.

The Tongass includes a narrow mainland strip of steep, rugged mountains and icefields, and more than 1,000 offshore islands known as the Alexander Archipelago. Together, the islands and mainland have nearly 11,000 miles of meandering shoreline, with numerous bays and coves. A system of seaways separates the many islands and provides a protected waterway called the Inside Passage. Federal lands comprise about

95 percent of Southeast Alaska, with about 80 percent in the Tongass National Forest (and most of the rest in Glacier Bay National Park and Preserve).  The remaining land is held in State, Native corporation, and other private ownerships.

Most of the area of the Tongass is wild and undeveloped.  Approximately 73,000 people inhabit Southeast Alaska, most living in 32 communities located on island or mainland coasts.  Only eight of the communities have populations greater than 1,000 persons.  Most of these communities are surrounded by, or adjacent to, National Forest System land.  Only three towns are connected to other parts of the mainland by road:  Haines and Skagway to the north, and Hyder to the south.

The economies of Southeast Alaska's communities are largely dependent on the Tongass National Forest to provide natural resources for uses, such as fishing, timber harvest, recreation, tourism, mining, and subsistence.  Maintaining the abundant natural resources of the Forest, while also providing opportunities for their use, is a major concern of Southeast Alaska residents.

Ranger District offices on the Tongass National Forest are located in Yakutat, Juneau, Hoonah, Sitka, Petersburg, Wrangell, Thorne Bay, Craig, and Ketchikan.  There are also two National Monuments (Admiralty Island and Misty Fiords) with offices in Juneau and Ketchikan (see Figure 1).

The Tongass manages approximately 5,000 miles of road, of which about 1,200 (24 percent) are ML 3, 4, or 5 roads.  These roads are designed and maintained for passenger vehicles.  A more complete description of MLs is provided under Step 2 – Describing the Situation and in Appendix B.  Under the Tongass National Forest Land and Resource Management Plan (TLMP) of 1997, land is allocated into 18 land use designations (LUDs) for management purposes.  TLMP provides management direction on the acceptability of roads in each of the LUDs (Table 1).  On a mile per square mile basis, the Modified Landscape and Recreational River LUDs have the highest density of ML 3, 4, and 5 roads with 0.18 mile per square mile.  The Timber Production LUD and Scenic Viewshed LUD have the next highest ML 3, 4, and 5 road density with 0.16 and 0.14 mile per square mile, respectively.

## Step 2 – DESCRIBING THE SITUATION

This section includes a summary of the commonly used terms and definitions in this report, a description of the TLMP guidance for the Forest, a description of the existing road system, and a description of road management in the Forest. Maps of the Forest showing the road system are presented in Figure 2 through Figure 12. A summary of road length by ranger district and maintenance level is presented in Table 3.

### Terms and Definitions

The following commonly used terms are found throughout this report and are defined below.

> **Road:** As used in this document, a road is a motor vehicle travelway over 50 inches wide, unless designated and managed as a trail. A road may be classified, unclassified, or temporary.
>
> **Classified Roads:** Roads wholly or partially within or adjacent to National Forest System lands that are determined to be needed for motor vehicle access, such as State roads, County roads, privately-owned roads, National Forest System roads, and roads authorized by the Forest Service that are intended for long-term use.
>
>> **Public road:** A road open to public travel under the jurisdiction of and maintained by a public authority, such as states, counties, and local communities.
>>
>> **Private road:** A road under private ownership authorized by an easement to a private party, or a road that provides access pursuant to a reserved or private right.
>>
>> **National Forest System Road:** A classified forest road under jurisdiction of the Forest System. The term "National Forest System road" is synonymous with the term "Forest development road," as used in 23 U.S.C. 205.
>
> **Unclassified Roads:** Roads on National Forest System lands that are not needed for, and not managed as part of, the forest transportation system, such as unplanned roads, abandoned travelways, off-road vehicle tracks that have not been designated and managed as a trail, and those roads no longer under permit or authorization.
>
> **Temporary road:** Roads authorized by contract, permit, lease, or emergency operation, not intended to be a part of the forest transportation system and not necessary for long-term resource management.

**Maintenance Levels:**
- Level 1 – Closed more than 1 year
- Level 2 – High-clearance vehicles

- Level 3 – Passenger vehicles; surface not smooth
- Level 4 – Passenger vehicles; surface smooth
- Level 5 – Passenger vehicles; dust free; possibly paved

The Forest assigns roads both an operational and objective maintenance level. Operational levels represent the current status of the road. The objective level represents the intention to upgrade or downgrade the road at a future time.

**Traffic Service Levels:**
- A: Free flowing, mixed traffic; stable; smooth surface; provides safe service to all traffic
- B: Congested during heavy traffic, slower speeds, and periodic dust; accommodates any legal-size load or vehicle
- C: Interrupted traffic flow; limited passing facilities; may not accommodate some vehicles; low design speeds; unstable surface under certain traffic or weather
- D: Traffic flow is slow and may be blocked by management activities; two-way traffic is difficult; backing may be required; rough and irregular surface; accommodates high clearance vehicles; single purpose facility

Further detail regarding MLs and traffic service levels (TSLs) may be found in Appendix B and C, respectively.

**Marine Access Points (MAPs):** MAPs are shoreline locations where the public commonly accesses the Forest. Many MAPs were, or are, log transfer facilities when timber harvest activities occur in the area and are associated with a local road system. Some MAPs may not have any associated structures, but they still receive regular public use.

Table 3. Maintenance Level 3, 4, and 5 (Operational) Road Miles in the Tongass National Forest.

| Administering Ranger District | Maintenance Level | | | Total |
|---|---|---|---|---|
| | 3 | 4 | 5 | |
| Admiralty National Monument | 14.3 | 0.0 | 0.0 | 14.3 |
| Craig | 75.0 | 0.0 | 0.0 | 75.0 |
| Hoonah | 113.1 | 0.0 | 0.0 | 113.1 |
| Juneau | 15.8 | 2.2 | 0.4 | 18.4 |
| Petersburg | 347.5 | 0.0 | 0.1 | 347.6 |
| Sitka | 42.6 | 4.1 | 0.0 | 46.7 |
| Thorne Bay | 410.8 | 8.3 | 0.0 | 419.1 |
| Wrangell | 157.8 | 0.0 | 0.0 | 157.8 |
| Yakutat | 13.3 | 0.0 | 0.0 | 13.3 |
| Ketchikan | 0.8 | 2.0 | 0.0 | 2.8 |
| **Grand Total** | 1,191.0 | 16.6 | 0.5 | 1,208.1 |