# DETERMINATION

**Introduction -** The Tongass National Forest (Tongass) has completed the 5 Year Review of the 1997 Land and Resource Management Plan (Forest Plan).  This document summarizes the approach used to conduct the 5 Year Review, provides some key relevant information on current activities associated with the Tongass, and addresses key topics or considerations related to potential amendments or a revision of the Forest Plan.  Finally, this document provides the Forest Supervisor's overall determination relative to the 5 Year Review of the Forest Plan.

**Approach Used to Conduct 5 Year Review -** Direction or guidance to conduct the 5 Year Review came from the Forest Plan Final Environmental Impact Statement (FEIS) and Record of Decision (ROD), and regulation found at 36 CFR 219.10 (g), which states, "*The Forest Supervisor shall review the conditions on the land covered by the plan at least every 5 years to determine whether conditions or demands of the public have changed significantly.*"

The revised Forest Plan was completed in 1997.  However, a new Forest Plan ROD was issued in 1999, which was set aside in 2001 as a result of litigation.  That same litigation decision indicated the Forest Plan FEIS needed to be supplemented to evaluate roadless areas on the Tongass for wilderness recommendations.  This Forest Plan Supplemental Environmental Impact Statement (SEIS) was completed in 2003.  The 2003 SEIS also updated many of the analyses conducted in the 1997 FEIS.  The 5 Year Review addresses concerns that have accumulated since 1997 regarding the Forest Plan and its interpretations and applications.

The Tongass identified a number of potential issues or concerns related to the Forest Plan by assessing information provided by Forest Service employees, as well as information provided by the public, as part of past and ongoing Forest Plan and project-related public involvement efforts.  The majority of the potential concerns were related to policy and procedures for implementing the Forest Plan.  Other potential concerns could lead to a Forest Plan amendment or revision.  The most relevant issues of this latter group are discussed in this document, including key factors related to the conditions on the land.

A worksheet was developed for each potential concern so that all pertinent information related to the concern would be located in one place.  These worksheets also provide for strategic assignment and tracking of individual concerns through time.  The Tongass has established a Forest Plan Maintenance Program to better facilitate ongoing Forest Plan efforts, including responding to the potential concerns identified in this 5 Year Review.

**Potential Change Agents -** This section briefly describes current activities or programs that potentially affect conditions on the land relevant to the Tongass and the Forest Plan.

**Timber Harvest** - The Forest Plan FEIS developed an allowable sale quantity (ASQ) of 267 million board feet (MMBF) as part of the purpose and need as required by the Forest and Rangeland Renewable Resources Planning Act. The ASQ is the maximum amount of timber that may be programmed, sold, and harvested per decade. The amount of programmed timber sold and harvested on the Forest will vary from year to year. The following table displays the amount of timber that was offered, sold, and harvested during fiscal years 1997 through 2003, and compares the total to the average annual amount of the ASQ.

| Tongass National Forest Timber Offered, Sold and Harvested By Fiscal Year | | | | |
|---|---|---|---|---|
| **Fiscal Year** | **Timber Volume Offered** | **Timber Volume Sold (Percent of ASQ)** | **Timber Volume Harvest (Percent of ASQ)** | **Average Annual ASQ (1997 and 1999 Forest Plan RODs)** |
| 1997 | 188 MMBF | 214 MMBF (80% of ASQ) | 107 MMBF (40% of ASQ) | 267 MMBF |
| 1998 | 187.1 MMBF | 24 MMBF (9% of ASQ) | 120 MMBF (45% of ASQ) | 267 MMBF |
| 1999 | 115.3 MMBF | 61.4 MMBF* (23% of ASQ) | 146 MMBF (55% of ASQ) | 267 MMBF |
| 2000 | 85.3 MMBF | 170.3 MMBF** (91% of ASQ) | 147 MMBF (79% of ASQ) | 187 MMBF*** |
| 2001 | 67.9 MMBF | 49.6 MMBF (19% of ASQ) | 48 MMBF (18% of ASQ) | 267 MMBF**** |
| 2002 | 56.9 MMBF | 24.4 MMBF (9% of ASQ) | 34 MMBF (13% of ASQ) | 267 MMBF |
| 2003 | 88.8 MMBF | 36.5 MMBF (19% of ASQ) | 51.3 MMBF (19% of ASQ) | 267 MMBF |
| **7 Year Average** (Since 1997 Forest Plan Revision) | **112.7 MMBF** (42% of ASQ) | **82.8 MMBF** (31% of ASQ) | **93.3 MMBF** (35% of ASQ) | |

