

# Rockfish, SW Neets, and Francis Cove
# Environmental Assessments
# Project Update November 5, 2004

Dear Forest Planning Participant:

The purpose of this letter is to update you on three proposed projects on the Ketchikan Misty Fiords Ranger District. It also offers another opportunity to comment on the projects before alternatives to the proposed actions are finalized.

We sent a scoping letter April 2004 asking for comments on six proposed timber sales: Hassler Island, Klu Bay, Shrimp Bay, Rockfish, SW Neets, and Francis Cove. The fieldwork is complete and preliminary issues are identified for Rockfish, SW Neets, and Francis Cove. Some of the initial data changed following field verification. The table on page 3 shows these changes.

Field verification of data for Hassler Island and Klu Bay is not complete. Those projects are "on hold" at this time. Field verification is in progress for Shrimp Bay.

Preliminary issues identified from public comments are on page 3. Maps of the proposed action for each project are on pages 4-6. Information on how you can comment is on page 7.

## Purpose and Need of the Projects

The Forest Plan includes both Forest-wide goals and objectives, and area-specific (land use designation) goals, objectives, and desired future conditions. These timber sale proposals are to respond to goals and objectives of the Forest Plan and to move the project areas toward desired conditions described in that plan. There is a need to provide timber to meet local demand and support local employment. Small businesses manufacturing timber in Southeast Alaska depend on a stable supply of wood from the Tongass National Forest. These businesses in turn support jobs in the local economy.

## Proposed Actions

These three projects propose a combined timber harvest of about 18.5 million board feet (MMBF). Marine access facilities (formerly called log transfer facilities) for the three projects are located at Fire Cove, SW Neets, and Margaret Bay. An interagency old-growth reserve recommendation will be evaluated in the Francis Cove area.

Land use designations (LUDs) in the project areas are Modified Landscape, and Timber Management. All of these LUDs allow timber harvest. The projects are in roaded areas and timber harvest is not proposed in roadless areas.

*Forrest Cole*

---
USDA Forest Service  Tongass National Forest

Rockfish, SW Neets, and Francis Cove Environmental Assessments

Changes to data in the April 2004 scoping letter after summer 2004 field verification. Data is for the proposed action.

|  | Rockfish EA | | SW Neets EA | | Francis Cove EA | |
|---|---|---|---|---|---|---|
|  | Initial Data | New Data | Initial Data | New Data | Initial Data | New Data |
| Number of Units | 25 | 19 | 13 | 9 | 48 | 27 |
| Total Acres | 480 | 390 | 546 | 285 | 825 | 353 |
| New Road Construction Miles | 4.0 | 3.3 | 3.0 | 2.6 | 5.5 | 2.9 |
| Estimated Timber Volume MMBF | 7.0 | 5.5 | 5.0 | 6.0 | 5.0 | 7.0 |
| Requires Old Growth Reserve Amendment to the Forest Plan | No | No | No | No | Yes | Yes |

## Preliminary Issues

*[handwritten annotation: est. low volume now has send data]*

**Issue Statement 1: Wildlife Habitat**

Harvest of old growth and road building causes

- Fragmentation increasing edge effect and decreasing habitat
- Loss of habitat decreasing habitat capability
- Loss of connectivity affecting seasonal migration and loss of genetic diversity
- An increase in access providing more opportunity for hunting and fishing

**Issue Statement 2: Road Costs**

Road building causes

- A road maintenance need which if unmet will lead to an increase in road maintenance backlog
- Costs money which increases the cost of the sale

**Issue Statement 3: Helicopter Costs**

Proposed helicopter logging causes

- An increase in logging costs resulting in deficit sales which cannot be offered
- An increase in logging costs resulting in sales that do not sell

**Issue Statement 4: No Clearcuts**

Harvesting units by clearcut or clearcut with reserves causes

- A loss of wildlife habitat affecting wildlife populations

**Issue Statement 5: Cultural & Traditional Use**

Harvest timber in the Traitor's Cove clan harvesting and gathering area reduces

The available resources lessening the opportunities and success for hunting and gathering and increasing the competition for these resources.



Rockfish, SW Neets, and François Cove Environmental Assessments

/2006  10:55    19077476105              SITKACONSERVATION                PAGE





Rockfish, SW Neets, and Francis Cove Environmental Assessments



Rockfish, SW Neets, and Francis Cove Environmental Assessments

02/07/2006  11:00  19077476105  SITKACONSERVATION  PAGE