

# Schedule of Proposed Action (SOPA)
## 01/01/2006 to 03/31/2006
### Tongass National Forest

This report contains the best available information at the time of publication. Questions may be directed to the Project Contact.

| Project Name | Project Purpose | Planning Status | Decision | Expected Implementation | Project Contact |
|---|---|---|---|---|---|
| **R10 - Alaska Region, Occurring in more than one Forest (excluding Regionwide)** | | | | | |
| **Helicopter Access for FIA Inventory in Wilderness** <br> EA <br> ***NEW LISTING*** | - Research | In Progress: <br> Scoping start 12/07/2005 <br> Estimated 215 comment 01/2006 | Expected:02/2006 | 05/2006 | Ken Post <br> 907-586-8796 <br> kpost@fs.fed.us |
| | **Description:** PNW Research station is proposing to inventory 928 plots in Wilderness over a 10-year span with 557 plots accessed by helicopter and 371 plots accessed by day hiking. Inventory protocol includes completing 10 percent of the plots each year.CZMA-FAA1 | | | | |
| | **Location:** UNIT - Tongass National Forest All Units, Chugach National Forest All Units. STATE - Alaska. COUNTY - Anchorage, Haines, Juneau, Ketchikan Gateway, Prince of Wales-Outer, Sitka, Skagway-Hoonah-Angoon, Wrangell-Petersburg (C, Yakutat. 19 Wilderness Areas on the Tongass National Forest & one wilderness study area on the CNF. | | | | |
| **Tongass National Forest, Occurring in more than one District (excluding Forestwide)** | | | | | **R10 - Alaska Region** |
| **National Guard Training Activities Special Use Permit** <br> EA | - Special use management | Completed | Actual: 11/07/2005 | 01/2006 | Russell Beers <br> 907-772-5940 <br> rbeers@fs.fed.us |
| | **Description:** Multi-year Special Use Permit to be issued to the Alaska Army National Guard to provide training areas for their military mission and to ensure readiness throughout Southeast Alaska. CZMA - FL/P (1) | | | | |
| | **Location:** UNIT - Juneau Ranger District, Sitka Ranger District, Ketchikan - Misty Ranger District, Petersburg Ranger District. STATE - Alaska. COUNTY - Juneau, Ketchikan Gateway, Sitka, Wrangell-Petersburg (C. Multiple sites located near Petersburg, Juneau, Ketchikan and Sitka. | | | | |
| **Niblack Mining Corp-Mine Exploration** <br> DM | - Minerals and Geology | Completed | Actual: 09/14/2005 | 10/2005 | Dennis Benson <br> 907-826-1641 <br> dbenson@fs.fed.us |
| | **Description:** Drill two exploratory holes on National Forest System lands. CZMA-FAA(3) | | | | |
| | **Location:** UNIT - Craig Ranger District, Thorne Bay Ranger District. STATE - Alaska. COUNTY - Prince of Wales-Outer. LEGAL - T79S R88E, section 4. Southeast side of Prince of Wales Island, Moira Sound, Niblack Anchorage. | | | | |

| Project Name | Project Purpose | Planning Status | Decision | Expected Implementation | Project Contact |
|---|---|---|---|---|---|
| **Tongass National Forest**    Ketchikan - Misty Ranger District (excluding Projects occurring in more than one District) | | | | | R10 - Alaska Region |
| **Salvage Trail Fish Passage Project** <br> DM <br><br> *NEW LISTING* | - Wildlife, Fish, Rare plants | Developing Proposal <br> Est. Scoping Start : 01/2006 | Expected:04/2006 | 08/2006 | John Lang <br> 907-828-4149 <br> jslang@fs.fed.us |
| | **Description:** Replace two culverts (a 36-inch and 44-inch diameter), with footbridges to facilitate recreational foot and bike traffic and the upstream migration of fish. CZMA FAA (3) | | | | |
| | **Location:** UNIT - Ketchikan - Misty Ranger District. STATE - Alaska. COUNTY - Ketchikan Gateway. LEGAL - Township 74 South, Range 91 East, and Section 26. Ketchikan - Misty Fiords Ranger District, Ward Lake Recreation Area. | | | | |
| **Sealevel Mine Closure** <br> DM | - Minerals and Geology <br> - Land ownership management | In Progress: <br> Scoping start 09/05/2005 | Expected:01/2006 | 06/2006 | Vernon Keller <br> 907-228-4129 <br> vkeller@fs.fed.us |
| | **Description:** Project involves closing four adits and two shafts that are part of the abandoned Sealevel Mine near Thorne Arm. CZMA - FL/P (2). | | | | |
| | **Location:** UNIT - Ketchikan - Misty Ranger District. STATE - Alaska. COUNTY - Ketchikan Gateway. LEGAL - Section 18 of Township 75 S Range 94 E Copper River Meridian. Revillagigedo Island on the northeast side of Thorne Arm, near Gokachin Creek. | | | | |
| **Traitors Cove Environmental Impact Statement** <br> EIS | - Forest products | In Progress: <br> NOI in FR 04/01/2005 | Expected:09/2006 | 03/2007 | Jeannie Blackmore <br> 907-228-4120 <br> jblackmore@fs.fed.us |
| | **Description:** Traitors Cove EIS combines three former EAs into one project. The three EAs were SW Neets Timber Sale, Francis Cove, and Rockfish Timber Sale. CZMA - FAA FL/P (1). | | | | |
| | **Location:** UNIT - Ketchikan - Misty Ranger District. STATE - Alaska. COUNTY - Ketchikan Gateway. North Revilla Island, on both sides of Traitors Cove. | | | | |
| **Ward Creek Fish Habitat Enhancement Project** <br> DM <br><br> *NEW LISTING* | - Wildlife, Fish, Rare plants | Developing Proposal <br> Est. Scoping Start : 01/2006 | Expected:04/2006 | 08/2006 | John Lang <br> 907-828-4149 <br> jslang@fs.fed.us |
| | **Description:** In-stream boulder structures will be constructed in Ward Creek between the Ward Lake Bridge and the Grassy Point area. CZMA FAA (3) | | | | |
| | **Location:** UNIT - Ketchikan - Misty Ranger District. STATE - Alaska. COUNTY - Ketchikan Gateway. LEGAL - Township 74 South, Range 91 East, and Section 35. The project area is on the Ketchikan - Misty Fiord Ranger District, Ward Lake Recreation Area. | | | | |