Subject: Re: Rockfish information request
To: Andy Stahl <andy@fseee.org>
X-Mailer: Lotus Notes Release 6.0.2CF2 July 23, 2003
From: Lynn Kolund <lkolund@fs.fed.us>
Date: Mon, 6 Feb 2006 16:44:51 -0900
X-MIMETrack: Serialize by Router on ENTR10B/E/USDAFS(Release 6.5.4FP1 | June 19, 2005) at
02/06/2006 16:45:51
X-Virus-Scanned: CleanMail 2.5 at mf05
X-Spam-Status: No, hits=0 required=6 tests=[none]
X-Spam-Level:
X-Antivirus: AVG for E-mail 7.1.375 [267.15.2/252]

Andy,
These are all similar type projects. Maintenance of existing, open road systems.
Some segments of all three of these systems could be used in the Traitor's Cove project to haul timber to the respective Log Transfer Facility (LTF) to load on a barge that would be towed to a location for log processing.

We have been able to maintain several segments of our existing remote road system, along with roads connected to the Ketchikan system, such as the White River and Brown Mountain roads. We have a project into contracting for the Ward Lake campground road also.

****************************************
Lynn D. Kolund
District Ranger
Ketchikan-Misty Fiords Ranger District
3031 Tongass Avenue
Ketchikan, AK 99901
Office - (907) 228-4100
Cell - (907) 617-6296
****************************************


1.