Subject: Rockfish information request
Sensitivity:
To: andy@fseee.org
X-Mailer: Lotus Notes Release 6.0.2CF2 July 23, 2003
From: Lynn Kolund <lkolund@fs.fed.us>
Date: Fri, 3 Feb 2006 15:00:24 -0900
X-MIMETrack: Serialize by Router on ENTR10B/E/USDAFS(Release 6.5.4FP1 | June 19, 2005) at
02/03/2006 15:01:29
X-Virus-Scanned: CleanMail 2.5 at mf03
X-Spam-Status: No, hits=0 required=6 tests=[none]
X-Spam-Level:
X-Antivirus: AVG for E-mail 7.1.375 [267.15.1/250]

Andy,

Earlier this week, you sent an email to a couple district employees seeking information on the Rockfish road project. I am treating this as a request for routinely available NEPA information.

The Rockfish "reconstruction" project is basically a maintenance project being completed to bring the existing, open road system back to the standards that it was originally constructed to and to comply with the Best Management Practices and Clean Water Act requirements. There have been no improvements or increased standards incorporated into the project. It is classified as a Deferred Maintenance accomplishment.

This action is covered under FSH 1909.15, chapter 31.12 and requires no NEPA documentation. There is no scoping notice or DM that you request in your email.

Open roads tend to rapidly grow in with alder and slide closed here on the Tongass, which is different from anywhere else that I have worked in my 30 years in the Forest Service. We did receive 195 inches of rain in Ketchikan last year.

I hope this response answers your questions - if not, please contact me by email or the phone numbers below.

*************************************
Lynn D. Kolund
District Ranger
Ketchikan-Misty Fiords Ranger District
3031 Tongass Avenue
Ketchikan, AK 99901

Office - (907) 228-4100  
Cell - (907) 617-6296  
**************************************

1.