EXHIBIT I

Exhibit I in Plaintiffs' memorandum refers to the April, 2005 Overlook Environmental Assessment, which can be found online at:

http://www.fs.fed.us/r10/tongass/projects/overlook/05_overlook-ea.shtml

Plaintiffs tried multiple times to electronically file a pdf of only the pages of the EA that are cited in their opening brief. This pdf, however, was rejected by the Court's electronic filing system.

The pages cited in Plaintiffs' memorandum to Exhibit I correspond to the following pages of the EA:

Exhibit I, page 1 refers to the cover page;
Exhibit I, page 2 refers to the April 22, 2005, letter;
Exhibit I, page 3 refers to the Abstract;
Exhibit I, page 4 refers to page 1 of the EA;
Exhibit I, page 5 refers to page 3 of the EA;
Exhibit I, page 6 refers to page 15 of the EA;
Exhibit I, page 7 refers to page 16 of the EA;
Exhibit I, page 8 refers to page 178 of the EA;
Exhibit I, page 9 refers to page 195 of the EA;
Exhibit I, page 10 refers to page 196 of the EA.