Delivered-To: andy@fseee.org
Subject: Re: Overlook road work
To: Andy Stahl <andy@fseee.org>
Cc: Tom Parker <tparker02@fs.fed.us>,
Christopher S Savage <csavage@fs.fed.us>,
Joe Teter <jteter@fs.fed.us>
X-Mailer: Lotus Notes Release 6.0.2CF2 July 23, 2003
From: Patricia A Grantham <pagrantham@fs.fed.us>
Date: Thu, 18 Aug 2005 10:44:30 -0800
X-MIMETrack: Serialize by Router on ENTR10A/E/USDAFS(Release 6.0.2CF2|July 23, 2003) at 08/18/2005 10:44:35
X-Virus-Scanned: CleanMail 2.5 at mf04
X-Spam-Status: No, hits=-1.665 required=6 tests=[BAYES_00=-1.665]
X-Spam-Level:
X-Antivirus: AVG for E-mail 7.0.338 [267.10.12]

Hi Andy. Sorry to be late in replying, but we've been off-line nationally due to virus issues.

The work associated with roads 6231 and 6232 is covered by FSH 1909.15 part 31.1b #4 - Repair and maintenance of roads, trails, and landline boundaries. This type of work does not require documentation in a decision memo or case file. The activities associated with this work include brushing, resurfacing, ditch cleanout and replacement of deteriorated log stringer bridges. On the 6231 road, the one log stringer bridge was removed (and not replaced) and the road placed into proper storage (old culverts removed) beyond that point. Approximately 40-45 trees were also cut (for new bridge stringers) along road 6235.

As you know, a decision has not been made on the Overlook EA. Whether these roads will be used by that project or not is unknown. At any given time, we have a list of priorities for maintenance and/or storage/obliteration of roads on the District, and roads 6231 and 6232 were on the list this year. We've done (or are about to do) a number of other roads on Mitkof Island that will entail similar activities - two that will maintain sections of road needed for access to our local power line and place unneeded segments into storage, one that will resurface a high use recreation road, and one that will maintain/store about three miles of road and allow for use by ATV's, to name a few. We are working to bring our open road system up to maintenance standards and to place into storage those roads that aren't needed any time soon. I'm looking forward to completing our Access and Travel Management plan later this fall to help set future priorities.

Please let me know if you have any other questions.

Patricia A. Grantham
District Ranger
Petersburg Ranger District
Tongass National Forest
P.O. Box 1328
Petersburg, AK 99833
voice (907) 772-5900
fax (907) 772-5995
pagrantham@fs.fed.us