

| | | | |
|---|---|---|---|
| **United States Department of Agriculture** | **Forest Service** | **Alaska Region** | **P.O. Box 21628**<br>**Juneau, AK  99802-1628** |

**File Code:** 1570
**Date:** March 15, 2006

Mr. Glen Ith
P.O. Box 1612
Petersburg, AK 99833

Dear Mr. Ith:

This is in response to your January 27, 2006, appeal of the Tongass Forest Supervisor's decision on the Overlook Project Area.

On March 13, 2006, the Forest Supervisor signed a letter withdrawing his decision on the Overlook Project.  Enclosed is a copy of the Forest Supervisor's letter.

As the Overlook decision has been withdrawn, I am dismissing your appeal without review in accordance with 36 CFR 215.16(a)(7).  This decision is the final determination of the Department of Agriculture with respect to your appeal (36 CFR 215.18(c)).

Sincerely,


*/s/ Paul K. Brewster, Acting for*
DENNIS E. BSCHOR
Appeal Deciding Officer

Enclosure


cc:  Tongass Forest Supervisor
Petersburg District Ranger
Tongass Appeals Coordinator



**Caring for the Land and Serving People**

Printed on Recycled Paper





| United States Department of Agriculture | Forest Service | Alaska Region Tongass National Forest | 648 Mission Street Ketchikan, Alaska 99901 907-225-3101 FAX 907-228-6215 |

**File Code:** 1570 / 2430  **Date:** March 13, 2006
**Route To:**

**Subject:** Overlook Project Area Environmental Assessment

**To:** Regional Forester

I am withdrawing the November 15, 2005, Decision Notice and Finding of No Significant Impact for the Overlook Project Area Environmental Assessment (EA). My recent review of the Overlook EA indicates that the road maintenance and repair work element of the project could be described more clearly to the public.

We will update the documents associated with this project in the next few months. I expect to release a new decision by mid-summer 2006.

FORREST COLE
Forest Supervisor

Cc: District Ranger, Petersburg RD