

# SW Neets Road Reconstruction

## PUBLIC WORKS CONTRACT
PLANS FOR PROPOSED FOREST DEVELOPMENT PROJECT

**PROJECT AREA** (NO SCALE)

### INDEX TO SHEETS

| NO. | DESCRIPTION |
|---|---|
| 1 | TITLE SHEET |
| 2 | LOCATION MAP |
| 3 | SUMMARY OF QUANTITIES |
| 4 | CULVERT TYPICAL |
| 5-10 | WORKLISTS |
| 11 | PIT DEVELOPMENT TYPICAL |
| 12-15 | MAF DETAILS |

### CLOSURE DEVICE

a. ROAD TO REMAIN OPEN

b. ROAD TO BE CLOSED BY ORGANIC ENCROACHMENT (ALDER GROWTH). NO WORK REQUIRED BY PURCHASER.

c. ROAD TO BE CLOSED BY SEEDING. ROADWAY TO BE SCARIFIED TO A DEPTH OF 4". SEED ALL EXPOSED AREAS, PLUS THE TRAVELLED WAY, PER ITEM 625(03). COST ALLOWANCE IS CONTAINED IN THE APPRAISAL.

| ROAD NO. | STA to STA | MP to MP | LENGTH (Miles) | TYPE | CLOSURE DEVICE |
|---|---|---|---|---|---|
| 8060500 | | 1.00 – 5.08 | 5.08 | RECONSTRUCTION | a |
| 8060540 | | 0.00 – 1.96 | 1.96 | RECONSTRUCTION | a |
| 8060541 | | 0.00 – 0.35 | 0.35 | RECONSTRUCTION | a |
| 8060542 | | 0.00 – 0.55 | 0.55 | RECONSTRUCTION | a |
| 8060556 | | 0.00 – 0.35 | 0.35 | RECONSTRUCTION | a |
| 8060570 | | 0.00 – 0.15 | 0.15 | RECONSTRUCTION | a |
| M.A.F. | | | | | |

TONGASS
ENGINEERING & RECREATION

DESIGNED: Berry / Elmore   DATE:
DRAWN: Berry   DATE:
REVIEWED: G.W. BITTORF   DATE: 3/17/05
TNFTYP:08/2004

REVISION:   BY:   DATE:

RECOMMENDED _____ DATE _____
FOREST ENGINEER

APPROVED _____ DATE _____
DISTRICT RANGER

USDA FOREST SERVICE - TONGASS NATIONAL FOREST
R-10 - K-M DISTRICT

SW NEETS ROAD RECONSTRUCTION
TITLE SHEET

ACAD.DWG
PLOT ON 11"x17" PAPER

SH. 1 of 15

