# Rockfish Road Reconstruction

## PUBLIC WORKS CONTRACT
### PLANS FOR PROPOSED FOREST DEVELOPMENT PROJECT

PROJECT AREA



NO SCALE

| ROAD NO. | STA to STA | MP to MP | LENGTH (Miles) | TYPE |
|---|---|---|---|---|
| 8000000 | | 31.15 - 33.34 | 2.19 | RECONSTRUCTION |
| 8000585 | | 0.00 - 0.08 | 0.08 | RECONSTRUCTION |
| 8000586 | | 0.00 - 0.63 | 0.63 | RECONSTRUCTION |
| 8060000 | | 0.00 - 5.15 | 5.15 | RECONSTRUCTION |
| 8060050 | | 0.00 - 0.31 | 0.31 | RECONSTRUCTION |
| 8060200 | | 0.00 - 3.15 | 3.15 | RECONSTRUCTION |
| 8060210 | | 0.00 - 0.55 | 0.55 | RECONSTRUCTION |
| 8060220 | | 0.00 - 1.40 | 1.40 | RECONSTRUCTION |
| 8060224 | | 0.00 - 0.29 | 0.29 | RECONSTRUCTION |
| 8060360 | | 0.00 - 0.09 | 0.09 | RECONSTRUCTION |
| M.A.F. | | | | RECONSTRUCTION |

## INDEX TO SHEETS

| NO. | DESCRIPTION |
|---|---|
| 1 | TITLE SHEET |
| 2 | LOCATION MAP |
| 3-4 | SUMMARY OF QUANTITIES |
| 5 | CULVERT TYPICAL |
| 6 | TYPICAL OVERLAY SECTION |
| 7-16 | WORKLISTS |
| 17 | BRIDGE TYPICAL |
| 18 | PIT DEVELOPMENT TYPICAL |
| 19-22 | M.A.F. DETAILS |

TONGASS
ENGINEERING & RECREATION

DESIGNED: Berry / Elmore    DATE:
DRAWN:    DATE:    BY: Berry
REVIEWED: G.W. BITTORF    DATE:
REVISION:    DATE: 5/5/05
TNFTYP-08/2004

RECOMMENDED

DISTRICT RANGER    DATE
APPROVED

FOREST ENGINEER    DATE

ROCKFISH ROAD RECONSTRUCTION
USDA FOREST SERVICE - TONGASS NATIONAL FOREST
R-10 - K-M DISTRICT

TITLE SHEET

ACAD.DWG
PLOT ON 11"X17" PAPER

SH. 1 of 22

