# INVITATION FOR BIDS

**Solicitation No: AG-0116-S-05-0031**

**Bid Opening Date: 09/02/2005**

**PROJECT NAME: Rockfish Road Reconstruction**

| | QUICK INDEX | |
|---|---|---|
| **Section** | **Item Description** | |
| A | SF 1442, Solicitation, Offer and Award | |
| B | Schedule of Items | |
| C | Description and Specifications | |
| D | Packaging and Marking | |
| E | Inspection and Acceptance | |
| F | Deliveries and Performance | |
| G | Contract Administration Data | |
| H | Special Contract Requirements | |
| I | Contract Clauses | |
| J | List of Attachments | |
| K | Representation/Certifications | |
| L | Instructions to Offerors | |
| M | Evaluation Factors | |

**BID REMINDERS**

**Electronic bids will not be accepted. Submit printed copy of bid to the address listed on the enclosed SF 1442. Before submitting your bid, please review the following:**

- Have you rechecked your bid figures?
- Have you completed the Schedule of Items?
- Have you completed and signed the SF 1442, Solicitation, Offer & Award?
- Have you acknowledged all amendments?
- **Have you completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at *http://orca.bpn.gov* (Section K)**
- Is your bid guarantee enclosed in proper form and amount (see FAR Clause 52.228-1), including Power of Attorney affidavit?
- **Have you marked "Bid Enclosed for Solicitation No: AG-0116-S-05-0031" in the lower left corner of the bid submittal envelope?**
- **Have you registered in the Central Contractor Registration Database? (Section I)**

This solicitation incorporates by reference

Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03

**ISSUING OFFICE:**       USDA – Forest Service
Federal Building, 648 Mission St.
KETCHIKAN, AK 99901
Phone: (907) 228-6244 – FAX: (907) 228-6241

OMB APPROVAL NO. 2700-0042

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. AG-0116-S-05-0031 | 2. TYPE OF SOLICITATION ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 08/03/2005 | PAGE 2 | OF PAGES 65 |
|---|---|---|---|---|---|

**IMPORTANT** - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY   CODE | 8. ADDRESS OFFER TO |
|---|---|
| Tongass National Forest<br>Federal Building, 648 Mission Street<br>Ketchikan, AK 99901 | Same as Block 7 |

| 9. FOR INFORMATION CALL: | A. NAME Tonya Rymer | B. TELEPHONE NO. *(Include area code)* **(NO COLLECT CALLS)** (907) 228-6244 |
|---|---|---|

## SOLICITATION

NOTE:  In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

1. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

### ROCKFISH ROAD RECONSTRUCTION

**Price Range:**  The Government's estimate is between $250,000 and $500,000.

**Note:**

- **Facsimile offers for this solicitation are acceptable however bid guarantees must be original. Please review Provision L.2 prior to submitting your offer.**
- **The contract drawings for this project must be purchased from Digital Blueprint, Anchorage, Alaska, telephone (907) 274-4060.  Refer to Provision L.9 for further details.**
- **No changes were made to contract drawings that were originally uploaded to Digital Blueprint under Solicitation R10-05-05-28.  These drawings are still correct and do not need to be repurchased.**

11. The Contractor shall begin performance within <u>10</u> calendar days and complete it within <u>365</u> calendar days after receiving ☐ award,  ☒ notice to proceed. This performance period is ☒ mandatory,  ☐ negotiable.  *(See Section F.2.)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)*   ☒ YES    ☐ NO | 12B. CALENDAR DAYS 15 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and _____ copies to perform the work required are due at the place specified in Item 8 by **3:00 pm** *(hour)* local time **9/2/2005** *(date)*.  If this is a sealed bid solicitation, offers must be publicly opened at that time.  Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee     ☒ is,    ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than <u>60</u> calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212<br>Computer Generated | 1442-101 | **STANDARD FORM 1442** (REV. 4-85)<br>Prescribed by GSA<br>FAR (48 CFR) 53.236-1(e) |
|---|---|---|

# SECTION C--DESCRIPTION/SPECIFICATIONS

## C.1  Project Scope

a. Description:  This project involves reconstruction of 13.85 miles of forest road and reconstruction of a native log bulkhead.  Some of the major work items for the road reconstruction are: producing and placing aggregate base, haul, mobilization, reconditioning roadbed, roadside brushing, and pit development, installation of culverts and a bridge, quality control, and quantity measurement.  The native log bulkhead is comprised of the following work: Excavate and stockpile up to 2,116 cubic yards of existing backfill and/or bedrock at the existing log transfer facility; reconstruct a 36 foot wide, 30 foot deep, 15 foot high native log bulkhead to serve as the terminal abutment for the low angle barge ramp; Backfill log bulkhead and place stockpiled material to construct an 86.5 foot long by 25 foot wide driving surface (plus up to 17.5 foot wide log load clearance buffers on either side of ramp), 12% gradient shot rock fill low angle barge ramp from the terminal bulkhead to the existing grade of the upland working pad; and construct 220 lineal feet of perimeter log berms for improved diversion of surface runoff to the existing drainage structures.

The intent of the contract is to provide for the complete construction of the project described in the contract.  Unless otherwise provided, the contractor is to furnish all labor, materials, equipment, tools, transportation, and supplies and perform all work required to complete the project in reasonably close conformity with the drawings and specifications, and in accordance with the provisions of the contract.  Payment for contract work will be made **only for and under** those pay items included in the Schedule of Items.  All other work and materials will be considered as incidental to and included in the payment for items shown.

b. Location:  The project is located on the Ketchikan-Misty Fiords Ranger District of the Tongass National Forest.  It is approximately 30 miles North of Ketchikan Alaska.  It can be reached by only sea plane or boat.  The road system can be accessed by the Forest Service Fire Cove Marine Access Facility (MAF) located on the southern shore of Neets Bay about 6 miles into the bay from the mouth where Neets Bay enters Behm Canal.

c. Price Range:  between $250,000 - $500,000.

## C.2  Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03.

The Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03, are included by reference.  The requirements contained in these specifications are hereby made a part of this solicitation and any resultant contract.

The FP-03 U.S. Customary Units specifications are available on-line for download in Adobe Acrobat PDF and Microsoft Word formats, for no costs, at:

> http://www.wfl.fha.dot.gov/design/specs/fp03.htm