OMB APPROVAL NO. 2700-0042

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. R10-05-056 | 2. TYPE OF SOLICITATION ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 11 July 2005 | PAGE OF PAGES 1 of 52 |
|---|---|---|---|---|

**IMPORTANT** - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY   CODE | | 8. ADDRESS OFFER TO |
|---|---|---|
| USDA Forest Service R10 Regional Office 709 W. 9th PO Box 21628 Juneau, AK 99802-1628 | | USDA Forest Service R10 Regional Office 709 W. 9th PO Box 21628 Juneau, AK 99802-1628 |

| 9. FOR INFORMATION CALL: | A. NAME Caroline Wallace | B. TELEPHONE NO. *(Include area code)* **(NO COLLECT CALLS)** 907-586-7912 or cwallace@fs.fed.us |
|---|---|---|

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

**Francis Cove Road Project**

This project involves reconstruction of 3.79 miles of forest road. Some of the major work items for the road reconstruction are: producing and placing aggregate base, haul, mobilization, reconditioning roadbed, pit development, installation of culverts, removal and installation of log culvert, and installation of a log stringer bridge, quality control, and quantity measurement. The intent of the contract is to provide for the complete construction of the project described in the contract.

**Price Range**
**The Government's estimate is between $250,000 and $500,000.**

11. The Contractor shall begin performance within <u>10</u> calendar days and complete it within **330** calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. *(See _____.)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* ☒ YES   ☐ NO | 12B. CALENDAR DAYS 15 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and <u>002</u> copies to perform the work required are due at the place specified in Item 8 by **1400** *(hour)* local time **8 Aug 2005** *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee    ☒ is,    ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than <u>60</u> calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212 Computer Generated | 1442-101 | **STANDARD FORM 1442** (REV. 4-85) Prescribed by GSA FAR (48 CFR) 53.236-1(e) |
|---|---|---|

| ADDENDUM SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
| --- | --- | --- | --- | --- |
| PROJECT NAME: Francis Cove Rd. | IFB R10-05-056 | Updated Thru FAC 2005-04 | 4 | 52 |

Case 3:06-cv-00068-JWS    Document 13-17    Filed 05/05/2006    Page 2 of 3

# SECTION C – DESCRIPTION AND SPECIFICATIONS

**C-1 Description**

A. Description:  This project involves reconstruction of 3.79 miles of forest road.  Some of the major work items for the road reconstruction are: producing and placing aggregate base, haul, mobilization, reconditioning roadbed, pit development, installation of culverts, removal and installation of log culvert, and installation of a log stringer bridge, quality control, and quantity measurement.

The intent of the contract is to provide for the complete construction of the project described in the contract.  Unless otherwise provided, the contractor is to furnish all labor, materials, equipment, tools, transportation, and supplies and perform all work required to complete the project in reasonably close conformity with the drawings and specifications, and in accordance with the provisions of the contract.  Payment for contract work will be made **only for and under** those pay items included in the Schedule of Items.  All other work and materials will be considered as incidental to and included in the payment for items shown.

B. Location:  The project is located on the Ketchikan-Misty Fiords Ranger District of the Tongass National Forest.  It is approximately 25 air miles North of Ketchikan Alaska.  It can be reached by only sea plane or boat.  The road system can be accessed by the Forest Service Margaret Bay Marine Access Facility (MAF) located on the southeast side of Traitors Cove off Behm Canal.

C. Price Range:  between $250,000 - $500,000.

## AGAR 452.211-72   Statement Of Work/Specifications (FEB 1988)

The Contractor shall furnish the necessary personnel, material, equipment, services and facilities (except as otherwise specified), to perform the Statement of Work/Specifications referenced in Section J.

## AGAR 452.211-73   Attachments To Statement Of Work/Specifications (FEB 1988)

The attachments to the Statement of Work/Specifications listed in Section J are hereby made part of this solicitation and any resultant contract.

## C.2   Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03.

The Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03, are included by reference.  The requirements contained in these specifications are hereby made a part of this solicitation and any resultant contract.

The FP-03 U.S. Customary version is only available through the Federal Lands Highway Headquarters office:
   **Headquarters, Washington DC**
   David K. Green, Construction Standards Engineer
   Internet: David.Green@fhwa.dot.gov
   Mail: Federal Highway Administration
   HFPD-3
   400 Seventh Street, SW
   Washington D.C. 20590

Or available on line at http://www.wfl.fha.dot.gov/design/specs/