Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH, <br><br>  Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST  SERVICE, an agency of the U.S. Department of Agriculture, <br><br>  Defendant. | Case No: 3:06-CV-0068-JWS <br><br> **[PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Upon due consideration and for good cause shown, Plaintiffs' motion for a temporary restraining order and preliminary injunction is hereby GRANTED. The Defendant United States Forest Service is immediately enjoined from any further road work or reconstruction concerning the following road reconstruction contracts: SW Neets, Rockfish, Francis Cove, Forest Service Road 6231 and Forest Service Road 6232. IT IS SO ORDERED.

DATED this ____ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE
For the District of Alaska

CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2006, a copy of the [Proposed] Order Re: Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction was served electronically on:

Bruce M. Landon


s/ Marc D. Fink