Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel: 907-278-2000
Fax: 907-278-2004
pvantuyn@earthlink.net
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendant. | Case No: 3:06-CV-00068-JWS <br><br> **DECLARATION OF GLEN ITH** |

I, Glen Ith, declare:

Page 1, DECLARATION OF GLEN ITH

1.      I live in Petersburg, Alaska, and am a wildlife biologist for the Tongass National Forest. I have worked as a biologist for the Forest Service in Alaska for the past five years, since June 17, 2001. This date represents the effective date of my promotion to the Wildlife Biologist, GS-0486-9/3 position from a Forestry Technician position.

2.      I am a member of Forest Service Employees for Environmental Ethics.

3.      I regularly receive substantial benefits from the wildlife, fisheries, recreation, and subsistence resources located on Mitkof Island, including the Canyon Creek and Big Creek watersheds that are located within or near the Overlook project area. The proposed Overlook project, including the associated logging roads, would negatively affect the benefits that I derive from these resources.

4.      I have visited and worked in the mid 1980's on the Ketchikan Misty Fiords Ranger District near the location of the Traitors Cove logging project and associated logging roads. This is an area that I would like to return to visit, recreate, hunt, and fish. If the Forest Service continues to construct the challenged logging roads and implement the Traitors Cove logging project, I am concerned that my future use and enjoyment of this area will be negatively impacted.

5.      Attached as Exhibit A is a photograph I took in August, 2005, of Forest Service Road 6232 just beyond where the recent road reconstruction occurred, and represents what this road looked like prior to the recent reconstruction.

6.      Attached as Exhibit B is a photograph I took in August, 2005, of Forest Service Road 6232 after the recently completed road reconstruction.

7.      Attached as Exhibit C is a photograph I took on our about March 29, 2006 of a new stringer bridge that was recently constructed on Forest Service Road 6232.

Page 2, DECLARATION OF GLEN ITH

8.      Attached as Exhibit D is a photograph I took on March 26, 2006, near Forest Service Road 6232, which shows recently cut Sitka spruce that remain after the recent road reconstruction. I assume that the Forest Service's plan was to use these large logs for the construction of additional bridges to access more harvest units.

9.      The reconstruction of logging roads can have adverse impacts on a number of wildlife species, especially if the road had been closed to motorized use. Road improvements increase the accessibility to high value old-growth marten habitat for trappers and greatly increases the vulnerability and mortality rates for these old-growth associated species.  In addition, new research has suggested that the red-alder and young conifer trees that were maturing in these closed roads since the mid 1970's have important implication for wildlife. These stands produce high biomass understories that include important wildlife browse species. These young stands rival that of old-growth habitat and produce a species rich and varied environment.  This environment is now eliminated to a large degree with the recent road reconstruction activities.

10.     The "reconstruction" of Road 6232 included the reopening of a formerly closed road.

11.     The Forest Service allowed the harvest of many large old-growth Sitka spruce (estimated ages of between 300 to 800 years old), averaging over 40 inches in diameter at breast height (DBH) as part of the road reconstruction work.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of May, 2006.

Glen Ith            5/5/06

/s/ Glen Ith

Page 3, DECLARATION OF GLEN ITH

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2006, a copy of the Declaration of Glen Ith was served electronically on:

Bruce M. Landon

s/ Marc D. Fink