

Ith Exibit A



Ith Exibit B



Ith Exibit C



Ith Exibit D