BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendant. | Case No. A06-068 CV (JWS) |

FEDERAL DEFENDANTS' OBJECTION TO ENTRY OF EX PARTE TEMPORARY RESTRAINING ORDER

Plaintiffs have filed a Motion for Temporary Restraining Order and Preliminary Injunction.  Their motion seeks an order that the Forest Service "immediately cease any ongoing road work or reconstruction."  To the extent that plaintiffs seek an ex parte temporary restraining order (TRO) or seek to deprive federal defendants of a reasonable amount of time to respond to the motion for temporary restraining order, federal defendants strongly object.  Ex parte or unduly expedited consideration is particularly unwarranted in this case for several reasons.

First, the activities that are happening now and will continue to happen in the near future

are road maintenance activities that clearly fall within a categorical exclusion under the National Environmental Policy Act (NEPA) and that benefit water quality and public safety. Halting those activities in a half-finished state could cause environmental harm.

Federal defendants anticipate submitting declarations detailing the work being done; explaining why it fits within a categorical exclusion under NEPA; and explaining why an injunction in this case would be inappropriate even if the Court believed that plaintiffs had raised serious questions under NEPA. Because of the remote location of the work being done, and the location of Forest Service employees and records involved or relating to the matter, federal defendants need a reasonable amount of time to prepare the documentation for an opposition brief.

Second, any need for expedition is of plaintiffs' own creation. Of the five road maintenance contracts against which plaintiffs seek relief, all activities have already been completed on three of those contracts. Plaintiffs knew about at least two of those road contracts since August 2005 (see Plaintiffs' Declaration of Andy Stahl, paragraph 3). The remaining contracts are the Rockfish contract, issued in 2005 and already approximately 80% complete, and the Francis Cove contract, issued in 2005 and already 25% complete by cost. Plaintiffs have known about those two contracts since at least early February 2006 (see Exh 1 accompanying this Opposition) and filed this action on March 30, 2006. Yet they have waited until a Friday after the mobilization to a remote site and actual resumption of the maintenance work (after the melting of the winter snow) before filing their motion for temporary restraining order. Federal defendants should not be deprived of a reasonable opportunity to respond because of plaintiffs' timing.

Federal defendants are particularly disadvantaged by plaintiffs' timing because Justice

Department personnel from the Lower-48 will be upgrading the software on the computer of counsel for federal defendants and providing training on the use of the new software on May 8-10. It is unclear how much of that time counsel will be without use of the computer and the ability to communicate electronically with the client agency.

## CONCLUSION

For the foregoing reasons, to the extent that plaintiffs motion can be interpreted as a motion for an ex parte temporary restraining order, the court should deny any such request and allow the federal defendants a reasonable amount of time to respond to the motion for temporary restraining order.

RESPECTFULLY SUBMITTED this 5th day of May, 2006, at Anchorage, Alaska.

_____s/ Bruce Landon_____

BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 5th day of May, 2006, a copy of the foregoing was served electronically to the following counsel of record:

Marc D. Fink
Peter Van Tuyn

 s/ Bruce M. Landon
Bruce M. Landon