```
----- Forwarded by Lynn Kolund/R10/USDAFS on 04/14/2006 03:44 PM -----

            Andy Stahl
            <andy@fseee.org>
                                                                     To
            02/07/2006 09:54     Lynn Kolund <lkolund@fs.fed.us>
            AM                                                       cc

                                                                Subject
                                            Re: Rockfish information request
```

Lynn,

What's the status of the three road projects (Rockfish, SW Neets, Francis Cove)?
Which has been awarded?
Which has on-going work on the ground?
Has any been completed?

Thanks,

Andy

At 05:44 PM 2/6/2006, you wrote:
> Andy,
> These are all similar type projects. Maintenance of existing, open road
> systems.
> Some segments of all three of these systems could be used in the Traitor's
> Cove project to haul timber to the respective Log Transfer Facility (LTF)
> to load on a barge that would be towed to a location for log processing.
>
> We have been able to maintain several segments of our existing remote road
> system, along with roads connected to the Ketchikan system, such as the
> White River and Brown Mountain roads. We have a project into contracting
> for the Ward Lake campground road also.
>
> ****************************************
> Lynn D. Kolund
> District Ranger
> Ketchikan-Misty Fiords Ranger District
> 3031 Tongass Avenue
> Ketchikan, AK 99901
> Office - (907) 228-4100
> Cell - (907) 617-6296
> ****************************************

Def Exh. 1, 1 of 4

```
                Andy Stahl
                <andy@fseee.org>
                                         To
                02/06/2006 10:04         Lynn Kolund <lkolund@fs.fed.us>
                AM
                                         cc

                                         Subject
                                         Re: Rockfish information request
```

Thanks Lynn.  Is this the case for the SW Neets Road Reconstruction and the
Francis Cove Road Reconstruction projects, too?

Also, what will you use these roads for?  For example, which of these three
road projects (Rockfish, SW Neets, Francis Cove) could be used as haul
routes for the Traitors Cove project?

At 04:00 PM 2/3/2006, you wrote:
>       Andy,
>
>       Earlier this week, you sent an email to a couple district employees
>       seeking
>       information on the Rockfish road project. I am treating this as a
>       request
>       for routinely available NEPA information.
>
>       The Rockfish "reconstruction" project is basically a maintenance
>       project
>       being completed to bring the existing, open road system back to the
>       standards that it was originally constructed to and to comply with
>       the Best
>       Management Practices and Clean Water Act requirements. There have
>       been no

Def. Exh. 1, 2 of 4

```
improvements or increased standards incorporated into the
project. It
is
classified as a Deferred Maintenance accomplishment.

This action is covered under FSH 1909.15, chapter 31.12 and
requires
no
NEPA documentation. There is no scoping notice or DM that you
request
in
your email.

Open roads tend to rapidly grow in with alder and slide closed
here
on the
Tongass, which is different from anywhere else that I have
worked in
my 30
years in the Forest Service. We did receive 195 inches of rain
in
Ketchikan
last year.

I hope this response answers your questions - if not, please
contact
me by
email or the phone numbers below.

****************************************
Lynn D. Kolund
District Ranger
Ketchikan-Misty Fiords Ranger District
3031 Tongass Avenue
Ketchikan, AK 99901
Office - (907) 228-4100
Cell - (907) 617-6296
****************************************




--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.375 / Virus Database: 267.15.1/250 - Release Date:
2/3/2006
```

_____
Andy Stahl, Executive Director
Forest Service Employees for Environmental Ethics
P.O. Box 11615
Eugene, OR  97440
(541) 484-2692, 484-3004(FAX)
**http://www.fseee.org**
_____

```
--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.375 / Virus Database: 267.15.2/252 - Release Date:
2/6/2006
```

---
Andy Stahl, Executive Director
Forest Service Employees for Environmental Ethics
P.O. Box 11615
Eugene, OR  97440
(541) 484-2692, 484-3004(FAX)
**http://www.fseee.org**

---