```
                                     Stahl 2nd Decl Exh C.txt
Received-SPF: pass (mx02.csee.siteprotect.com: domain of fs.fed.us designates
166.3.112.4 as permitted sender) client-ip=166.3.112.4;
envelope-from=pagrantham@fs.fed.us; helo=abq.fs.fed.us;
Received: from abq.fs.fed.us (fsmail03.fs.fed.us [166.3.112.4])
        by mx02.csee.siteprotect.com (Postfix) with ESMTP id 6848AD8048
        for <andy@fseee.org>; Tue, 24 Jan 2006 19:49:14 -0600 (CST)
Received: from (166.3.112.4) by DA32USCOFC1_AVS02.usda.gov via smtp
         id 7651_cbd760aa_8d10_11da_8265_001143d23155;
        Tue, 24 Jan 2006 19:37:04 +0000
Received: from ([199.131.100.28])
        by svabqsmtp001.abq.fs.fed.us with ESMTP  id KP-BRBWC.2146660;
        Tue, 24 Jan 2006 18:40:55 -0700
In-Reply-To: <6.2.3.4.2.20060123125351.02e18988@pop.fseee.org>
Subject: Re: Fwd: Re: Overlook road work
To: Andy Stahl <andy@fseee.org>
Cc: Christopher S Savage <csavage@fs.fed.us>,
        Joe Teter <jteter@fs.fed.us>, Tiffany T Benna <tbenna@fs.fed.us>,
        Patricia A Grantham <pagrantham@fs.fed.us>
X-Mailer: Lotus Notes Release 6.0.2CF2 July 23, 2003
Message-ID: <OF2D8F6EEC.277AE4FC-ON89257101.0008EDC5-89257101.00093914@fs.fed.us>
From: Patricia A Grantham <pagrantham@fs.fed.us>
Date: Tue, 24 Jan 2006 16:40:44 -0900
X-MIMETrack: Serialize by Router on ENTR10A/E/USDAFS(Release 6.5.4FP1 | June 19,
 2005) at
 01/24/2006 16:42:27
X-Virus-Scanned: CleanMail 2.5 at mf04
X-Spam-Status: No, hits=0 required=6 tests=[none]
X-Spam-Level:
X-Antivirus: AVG for E-mail 7.1.375 [267.14.22/238]
Mime-Version: 1.0
Content-Type: text/plain; charset=US-ASCII
```

Andy:

I'm very sorry that you had to ask for this information a second time. I recall responding to your original request, but I can't find a copy of my response anywhere, so I must not have. Very strange. I will process this request as per FOIA and make sure that you receive a formal reply. Sorry for the inconvenience and delay.

Patty

Patricia A. Grantham
District Ranger
Petersburg Ranger District
Tongass National Forest
P.O. Box 1328
Petersburg, AK 99833
voice (907) 772-5900
fax (907) 772-5995
pagrantham@fs.fed.us


            Andy Stahl
            <andy@fseee.org>
                                                                          To
            01/23/2006 11:58          pagrantham@fs.fed.us
            AM                                                            cc

                                                                     Subject
                                      Fwd: Re: Overlook road work

                                 Page 1

```
                          Stahl 2nd Decl Exh C.txt
```

Patty,

I've not received any response to my August 18 request for scoping
documents regarding last summer's reconstruction of roads 6231 and 6232.
In addition to the scoping documents, please also send me the "list of
priorities for maintenance and/or storage/obliteration of roads on the
District" referred to in your note below.  This would be the list that
included reconstruction work on roads 6231 and 6232.

You may consider this a request made pursuant to the FOIA (as are all
written requests for documents per USDA regulations).

Thanks,

Andy

>       Date: Thu, 18 Aug 2005 15:15:59 -0700
>       To: Patricia A Grantham <pagrantham@fs.fed.us>
>       From: Andy Stahl <andy@fseee.org>
>       Subject: Re: Overlook road work
>
>       Patty,
>
>       My boss, R4 sociologist Dave Iverson, told me of the FS's computer
>       woes.  His region declared a "clean the office" day to celebrate.
>
>       Might you send me your scoping documents for the road work discussed
>       below?  See FSH 30.3: "Scoping is required on all proposed actions,
>       including those that would appear to be categorically excluded;" and
>       31.12: "unless scoping indicates extraordinary circumstances (sec.
>       30.3) exist."
>
>       Thanks,
>
>       Andy
>
>
>       At 11:44 AM 8/18/2005, you wrote:
>               Hi Andy.  Sorry to be late in replying, but we've been off-line
>               nationally
>               due to virus issues.
>
>               The work associated with roads 6231 and 6232 is covered by FSH
>               1909.15 part
>               31.1b #4 - Repair and maintenance of roads, trails, and
>               landline
>               boundaries.  This type of work does not require documentation
>               in a decision
>               memo or case file.  The activities associated with this work
>               include
>               brushing, resurfacing, ditch cleanout and replacement of
>               deteriorated log
>               stringer bridges.  On the 6231 road, the one log stringer
>               bridge was
                                       Page 2

```
                       Stahl 2nd Decl Exh C.txt
removed (and not replaced) and the road placed into proper
storage (old
culverts removed) beyond that point.  Approximately 40-45 trees
were also
cut (for new bridge stringers) along road 6235.

As you know, a decision has not been made on the Overlook EA.
whether
these roads will be used by that project or not is unknown.  At
any given
time, we have a list of priorities for maintenance and/or
storage/obliteration of roads on the District, and roads 6231
and 6232 were
on the list this year.  We've done (or are about to do) a
number of other
roads on Mitkof Island that will entail similar activities -
two that will
maintain sections of road needed for access to our local power
line and
place unneeded segments into storage, one that will resurface a
high use
recreation road, and one that will maintain/store about three
miles of road
and allow for use by ATV's, to name a few.  We are working to
bring our
open road system up to maintenance standards and to place into
storage
those roads that aren't needed any time soon.  I'm looking
forward to
completing our Access and Travel Management plan later this
fall to help
set future priorities.

Please let me know if you have any other questions.

Patricia A. Grantham
District Ranger
Petersburg Ranger District
Tongass National Forest
P.O. Box 1328
Petersburg, AK 99833
voice (907) 772-5900
fax (907) 772-5995
pagrantham@fs.fed.us




              Andy Stahl

              <andy@fseee.org>

To
              08/15/2005 02:01          pagrantham@fs.fed.us

              PM
cc

Subject
                                        Overlook road work
```

Stahl 2nd Decl Exh C.txt

Patty,

Might you email me your decision memo and associated categorical exclusion
(or other relevant NEPA document) for the road and stringer bridge work
currently underway accessing the Overlook sale area, i.e., Road #6232?

Thanks,

Andy

_____
Andy Stahl, Executive Director
Forest Service Employees for Environmental Ethics
P.O. Box 11615
Eugene, OR  97440
(541) 484-2692, 484-3004(FAX)
http://www.fseee.org
_____


--
No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.338 / Virus Database: 267.10.12/77 - Release Date: 8/18/2005


_____
Andy Stahl, Executive Director
Forest Service Employees for Environmental Ethics
P.O. Box 11615
Eugene, OR  97440
(541) 484-2692, 484-3004(FAX)
http://www.fseee.org
_____


_____
Andy Stahl, Executive Director
Forest Service Employees for Environmental Ethics
P.O. Box 11615
Eugene, OR  97440
(541) 484-2692, 484-3004(FAX)
http://www.fseee.org
_____

```
                            Stahl 2nd Decl Exh C.txt


--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.375 / Virus Database: 267.14.22/238 - Release Date: 1/23/2006
```