

P.O. Box 11615, Eugene, OR 97440     Tel: (541) 484-2692     Fax: (541) 484-3004     Email: andy@fseee.org

TRANSMITTED BY FACSIMILE

April 12, 2006

Digital Blueprint
903 W. Northern Lights #103
Anchorage, Alaska 99503

Dear Sir,

I wish to purchase the following items:

1. General Decision Number: AK030003 01/21/2005 AK3
SW Neets Road Reconstruction Drawings, 15 pages

2. General Decision Number: AK030003 05/20/2005 AK3
Drawings for Rockfish Road Reconstruction, 22 pages

Please charge to VISA card [deleted] in the name of Andy Stahl, expires 07/08.

Sincerely,


Andy Stahl
Executive Director