logjam_map.jpg (JPEG Image, 600x776 pixels)    file:///C:/Documents%20and%20Settings/Andy%20Stahl.FSEE-556A4...

Case 3:06-cv-00068-JWS    Document 23-7    Filed 05/09/2006    Page 1 of 1



Logjam EIS

Legend

Road

**Stream Class**
1
2
3
4
Proposed Harvest Unit

**WATR**
Lakes

**WATR**
Shoreline

Boundary

N
W    E
S

1  0.5  0    1 Miles