```
                              Stahl 2nd Decl Exh A.txt
Return-Path: <pagrantham@fs.fed.us>
Delivered-To: andy@fseee.org
Received: from localhost (mf04-md.csee.chicago.hostway [192.168.20.36])
        by del01.csee.chicago (Postfix) with ESMTP id 7F238D72F7
        for <andy@fseee.org>; Thu, 18 Aug 2005 13:45:23 -0500 (CDT)
Received-SPF: pass (mx03.csee.siteprotect.com: domain of fs.fed.us designates
166.7.3.88 as permitted sender) client-ip=166.7.3.88;
envelope-from=pagrantham@fs.fed.us; helo=fsmail4.fs.fed.us;
Received: from fsmail4.fs.fed.us (fsmail4.fs.fed.us [166.7.3.88])
        by mx03.csee.siteprotect.com (Postfix) with ESMTP id 55C09D80ED
        for <andy@fseee.org>; Thu, 18 Aug 2005 13:56:03 -0500 (CDT)
Received: from (166.7.3.88) by DA32USCOFC1_AVS01.usda.gov via smtp
         id 7058_bfc816fc_1028_11da_913f_001143d22fdf;
        Thu, 18 Aug 2005 21:43:36 +0100
Received: from svdom1.r10.fs.fed.us by fsmail4.fs.fed.us (USDA-FS4/MSO-MT)
          using ESMTP; id j7IIiYv28970
          for <andy@fseee.org>; Thu, 18 Aug 2005 12:44:35 -0600
In-Reply-To: <6.0.3.0.2.20050815145909.02b68790@pop.fseee.org>
Subject: Re: Overlook road work
To: Andy Stahl <andy@fseee.org>
Cc: Tom Parker <tparker02@fs.fed.us>,
        Christopher S Savage <csavage@fs.fed.us>,
        Joe Teter <jteter@fs.fed.us>
X-Mailer: Lotus Notes Release 6.0.2CF2 July 23, 2003
Message-ID: <OF06FBF8FA.859C6409-ON89257061.0062C01A-89257061.0066F3B4@fs.fed.us>
From: Patricia A Grantham <pagrantham@fs.fed.us>
Date: Thu, 18 Aug 2005 10:44:30 -0800
X-MIMETrack: Serialize by Router on ENTR10A/E/USDAFS(Release 6.0.2CF2|July 23, 2003)
 at
 08/18/2005 10:44:35
X-Virus-Scanned: CleanMail 2.5 at mf04
X-Spam-Status: No, hits=-1.665 required=6 tests=[BAYES_00=-1.665]
X-Spam-Level:
X-Antivirus: AVG for E-mail 7.0.338 [267.10.12]
Mime-Version: 1.0
Content-Type: text/plain; charset=US-ASCII

Hi Andy.  Sorry to be late in replying, but we've been off-line nationally
due to virus issues.

The work associated with roads 6231 and 6232 is covered by FSH 1909.15 part
31.1b #4 - Repair and maintenance of roads, trails, and landline
boundaries.  This type of work does not require documentation in a decision
memo or case file.  The activities associated with this work include
brushing, resurfacing, ditch cleanout and replacement of deteriorated log
stringer bridges.  On the 6231 road, the one log stringer bridge was
removed (and not replaced) and the road placed into proper storage (old
culverts removed) beyond that point.  Approximately 40-45 trees were also
cut (for new bridge stringers) along road 6235.

As you know, a decision has not been made on the Overlook EA.  Whether
these roads will be used by that project or not is unknown.  At any given
time, we have a list of priorities for maintenance and/or
storage/obliteration of roads on the District, and roads 6231 and 6232 were
on the list this year.  We've done (or are about to do) a number of other
roads on Mitkof Island that will entail similar activities - two that will
maintain sections of road needed for access to our local power line and
place unneeded segments into storage, one that will resurface a high use
recreation road, and one that will maintain/store about three miles of road
and allow for use by ATV's, to name a few.  We are working to bring our
open road system up to maintenance standards and to place into storage
those roads that aren't needed any time soon.  I'm looking forward to
completing our Access and Travel Management plan later this fall to help
                                   Page 1
```

Stahl 2nd Decl Exh A.txt

set future priorities.

Please let me know if you have any other questions.

Patricia A. Grantham
District Ranger
Petersburg Ranger District
Tongass National Forest
P.O. Box 1328
Petersburg, AK 99833
voice (907) 772-5900
fax (907) 772-5995
pagrantham@fs.fed.us

|  |  |  |
|---|---|---|
| Andy Stahl <andy@fseee.org> | | To |
| 08/15/2005 02:01 PM | pagrantham@fs.fed.us | cc |
| | | Subject |
| | Overlook road work | |

Patty,

Might you email me your decision memo and associated categorical exclusion (or other relevant NEPA document) for the road and stringer bridge work currently underway accessing the Overlook sale area, i.e., Road #6232?

Thanks,

Andy


_____
Andy Stahl, Executive Director
Forest Service Employees for Environmental Ethics
P.O. Box 11615
Eugene, OR  97440
(541) 484-2692, 484-3004(FAX)
http://www.fseee.org
_____




--
No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.338 / Virus Database: 267.10.12/77 - Release Date: 8/18/2005