```
-----Original Message-----
From: Bruce.Landon@usdoj.gov [mailto:Bruce.Landon@usdoj.gov]
Sent: Wednesday, May 10, 2006 3:04 PM
To: marc@marcdfink.com (Receipt Notification Requested) (IPM Return Requested)
Cc: tim.obst@usda.gov (Receipt Notification Requested) (IPM Return Requested);
dgermain@fs.fed.us (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: FSEEE v. USFS, Civ. No. 06-0068 JWS
```

Marc, defendants consent to your filing of your second amended complaint.  In consenting to the filing of the second amended complaint, defendants are not agreeing to the allegations in the complaint and reserve all of their defenses.  Bruce Landon