TABLE OF EXHIBITS
to U.S. Opposition to Motion for Temporary Restraining Order and Preliminary Injunction
*Forest Service Employees for Environmental Ethics v. United States Forest Service,*
3:06cv068 (JWS) (D. Alaska)

1. *Earth Island Institute v Ruthenbeck,* CIV F-03-06386 JKS (E. D. Cal., Order dated October 19, 2005).

2. Declaration of Jack K. Oien

3. Certificate of Final Inspection, SW Neets Road Reconstruction Contract

4. Certificate of Final Inspection and related documentation, Overlook Roads

5. Declaration of Lynn D. Kolund

6. Forest Service Handbook 1909.15 Chap. 30 Categorical Exclusion from Documentation

7. Statement of Work, Rockfish Road Reconstruction Contract

8. Statement of Work, Francis Cove Road Reconstruction Contract

9. North Revilla Final Environmental Impact Statement (excerpts)

10. Forest Service Handbook 1909.15 Chapter 10 (excerpts)