BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen Ith | ) ) ) | |
| Plaintiffs, | ) ) | Case No. A06-068 CV (JWS) |
| v. | ) ) ) | |
| UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) ) ) | |
| Defendant. | ) ) | |

DECLARATION OF JACK K. OIEN

Pursuant to 28 U.S.C. 1746, Jack K. Oien declares and states:

1. I am the Roads Group Leader for the Tongass National Forest. I have held this position since 2001. My responsibilities include oversight and program management for road maintenance, road construction and transportation planning. I make the statements in this declaration based on personal knowledge and Forest Service Records

2. Deferred maintenance is done periodically to protect the public investment in the existing infrastructure of National Forest roads, and to prevent environmental harm, in particular harm to water quality, which may occur when roads are not maintained. Deferred


EXHIBIT 2
Page 1 of 5

maintenance items are regular maintenance items that accumulate when maintenance is not performed on an annual basis. Maintenance is sometimes not done annually on road systems in remote areas due to the high cost of mobilizing equipment and materials. Contracts requiring mobilization of equipment to remote areas, such as Rockfish and Francis Cove, generally include as much of the deferred maintenance backlog on the road system as funding allows. Deferred maintenance includes work such as repairing or replacing bridges, replacing culverts for improved fish passage, reconditioning the road surface, cleaning of ditches and culverts and other activities to meet new resource protection standards, and otherwise maintain roads to their original traffic service level and intended purpose.

3. The Forest Service or its contractors construct roads in the National Forest in connection with timber sales and other purposes. When a road is constructed, it is assigned a maintenance level. Level 1 roads are those roads that are closed to motorized use by the public after the initial use and receive minimal maintenance emphasizing maintaining drainage facilities and runoff patterns. Level 2 roads are those roads which remain open to the public for high clearance vehicles and are maintained from time to time at a low use level.

4. The Forest Service has constructed roads throughout the Tongass. As a general rule, the Forest Service would not sell all of the available timber along a road during the first harvest entry. Indeed, the Tongass Land Management Plan (TLMP) would not permit such total removal in the first entry. Consequently, many forest roads are built with the assumption that they will be used for a series of timber sales spaced over a significant

EXHIBIT 2
Page 2 of 5

period of time. Even when not used by the Forest Service or its contractors, a Level 2 road remains open for public use.

5. Level 2 roads are built to a relatively low standard and require periodic maintenance to preserve water quality and the public safety. Over time ditches and culverts can become clogged or wash away. Land slides occur and gullies can begin to develop in the road base. Failure to do periodic maintenance can also result in the loss of the Forest Service's investment in a road, if the deterioration makes it more difficult to use in the future.

6. Road maintenance activities have occurred in the Rockfish and Francis Cove (Fire Cove and Marguerite Bay) areas on a periodic basis since the roads were constructed, after the land was dedicated as roads through the NEPA process. In 2004/2005, the Fire Cove (Rockfish area) Fish Pipe Replacement contract was completed to replace numerous culverts to bring fish passages up to required standards. There have been numerous contracts in the Margaret Bay (Francis Cove area) to maintain the roads for subsistence uses, tourism (bear viewing areas) and water quality improvement contracts in the Margaret Lake area. Periodic roadside brushing and road reconditioning contracts have taken place in all of these areas.

7. In recent years, the Tongass National Forest has done road maintenance on approximately 1100 to 2400 miles of maintenance level 1-5 roads annually, including roads that are not associated directly with timbersale activities. The amount of maintenance done each year depends on the type of maintenance needed, funding, and anticipated management activities. Roads must be maintained regardless of whether a timber sale is planned in the area. Most of this work is done on roads for which no

EXHIBIT 2
Page 3 of 5

timber sale is imminent. Failure to maintain roads leads to environmental damage and loss of the infrastructure investment.

8. The Forest Service compiles on a yearly basis a "Road Accomplishment Report" in which it totals the miles of new construction, capital improvement and maintenance contracts awarded in that year. The miles for the Rockfish and Francis Cove contracts were counted as maintenance mileage in the FY 2005 Road Accomplishment Report.

9. The Forest Service decides when and where to conduct the road maintenance projects each year by considering what the environmental concerns are and what the management and other activities that are occurring in the area require. Road maintenance projects now being undertaken for the Rockfish and Francis Cove road systems were proposed in 2003 to correct maintenance items that were causing degradation of the water quality. In addition to the water quality issues, subsistence use, tourist use of the bear viewing areas and the need for safe administrative access for the assessment of potential timber sales was also considered.

10. If the Forest Service were to approve a timber sale pursuant to the Traitor's Cove EIS now in preparation, it is likely that additional road maintenance would have to occur either prior to or as part of the timber sale contract. This is because the likely time lag between the maintenance now being done and the date of actual sale is sufficiently long that additional maintenance will probably have to be done prior to any sale.

EXHIBIT 2
Page 4 of 5

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/15/2006　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　Jack K. Oien

EXHIBIT 2
Page 5 of 5