| U.S. DEPARTMENT OF AGRICULTURE FOREST SERVICE | CONTRACT NUMBER<br>AG-0116-C-05-0019 |
|---|---|
| **CERTIFICATE OF FINAL INSPECTION**<br>(Reference FSH 6309.31) | UNIT<br>Ketchikan-Misty Fiords Ranger District |
| | PROJECT<br>SW Neets Road Reconstruction |
| TO:<br><br>**CONTRACTING OFFICER** | NAME AND ADDRESS OF CONTRACTOR<br>**Ketchikan Ready-Mix & Quarry**<br>**4418 North Tongass Highway**<br>**Ketchikan, AK 99901** |

I hereby certify that the final inspection of the work under the above contract was made on **28 July 2005**.

The last day on which work was performed was **1 August 2005** after which no calendar days should be charged against time. All materials have been furnished, all the work has been performed, and all the construction required by the contract in accordance with its terms has been completed.

A copy of the inspection report is enclosed.

Enclosure(s)

| SIGNATURE<br>/s/ Robert L. Emley | TITLE<br>Contracting Officer's Representative | DATE<br>2 August 2005 |
|---|---|---|

FS-6300-15 (11/79)

Exhibit 3
Page 1 of 1