| USDA – Forest Service | CONTRACT NUMBER |
| --- | --- |
| | AG-0116-C-05-0002 |
| **CERTIFICATE OF FINAL INSPECTION** | UNIT |
| (Reference FSH 6309.31) | Tongass National Forest, PRD |
| | PROJECT |
| | **Overlook Roads** |
| TO: | NAME AND ADDRESS OF CONTRACTOR |
| Stephen M. Patton | Rock-N-Road Construction, Inc. |
| **CONTRACTING OFFICER** | P.O. Box 1188 |
| | Petersburg, AK  99833 |

I hereby certify that the final inspection of the work under the above contract was made on <u>September 7, 2005.</u>

The last day on which work was performed was <u>September 30, 2005,</u> after which no calendar days should be charged against time. All materials have been furnished, all the work has been performed, and all the construction required by the contract in accordance with its terms has been completed, including the items noted on the inspection report.

A copy of the final inspection report and the final daily diary are attached.

Enclosures

| SIGNATURE | TITLE | DATE |
| --- | --- | --- |
| /s/ *Mike Peterson* | Contracting Officer's Representative | 10-4-2005 |

FS-6300-15 (11/79)

EXHIBIT 4
Page 1 of 4



| United States Department of Agriculture | Forest Service | Alaska Region Tongass National Forest | P.O. Box 309 Petersburg, Alaska 99833 Phone: (907) 772-3841 FAX: (907) 772-5895 |

File Code: 7720
Date: Sept. 8, 2005

Mr. Burrell
Rock-N-Road Construction
P.O. Box 1188
Petersburg, Alaska 99833

Re: Overlook Roads
     Contract No. AG-0116-C-05-0002

Dear Mr. Burrell,

On Sept. 7th a final inspection for acceptance was conducted on Forest Development Road No.6231 and 6232. Those present were Larry Dunham, Steve Patton, Elbert Hardin, and Chris Savage.

The bridge at M.P. 2.17 needs rock on both sides of the entrance and a small hole filled on the right side of the bridge surface. Currently the entrance width is less than the bridge surface width and as such presents a potential traffic hazard. Upon completion of this work, project will be accepted as is without further reservation.

Sincerely,

*Larry D. Dunham*

Larry D. Dunham
Forest Engineer
Tongass National Forest

Cc: Patty Grantham, District Ranger
    Joe Teter, District Engineer
    Dan McMahon

EXHIBIT 4
2  4

Caring for the Land and Serving People       Printed on Recycled Paper

| USDA - Forest Service | | |
|---|---|---|
| **CONTRACT DAILY DIARY** (Reference FSH 6309.11) | 1. FOREST **Tongass National Forest, Petersburg Ranger District** | |
| | 2. CONTRACT NO. **AG-0116-C-05-0002** | |

3. PROJECT
**Overlook Roads**

| 4. CONTRACTOR **Rock-N-Road Construction** | 5. CONTRACTOR REPRESENTATIVE ON SITE **Bob Luhr** |
|---|---|

6. GOVERNMENT OFFICIALS ON SITE
**Mike Peterson**

| 7. DATE **9-30-05** | 8. DAY OF WEEK **Friday** | 9. TIME ARRIVED **8:30 am** | 10. TIME DEPARTED **11:30 am** | 11. WEATHER **Showers** |
|---|---|---|---|---|
| 12. TEMPERATURE °F. Min. **40** Max. **50** | 13. GROUND CONDITION **Wet** | | 14. CONTRACT TIME **180** | 15. DAYS USED **93** | 16. COMPLETION DATE **12-26-2005** |

| 17. TIME USED (%) | 18. WORK COMPLETED (%) | 19. WORK ON SCHEDULE [X] YES [ ] NO | 20. CONTRACTOR'S WORK - (X Appropriate Box) [X] Acceptable [ ] Unacceptable - Explain in narrative |
|---|---|---|---|

21. CHANGE ORDERS/AMENDMENTS ISSUED

22. WORK ORDERS ISSUED (Include SUSPEND/RESUME)

23. MATERIALS FURNISHED TO JOB SITE (Furnished By: G-Govt.; C-Cont.; S-Subcont.)

24. LIST EQUIPMENT ON SITE (Furnished by G-Govt.; C-Cont.; S-Subcont.)
Type — Contract Item Number and Location of Use — Hours Used
325C Cat Backhoe
1 – Dump Truck

25. LIST CONTRACT PAYMENTS, REPORTS, CORRESPONDENCE, ETC.
Item — Prep — Submit

26. WORKERS ON SITE
| Classification | PRIME | SUB |
|---|---|---|
| Backhoe Operator | 1 | |
| Truck Driver | 1 | |

27. GOVERNMENT PROVIDED SERVICES ADEQUATELY AND TIMELY
[X] YES   [ ] NO - Explain in narrative

28. NARRATIVE REPORT

**Rd. 6232:** Backhoe removed 5 small slumps that blocked the ditch. The slumps happened after the final inspection. Completed the remaining work at MP 2.17, identified during the final inspection, including placing borrow on the bridge and both sides of the beginning of the bridge. A log was placed on the left side of the beginning of the bridge held in place with riprap. Riprap was also placed on the left side of the end of the bridge.

All work is now complete.

| 29. SIGNATURE /s/ *Mike Peterson* | 30. TITLE **Contracting Officer's Representative** | 31. ADDTL SPACE NEEDED [ ] (continued on 6300-21) |
|---|---|---|

Distribution: Original - CO (weekly); COR, SO, PROJ ENG
Previous editions of this form are obsolete.
FS-6300-20 (12/85)

EXHIBIT 4
Page 3 of 4

| USDA - Forest Service | CONTRACT NUMBER |
| --- | --- |
| | AG-0116-C-05-0002 |
| **CONTRACT RELEASE** (Reference FSH 6309.11) | UNIT |
| | Tongass National Forest, PRD |
| | PROJECT |
| | Overlook Roads |
| TO: Stephen M. Patton  CONTRACTING OFFICER | NAME AND ADDRESS OF CONTRACTOR Rock-N-Road Construction, Inc. P.O. 1188 Petersburg, AK 99833 |

In consideration of the receipt of final payment in the amount of $1,001.17 the undersigned hereby releases the United States of America from any and all obligations arising under this contract and any modifications thereof except as reserved below.

Reservations:

10-4-05
Date (mm/dd/yyyy)

Rock-N-Road Construction, Inc.
Contractor

By [signature]

Title    **President**

FS-6300-16 (11/90)



EXHIBIT 4
Page 4 of 4

TOTAL P.05