BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen Ith ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES FOREST SERVICE, ) an agency of the U.S. Department of Agriculture, ) ) Defendant. ) ) | Case No. A06-068 CV (JWS) |

DECLARATION OF LYNN D. KOLUND

Pursuant to 28 U.S.C. 1746, Lynn D. Kolund declares and states:

1. I am the District Ranger for the Ketchikan-Misty Fiords Ranger District. I have held that position since 2004. My responsibilities include the development, production, conservation and utilization of the natural resources and associated lands of the District. I make the statements in this declaration based on personal knowledge and Forest Service Records.

2. All contractual work associated with the Southwest Neets Road Reconstruction contract on the District is complete and final payment has been made.

EXHIBIT 5
Page 1 of 10

3. As of May 10, 2006, the contractual work under the Rockfish Road Reconstruction contract on the District was approximately 80% complete by cost. As of May 8, 2006, the contractual work under the Francis Cove Road Reconstruction contract was approximately 30% complete (21% by cost). Both contracts involve maintenance on several roads, or road segments in the respective maintenance contract areas. Because of the high costs of mobilizing equipment to remote sites on the Tongass, it is normal for maintenance contracts to involve multiple roads in the contract area. Attached to this declaration are reports prepared by the Forest Service contract administrators responsible for the two contracts, setting forth the current status of the maintenance of the individual roads, the remaining activities under the contract, and the harms that would occur if the maintenance is not completed.

4. These projects consist of road maintenance activities (as defined in item 6) that recondition and maintain the integrity of the existing road. Maintenance activities included seeding, culvert replacement and new culvert installation to comply with best management practices outlined in the Forest Land Management Plan and the Clean Water Act. A major component of these projects is aggregate surfacing to repair the surfaces of the road. Surfacing roads has been found to reduce sedimentation by up to 80% (Reid and Dunne 1984). Upon completion, this project will reduce erosion and sedimentation into nearby stream courses and reduce the degradation of the existing road surface.

5. The Francis Cove Road maintenance contract includes a road segment that accesses the Margaret Creek Bear viewing area. From July 15 to September 20, six tour businesses have been authorized by special use permit to bring 3100 visitors, by passenger van, to experience this unique wildlife viewing opportunity. The gross revenue generated by

EXHIBIT 5
Page 2 of 10

these companies using this road is estimated at over $600,000. A report on the bear viewing area and the impacts of an injunction against completion of the maintenance contract is attached to this declaration.

6. Road maintenance is defined in Forest Service Handbook 7709.58 Sec 12.1 as follows:

   Any expenditure in the repair or upkeep of a road necessary to retain the road's approved traffic service level. Work items may include surface rock replacement, seal coats and asphalt overlays, bridge replacement, slide removal and other items that contribute to the preservation of the existing road. Road maintenance is not intended to substantially improve conditions above those originally constructed; however, there may be a need for adding to or modifying the original conditions without increasing the traffic service level. Typical examples of these activities include installing additional minor culverts and traffic control devices, implementing traffic management strategies, placing small quantities of spot surfacing, and revegetating cut and fill slopes.

7. All of the roads that would have maintenance work done on them under the Rockfish and Francis Cove maintenance contracts are Level 2 roads for maintenance purposes. Level 2 roads are open to the public and are maintained at a relatively low standard appropriate for vehicles with high clearance. The contracts do not involve the opening of closed roads, as these roads have never been closed. The contracts do not involve the felling of any old growth trees. The roads are used for deer hunting and other subsistence and recreational purposes.

8. All of the roads in the Rockfish and Francis Cove maintenance contracts were built as part of North Revilla EIS or they existed prior to that EIS.

9. Both the Rockfish and Francis Cove Projects are located on the northern part of Revilla Island and are not connected to Ketchikan by road. Accordingly, equipment must be mobilized to the site by barge.

EXHIBIT 5
Page 3 of 10

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/12/2006         *Lynn D. Kolund* (signature)

Lynn D. Kolund

EXHIBIT 5
Page 4 of 10

# Rockfish Road Reconstruction

Contract Number AG-0116-C-05-0063

Prepared By Rozie Berry Contracting Officers Representative (COR)

Contract 80% complete

| | |
|---|---|
| Marine Access Facility | 100% complete |
| 8000000 | 100% complete |
| 8000585 | 100% complete |
| 8000586 | 50% complete |

- The clearing and grubbing is complete
- The first culvert has been installed
- Removal of both slides is complete
- Placement of the first 300 ft of aggregate base have been complete
- Current road condition: is mucky, from clearing operations. The ditches are functioning however there is a need for three additional culverts that are not presently in the design. During periods of heavy rain the existing ditch cannot hold the volume of water coming down the hillside so there is water running over the mucky road, causing sedimentation in the drainages. The existing log culverts are functioning; however they are very old and could conceivably fail at any time, causing more damage to the existing road and affect the water quality of this site.

8060000      90% complete
- The aggregate base was placed in January 2006.
- Then the weather changed and the snow set in. The contractor plowed the road to MP 3.63. The snow plowing operations have displaced the newly placed aggregate at the roadway edges.
- The remaining work on this road is grading, shaping and pit clean up.

