*Rockfish*

# SECTION C--DESCRIPTION/SPECIFICATIONS

### C.1 Project Scope

a. Description: This project involves reconstruction of 13.85 miles of forest road and reconstruction of a native log bulkhead. Some of the major work items for the road reconstruction are: producing and placing aggregate base, haul, mobilization, reconditioning roadbed, roadside brushing, and pit development, installation of culverts and a bridge, quality control, and quantity measurement. The native log bulkhead is comprised of the following work: Excavate and stockpile up to 2,116 cubic yards of existing backfill and/or bedrock at the existing log transfer facility; reconstruct a 36 foot wide, 30 foot deep, 15 foot high native log bulkhead to serve as the terminal abutment for the low angle barge ramp; Backfill log bulkhead and place stockpiled material to construct an 86.5 foot long by 25 foot wide driving surface (plus up to 17.5 foot wide log load clearance buffers on either side of ramp), 12% gradient shot rock fill low angle barge ramp from the terminal bulkhead to the existing grade of the upland working pad; and construct 220 lineal feet of perimeter log berms for improved diversion of surface runoff to the existing drainage structures.

The intent of the contract is to provide for the complete construction of the project described in the contract. Unless otherwise provided, the contractor is to furnish all labor, materials, equipment, tools, transportation, and supplies and perform all work required to complete the project in reasonably close conformity with the drawings and specifications, and in accordance with the provisions of the contract. Payment for contract work will be made **only for and under** those pay items included in the Schedule of Items. All other work and materials will be considered as incidental to and included in the payment for items shown.

b. Location: The project is located on the Ketchikan-Misty Fiords Ranger District of the Tongass National Forest. It is approximately 30 miles North of Ketchikan Alaska. It can be reached by only sea plane or boat. The road system can be accessed by the Forest Service Fire Cove Marine Access Facility (MAF) located on the southern shore of Neets Bay about 6 miles into the bay from the mouth where Neets Bay enters Behm Canal.

c. Price Range: between $250,000 - $500,000.

### C.2 Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03.

The Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03, are included by reference. The requirements contained in these specifications are hereby made a part of this solicitation and any resultant contract.

The FP-03 U.S. Customary Units specifications are available on-line for download in Adobe Acrobat PDF and Microsoft Word formats, for no costs, at:

http://www.wfl.fha.dot.gov/design/specs/fp03.htm

EXHIBIT 7
Page 1 of 1