| ADDENDA SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| PROJECT NAME: Francis Cove Rd. | IFB R10-05-056  Updated Thru Dec 2005-04 | 4 | 52 |

## SECTION C – DESCRIPTION AND SPECIFICATIONS

### C-1 Description

A. Description: This project involves reconstruction of 3.79 miles of forest road. Some of the major work items for the road reconstruction are: producing and placing aggregate base, haul, mobilization, reconditioning roadbed, pit development, installation of culverts, removal and installation of log culvert, and installation of a log stringer bridge, quality control, and quantity measurement.

The intent of the contract is to provide for the complete construction of the project described in the contract. Unless otherwise provided, the contractor is to furnish all labor, materials, equipment, tools, transportation, and supplies and perform all work required to complete the project in reasonably close conformity with the drawings and specifications, and in accordance with the provisions of the contract. Payment for contract work will be made **only for and under** those pay items included in the Schedule of Items. All other work and materials will be considered as incidental to and included in the payment for items shown.

B. Location: The project is located on the Ketchikan-Misty Fiords Ranger District of the Tongass National Forest. It is approximately 25 air miles North of Ketchikan Alaska. It can be reached by only sea plane or boat. The road system can be accessed by the Forest Service Margaret Bay Marine Access Facility (MAF) located on the southeast side of Traitors Cove off Behm Canal.

C. Price Range: between $250,000 - $500,000.

### AGAR 452.211-72    Statement Of Work/Specifications (FEB 1988)

The Contractor shall furnish the necessary personnel, material, equipment, services and facilities (except as otherwise specified), to perform the Statement of Work/Specifications referenced in Section J.

### AGAR 452.211-73    Attachments To Statement Of Work/Specifications (FEB 1988)

The attachments to the Statement of Work/Specifications listed in Section J are hereby made part of this solicitation and any resultant contract.

### C.2 Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03.

The Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03, are included by reference. The requirements contained in these specifications are hereby made a part of this solicitation and any resultant contract.

The FP-03 U.S. Customary version is only available through the Federal Lands Highway Headquarters office:
  Headquarters, Washington DC
  David K. Green, Construction Standards Engineer
  Internet: David.Green@fhwa.dot.gov
  Mail: Federal Highway Administration
  HFPD-3
  400 Seventh Street, SW
  Washington D.C. 20590

Or available on line at http://www.wfl.fha.dot.gov/design/specs/

EXHIBIT 8