

United States
Department of
Agriculture

**Forest Service**

Tongass
National
Forest

R10-MB-239b

August 1993

# North Revilla Final Environmental Impact Statement

Ketchikan Pulp Company
Long-Term Timber Sale Contract

## Volume I




EXHIBIT 9
Page 1 of 3



# 3 Environment and Effects

## Forest Transportation System

The Forest Transportation System includes three types of roads: arterials, collectors, and locals. Arterial and collector roads are usually maintained for use by passenger vehicles and are usually designed with more emphasis on mobility than local roads. Most local roads are not designed or maintained to accommodate passenger vehicles. Construction of roads for timber harvest activity varies from year to year on Revilla Island. In 1990-1991, approximately fifteen miles of local roads were constructed on Revilla Island.

The transportation system on Revilla Island can be broken into four categories: (1) State and Municipal roads (all state and municipal roads are outside the Project Area), (2) private roads (no private roads exist within the Project Area, 3) Forest Service Roads, and 4) Log transfer facilities (LTF's).

### Forest Service Roads

There are approximately 240 miles of Forest Service roads on Revilla Island, 108 miles are within the Project Area. Since most of the roads do not connect to other existing road systems on Revilla Island, they are not maintained for passenger vehicles unless timber harvest operations are active. These single lane rough rock roads are primarily designed for heavy off-highway logging trucks.

Traffic service levels portray the expected traffic characteristics for forest roads in the Project Area. (see Appendix E, Transportation)

Table 3-169 displays the amount of miles of road by traffic service level and by alternative.

Table 3-169
**Miles of Road By Traffic Service Level**

| Alt. | Traffic Service Level C | | Traffic Service Level D | |
|---|---|---|---|---|
| | Existing | Planned | Existing | Planned |
| 1 | 0.0 | 0.0 | 0.0 | 0.0 |
| 2 | 26.2 | 4.5 | 41.9 | 148.9 |
| 3 | 23.6 | 2.7 | 27.2 | 100.3 |
| 4 | 20.9 | 1.4 | 21.1 | 93.3 |
| 5 | 24.9 | 1.6 | 33.7 | 134.9 |
| 6 | 22.2 | 1.7 | 29.7 | 96.0 |

### Maintenance Levels

Maintenance levels are based on the anticipated use of the roads. Because roads in the Project Area are isolated, predominantly intermittent resource management, off-road vehicular and foot traffic is expected.

Applicable maintenance levels for the Project Area are as follows:

# Environment and Effects 3

Maintenance Level 1 (Traffic Service Level D)—Roads are closed by bridge removal or organic encroachment and are monitored for resource protection.

Maintenance Level 2 (Traffic Service Level C)—Roads are maintained for high clearance vehicles and monitored for resource protection.

During resource management activities, the roads will be maintained commensurate with that activity. After completion of the management activity these roads will revert back to the above maintenance levels.

## Road Development

Road development patterns are similar from one alternative to another due to the location of resource being used, terrain characteristics, and development costs. Roads are located to minimize disturbance on the land, yet provide access to resources. Thus, road routes generally follow routes of favorable terrain where practicable.

### Construction and Reconstruction of Roads

Three classes of road would be constructed as part of the proposed project, each class has different projected uses and construction standards. Temporary roads were considered Local roads for analysis purposes since these roads are similar to local roads.

Arterial and collector roads are generally mainline roads requiring higher standards and heavier investment to provide prolonged use. These roads can be built to lower standards initially and upgraded as use intensifies. Thus, the logging operator may construct arterial and collector roads to low or medium standards depending on use.



Forest roads are designed to varying standards depending on use.

Local roads are generally single purpose roads resulting in lower design standards and usually cost less than arterial and collector roads.