Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendant. | Case No: 3:06-CV-00068-JWS <br><br> **THIRD DECLARATION OF ANDY STAHL** |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following facts are true and correct:

1.  My name is Andy Stahl. I am a professional forester and executive director of Forest Service Employees for Environmental Ethics. My c.v. is available on-line at http://www.fseee.org/aboutfseee/andystahlcv.htm.

2.  The Forest Service claims that the roads being reconstructed have no relation to the Traitors Cove timber sale project. Instead, argues the Forest Service, this work is just a part of normal, routine maintenance. But an examination of the Traitors Cove harvest units, as proposed by the Forest Service during scoping on the Francis Cove, SW Neets, and Rockfish logging projects (which were combined to form the Traitors Cove project) shows this is not the case. Roads being reconstructed lead only to Traitors Cove logging units, while roads in the area that do not lead to Traitors Cove logging units are not being reconstructed.

3.  For example, Rockfish Roads 8060585, 8000586, and 8000000 are being reconstructed and surround Rockfish logging units #21 and #22. <u>Compare</u> Exh. A pages 1 (Map of Rockfish Roads Reconstructed) and 2 (Map of Rockfish Logging Units). But the road system that begins immediately north of the intersection of Roads 8060585 and 8000586 and leads to no Rockfish logging units is not being reconstructed. Rockfish Road 8060050, which is being reconstructed, leads to Rockfish logging unit #48, but the roads immediately south lead to no Rockfish logging units and are not to be reconstructed. Several short (e.g., a half-mile or less) spur roads (Road 8060360, 8060224) that lead to Rockfish logging units (#2 and #10, respectively) are to be reconstructed, but immediately adjacent short spur roads that do not lead

to Rockfish logging units are not being reconstructed (e.g., three unnumbered spur roads to the southeast of 8060360 and one unnumbered spur road within one-half mile north of 8060224).

4. The Francis Cove road reconstruction project exhibits the same pattern. All the roads chosen for reconstruction (with one exception – the short segment of Road 8000000 that leads to the Bear Viewing Platform) lead to Francis Cove logging units. Road 8040300 leads to Francis Cove units #16-20. <u>Compare</u> Exh. B pages 1 (Map of Francis Cove Roads Reconstructed) and 2 (Map of Francis Cove Logging Units). Road 8040440, a ½-mile dead-end spur road leads to Francis Cove unit #21. And Road 804000 accesses Francis Cove units #31, 32, 34, 35, 37, 38, 39, 40, 45, and 48. On the other hand, there are numerous comparable spur and longer roads in the Francis Cove area that do not access Francis Cove logging units and are not chosen for reconstruction. These include, for example, the spur road ½-mile north of Road 8040300, the road system south of Road 804000 and the roads due west of Francis Cove itself.

5. In sum, for the Francis Cove and Rockfish road reconstruction projects, I conclude that the probability that the roads selected for reconstruction are unrelated to the location of Francis Cove or Rockfish (in sum, Traitors Cove) logging units is virtually zero. The same holds true for the SW Neets road work and logging units, as even a casual inspection of the two maps demonstrates. Compare Exh. C pages 1 (Map of SW Neets Roads Reconstructed) and 2 (Map of SW Neets Logging Units).

6. The Forest Service claims that these reconstruction contracts are a part of the Forest Service's regular road maintenance program. That's not borne out by the "Road Maintenance Plan" prepared for the Petersburg Ranger District, attached hereto as Exhibit D. The Road Maintenance Plan lists the following activities: drainage control, brushing, blading,

Page 3, THIRD DECLARATION OF ANDY STAHL

signs, and bridge inspections. There is no quarrying, no bridge installation, no marine access facility construction, and no culvert installation listed in the Maintenance Plan. The total cost of this annual maintenance plan ($260,000), which covers the entire Petersburg Ranger District and includes maintenance activities on scores of roads, is about the same as any one of the road reconstruction contracts at issue in this case, e.g., Francis Cove Road Reconstruction project at $278,051.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2006.

_____
ANDY STAHL

## CERTIFICATE OF SERVICE

I hereby certify that on May 19th, 2006, a copy of the Third Declaration of Andy Stahl was served electronically on:

Bruce M. Landon

s/ Marc D. Fink