Map: Rockfish Road Reconstruction — Location Map, Neets Bay area. USDA Forest Service – Tongass National Forest, R-10 – Ketchikan-Misty District.

Labels visible on map: Neets Bay; R 91E / R 92E; T 70S / T 71S; roads 8060224, 8060220, 8060210, 8060200, 8060030, 8060050, 8060000, 8060585, 8060580.

Legend:
- Project Roads (solid line)
- Roads (dashed line)
- Rock Source
- Marine Access Facility

Scale: 0, 0.25, 0.5, 1 Miles

Title block:
- TONGASS ENGINEERING & RECREATION
- TNFTYP: 09/04
- ROCKFISH ROAD RECONSTRUCTION
- USDA FOREST SERVICE - TONGASS NATIONAL FOREST
- R-10 - KETCHIKAN-MISTY DISTRICT
- LOCATION MAP
- ACAD.DWG
- PLOT ON 11"X17" PAPER
- SH. 2 of 22






# Rockfish EA

Preliminary Unit
Pool Acres
390

New Road Miles
3.3

1:40,850

0    0.25    0.5         1 w4a;

As of 10-26-04

**Legend**

Log Transfer Facilities
-• ------ Streams
Section Lines
Proposed Roads  Existing Roads  Contours 100`  Bodies of Water
Preliminary Unit Pool

Rockfish, SW Neets, and Francis %-.ove Environmental Assessments

5