





**Legend**
Log Transfer Facilities

Streams;
Section Lines
Proposed Roads
6asting Roads

Contours 100' Bodies
of Water Preliminary
Units

**Francis Cove EA**

Preliminary Unit
Pool Acres
349

New Road Miles
29

1:52,532
0   OA   0.8   1.e how ..

As of 10-26-04