






**Legend**

Log Transfer Facilities
Streams Section Lines

--• Proposed Roads
        Roads
Existing
Bodies of Water

Preliminary Unit Pool
Contours 100'

units_po lygon

Preliminary Unit Pool Acres 285

New Road Miles
2.6

1.31,B80

| 0 | 025 | 015 | I MAO |

As of 1Q-28-o4