Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH, <br><br>  Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br>  Defendant. | Case No: 3:06-CV-00068-JWS <br><br> **DECLARATION OF MIKE SALLEE** |

Page 1, DECLARATION OF MIKE SALLEE

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following facts are true and correct:

1. My name is Mike Sallee. I am a member of Forest Service Employees for Environmental Ethics.

2. I am 59 years old and a life-long resident of Ketchikan, Alaska. I am a hunter and a commercial sea cucumber harvester.

3. I have been to the Traitors Cove area over 50 times. During those visits, I have engaged in a variety of activities, including hunting deer and black bear, harvesting sea cucumbers, salvaging logs from the beach, camping, hiking, and kayaking. In the late 1970s, I worked in the area as a choker setter. Deer habitat at Traitors Cove has already been harmed by excessive logging and road building in this area. Nonetheless, I still intend to hunt there again in the future, including this fall, 2006. However, I am concerned that if the Forest Service proceeds with the proposed logging envisioned by the Traitors Cove project, the additional logging may well make my deer hunting fruitless by removal of what little essential deer wintering habitat remains.

4. I have hunted within each of the areas the Forest Service calls SW Neets, Rockfish, and Francis Cove. The old roads in these areas were accessible to hikers and in some locations to ATVs, but often not to pick-up trucks or cars because they were brushed in and generally not maintained. The reconstruction of the logging roads in each of these three locations harms my recreational and subsistence use of these areas by increasing the prospects for illegal poaching.

5. I am concerned with the cumulative impact that logging is having on southeast

Alaska deer and hunters. As more and more deer habitat is lost, hunters are being forced to congregate into smaller and smaller areas with fewer deer available being subject to more concentrated hunting pressure.

6. The Forest Service, however, is building or improving log transfer facilities (LTF) as a part of the SW Neets, Rockfish, and Francis Cove road reconstruction contracts. LTFs can harm underwater sea life because tree bark accumulates on the bottom and suffocates marine organisms. These adverse effects, when they occur, directly harm my ability to harvest sea cucumbers at the locations where the Forest Service is building LTFs associated with each of the three road reconstruction contracts. In addition, when the LTF and associated infrastructure is in place, the general public, including myself, is restricted from recreational or marine life harvest in the area.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2006, in Ketchikan, Alaska.

*[signature]*
MIKE SALLEE

CERTIFICATE OF SERVICE

I hereby certify that on May 19th, 2006, a copy of the Declaration of Mike Sallee was served electronically on:

Bruce M. Landon

s/ Marc D. Fink