MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*FOREST SERVICE EMPLOYEES FOR*   v.   *UNITED STATES FOREST SERVICE*
*ENVIRONMENTAL ETHICS, et al.*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:06-cv-00068 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  May 22, 2006

---

    The court will hear oral argument on plaintiff's request for a temporary restraining order and a preliminary inunction which was filed at docket 9.  Argument will be heard at **8:00 AM** on **Thursday, May 25, 2006**, in Courtroom 3.  Each side will have 20 minutes.  Counsel not resident in Anchorage may participate telephonically.  For information on how to do so, contact the court's case manager, Ms. Pam Richter, at (907) 677-6125 not later than May 23, 2006.

    Plaintiff "recognizes that it must limit its request for preliminary injunctive relief to just the Rockfish and Francis Cove projects," (Plaintiff's Reply, doc. 29, p. 2), so argument should focus on those two projects.

    Plaintiff's recognition of a narrowed request for preliminary injunctive relief is based upon defendant's undisputed assertion that construction of the S. W. Neets, Road 6231, and Road 6232 projects was completed in 2005.  Recognition that the request for preliminary injunctive relief as to those projects has been mooted does not amount to a concession that plaintiff cannot obtain other relief with respect to the S.W. Neets, Road 6231, and Road 6232 projects.

---