BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES FOREST SERVICE, ) an agency of the U.S. Department of Agriculture, ) ) Defendant. ) ) | Case No. A06-068 CV (JWS) |

DECLARATION OF ROZIE BERRY

Pursuant to 28 U.S.C. 1746, Rozie Berry declares and states:

1. I am a Civil Engineering Technician on the Tongass National Forest, Ketchikan-Misty Fiords Ranger District. I have held that position since 1989. As part of my responsibilities, I am the Contract Officer's Representative for the Rockfish Road Construction Contract Number AG-0116-C-05-0063. I make the statements in the declaration based on personal knowledge and Forest Service Records.

2. I prepared the report setting forth the status of the road maintenance activities under the Rockfish contract attached to the Declaration of Lynn Kolund in this case.

1

EXHIBIT 1
Page 1 of 5

3. That report listed three roads in the Rockfish contract for which the maintenance activities were zero percent complete. This declaration sets forth the activities that would occur on those three roads.

4. Alders have encroached into the shoulder of portions of Road 8060050 and the ditches have become clogged. The maintenance work contracted for this road is the removal of the encroaching alder and the cleaning of the ditches. Attached to this declaration is a photo designated as "8060050" showing the clogged ditches and the encroaching alders.

5. Maintenance work on Road 8060220 involves the placement of approximately one hundred cubic yards of rock aggregate on a short, but currently very slippery portion of the road. The road has been made slippery by the presence of hemlock seedlings a few inches high on the road. I have driven on that portion of the road and experienced slipping. Attached to this declaration is a photo labeled 8060224-2 showing hemlock seedlings covering a portion of Road 8060224. Although this photo is not of Road 8060220 itself, it accurately shows the type of hemlock seedling coverage creating the dangerous condition on Road 8060220. The stretch being maintained on Road 8060220 is particularly slippery because of the combination of the seedlings and the slope of the road.

6. Maintenance work on Road 8060224 consists of removing a land slide, installing two culverts, and placing one hundred and ninety cubic yards of aggregate on the road surface. If this slide is not removed, it will continue to move into the regenerating harvest unit below the slide. Attached to this memorandum is a photo labeled "slide on 8060224-2" which shows the slide to be removed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-23-06          _____ Rozie Berry

2

EXHIBIT 1
Page 2 of 5