BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen Ith )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES FOREST SERVICE, )<br>an agency of the U.S. Department of Agriculture, )<br><br>Defendant. ) | Case No. A06-068 CV (JWS) |

SECOND DECLARATION OF JACK K. OIEN

Pursuant to 28 U.S.C. 1746, Jack K. Oien declares and states:

1. I am the Roads Group Leader for the Tongass National Forest. I have held this position since 2001. My responsibilities include oversight and program management for road maintenance, road construction and transportation planning. I make the statements in this declaration based on personal knowledge and Forest Service Records.

2. In Andy Stahl's third declaration he states that other than the road to the bear viewing area in the Francis Cove maintenance contract, no roads that do not provide access to a unit in the unit pool for the proposed Traitors Cove contract are maintained in the Rockfish or Francis Cove

EXHIBIT 2
Page 1 of 2

contracts. While that statement is true as to those two contracts, it is not the case that the Forest Service does not maintain roads in the Traitors Cove area. The Forest Service maintains a five year plan of capital investment projects, including many deferred maintenance and road maintenance contracts, across the forest. Among the contracts on the current five year plan is the Margaret Roads Storage Contract which would do maintenance on approximately 9 miles of road in the Traitors Cove area that would not provide access to potential timber sale units.

3. It is not surprising that the Forest Service scheduled the Rockfish and Francis Cove contracts prior to the Margaret Roads Storage Contract, because, as explained in my first declaration, the need for safe administrative access for the assessment of potential timber sales was a consideration favoring those contracts.

4. All rock pits (material sites) for the Francis Cove and Rockfish maintenance contracts were in existence prior to the award of the maintenance contract. No further development of these material sites was required, no blasting or pulverization was required. The existing materials were screened to get the materials required in the contract for use on the roads as surfacing.

5. The maintenance work to the marine access facility and the bridge replacement work under the contracts is already complete.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/24/06

*[signature]*

Jack K. Oien

EXHIBIT 2
Page 2 of 2