MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*FOREST SERVICE EMPLOYEES FOR*   v.   *UNITED STATES FOREST SERVICE*
*ENVIRONMENTAL ETHICS, et al.*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:06-cv-00068 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**             Date: May 24, 2006

    Developments in the on-going criminal trial presently being heard by the assigned judge require the court to **CONTINUE** the hearing in this case from 8:00 a.m. on **May 25, 2006**, to **3:00 p.m.** on the same day.

    The court apologizes for the inconvenience to counsel, but earlier notice was not feasible.