\* This figure does not include timber sales that were advertised and had bid openings in FY 1999 but awarded in FY 2000.
\*\* This figure includes sales advertised and had bid openings in FY 1999 but were awarded in FY 2000. This was due to financial review of a purchaser before timber sale award.
\*\*\* Note the change in ASQ due to transition and implementation of the ROD for the 1999 Modified Forest Plan.
\*\*\*\* Note the change back to the 1997 ASQ level as per the ruling in Sierra Club et al. v. James Lyons et al., March 30, 2001.
\*Shown for illustrative purposes only; the measure of the ASQ is based on timber harvest volume "sold" on a decadal average basis.

The timber table shows that the current levels of timber offered, sold, and harvested are not at or near the 1997 and/or the 1999 Forest Plan ASQ ceilings. The effects of timber harvest are below the amount analyzed in the 1997 Forest Plan FEIS and/or the 1999 ROD. Due to litigation and court orders, the Forest is offering a level of timber for sale that is substantially below that analyzed and permitted under the Forest Plan ASQ calculation and planned programmed harvest.

Biodiversity analyses within the Forest Plan FEIS assumed the maximum level of harvest each year for 100 years. An ASQ of 267 MMBF equates to an annual harvest of about 8,520 acres of productive old-growth for the first decade of the plan. About 16,472 acres have been harvested on the Tongass during the five-year period from 1998 – 2002. This amount of harvest equates to about 3,294 acres annually, less than half the maximum rate

modeled in the Forest Plan (2002 Monitoring Report, pp. 2-164 to 2-165).  The harvest level (51.3 MMBF) for 2003 was similar to the previous two years, and if factored in, would further reduce the average annual acreage.  Therefore, the magnitude of timber harvest and the potential impacts on biodiversity have been less than those forecast in the Forest Plan.

The Forest Plan anticipated an annual amount of 106 miles of new road to support the annual timber harvest of 267 MMBF (2003 SEIS, Table 3.3-15, p. 3-109).   To support the average 93.3 MMBF of timber harvested, there were an average of about 26 miles of new road constructed between 1997 and 2003.  Miles of road construction varies from year to year.  For example, new road construction ranged from about 79 miles in 1997, 2 miles in 1999, 72 miles in 2000, and none in 2002.  Overall, the average mile per year is well below what was forecast or modeled in the Forest Plan.

The total amount of National Forest roads constructed on the Tongass is about 5000 miles (SEIS, page 3-107) of which approximately 29% (approx. 1,450 miles) were constructed as temporary roads or have been determined they are no longer needed for the long term permanent Tongass road system.  Most of these roads have been decommissioned.  The remaining 71% (approx. 3,560 miles) of the roads are considered classified or permanent roads, of these about 1,260 miles (35%) are maintenance level 1 roads that are in storage and closed to normal passenger vehicle use.   The roads open to public use include about 820 miles for passenger vehicles and about 1,480 miles open to high clearance vehicles.  Much effort has been used to improve the overall management of the Tongass road system in recent years.  There has been a significant trend in decommissioning roads no longer needed for long term management of the Forest. There has also been a significant reduction of miles of road open to normal vehicular traffic and this trend is expected to continue.  This trend also reflects significant reductions in the deferred maintenance costs associated with the Tongass road system.  Somewhat related to the efforts to reduce deferred maintenance on the Tongass include high levels of effort to correct fish passage concerns on existing roads.  At this time there remains less than 100 miles of potential anadromous fish habitat that could be blocked to fish passage.  Much of these concerns are related to passage of juvenile resident fish through culverts.  No major fish producing streams are included in the streams with inventoried fish passage concerns.  There are more than 16,000 miles of anadromous fish streams on the Tongass.

There is no indication the Forest Plan, including the allowable sale quantity, needs to be revised at this time because of lower levels of timber harvest and road construction, even with the fluctuations of timber volume sold or harvested from year to year.

**Recreation and Tourism** – Recreation and tourism in the region and state is seasonal, with over 80 percent of Alaska's visitors arriving during the summer season from May through September.  The number of visitors to Southeast Alaska has increased over the past decade and those trends are expected to continue.  The number of summer visitors to Southeast Alaska increased by 101 percent from 1993 to 2001, increasing from 502,800 in 1993 to 1,010,352 in 2001 (SEIS, p. 3-129).  Increases in cruise ship passengers account for the majority of the growth.   The Forest serves these visitors by providing