8060050      0% complete
- No work has been done on this road yet.

8060200      50% complete
- Aggregate base has been placed from the beginning of the project to the junction of the 8060210.
- This road was snowed in last time I was up there.

EXHIBIT 5
Page 5 of 10

8060210          96% complete
- blading and shaping is remaining

8060220          0% complete
- No work has been done on this road.

8060224          0% complete
- No work has been done on this road.

8060360          100% complete

Remaining work items are installation of culverts, roadside brushing, road reconditioning, placement of aggregate base, and final blading and shaping/clean up. This work could be accomplished in about two weeks.

EXHIBIT 5
Page 6 of 10

The Francis Cove Road Maintenance (includes the Margaret Creek in Traitors Cove area). Forest service contract # is AG-0109-C-05-0024.

Prepared by Fred Norman – Contract Administer (Contracting Officer Representative) for the contract.

Updated to May 9, 2006

The contractor is fully mobilized and actively working with 30% complete as of this date. The contractor has submitted an invoice for 21% of the work.

The following roads with lengths need to be addressed to avoid considerable erosion and sedimentation unless the contract is completed.

| Road # | Distance | Comments |
| --- | --- | --- |
| 8000000 | 0.41 Miles | This section of the road is part of the access to the "Margaret Creek Wildlife Observation Site." The over lay rock is in place but no road crown is established or bladed and rolled. This makes the present conditions very rough and unsuitable for tour company vehicles. Turn outs were rocked the week of May 1st. |
| 8040000 | 0.02 Miles | Deep muddy condition with sedimentation going into creek. Site corrected the week of May 8th. |

EXHIBIT 5
Page 7 of 10

| | | |
|---|---|---|
| 8040000 | 0.01 Miles | Present culvert is too small and road has been partially washed out on a regular basis. Problem solution is contract installation of new culvert on site. A new culvert was installed the week of May 8th. |
| 8040300 | 0.48 Miles | Native rock (pit run) exposed without aggregate cap (screened or crushed rock) in place and with road crown. Some of the worst spots over layed with topping rock. |
| 8040440 | 0.31 Miles | This road is 85% complete, however it has not been graded, or road a crown established which helps to prevent erosion. A failed log culvert is blocking the free passage of water under the road. Failure to complete this installation will cause siltation into a fish stream. |
| 8040700 | 0.85 Miles | Native rock exposed without aggregate cap or road crown. Two culverts are needed to prevent ditch line erosion and roadbed erosion. |

3. On the following roads the capital investments would be improved by the contract competition.

EXHIBIT 5
Page 8 of 10

| | | |
|---|---|---|
| 8040000 | 0.21 Miles | Road sinking into the muskeg and will become much worse without scheduled contract lift. |
| 8040000 | 1.56 Miles | Road may fail if contract is not completed due to road slumps and small slides. Draining structures are needed. The culverts have been delivered to each installation site and is the next scheduled work on the contract. |
| 8040700 | 0.06 Miles | Two very steep grades will be corrected. |

4. The following contractor investments need to de dealt with in a work stoppage.

Approximate 5,000 cubic yards of aggregate ready to using as over lay material.

De-mobilization of 13 pieces of equipment and major supplies on the site including rented equipment.

EXHIBIT 5
Page 9 of 10

## Margaret Creek Wildlife Observation Site

Margaret Creek Wildlife Observation Site is located in Traitor's Cove approximately 25 air miles from Ketchikan, Alaska. It is accessed by 1 mile of gravel road, the 8000000 road in the Francis Cove Road Reconstruction Contract. The main attraction at the platform is black bears eating salmon returning to the fish ladder. Most commercial operators access the bear viewing platform by driving vans down the 1.1 mile of gravel road to the observation platform. The clientele for these tours are people from the cruise ships and many of them could not access the site without riding down the road in vans. If the road remains unfinished, this action will have a large impact on the visitors at the site and an even larger economic impact on the companies that provide commercial services to the site.

Since 1999, the Margaret Creek Wildlife Observation Site has been used by outfitter and guides to offer their clients a unique wild life viewing opportunity. Over the years, the popularity of the site has grown with outfitter and guides and the general public. Five of the companies presently under permit are Ketchikan based float plane companies and one is a boat based company out of Seattle. Listed below are the companies and the number of visitors each company is authorized this summer, as well as the gross income derived from this site by each company.

| Company | Number of Visitors | Revenue Generated based on an average trip costing approximately $199.00 |
|---|---|---|
| Island Wings | 666 | $132,534.00 |
| Taquan Air | 1632 | $324,768.00 |
| Seawind Aviation | 180 | $35,820.00 |
| Carlin Air | 150 | $29,850.00 |
| Southeast Aviation | 400 | $79,600.00 |
| American Safari Cruises | 84 | $16,716.00 |
| Total | 3112 | $619,288.00 |

If the road to the Margaret Creek Wildlife Observation Site were not accessible by passenger van during the 2006 season a total of $619,288 of gross revenue could be lost to these companies. This would impact the economic stability of these companies and the community of Ketchikan.

Jennifer Kevil
Special Use Permit Administrator

EXHIBIT 5
Page 10 of 10