UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS and GLEN ITH,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>      Defendant. | CASE NO. 3:06-cv-068 JWS<br><br>PRELIMINARY INJUNCTION |

For the reasons stated in the order granting in part and denying in part plaintiffs' motion for a preliminary injunction,

**IT IS ORDERED:**

Effective at **12:01 AM Alaska Daylight Time** on **Wednesday, May 31, 2006**, and continuing until otherwise ordered by the court, defendant **United States Forest Service** shall **HALT** all work on the roads in the Rockfish and Francis Cove road systems in the Tongass National Forest **EXCEPT** that the following work may continue:

    (1) placement of a layer of rock on the surface of Road 8000586;

    (2) completion of the unfinished stringer bridge;

(3) blading (contouring to minimize run-off) of rock already in place on any road;

(4) completion of the road to the Margaret Creek Wildlife Observation Site.

**IT IS FURTHER ORDERED**:

Counsel for the United States Forest Service shall file a certification of compliance with this preliminary injunction on June 1, 2006.

**DATED** at Anchorage, Alaska, this 26th day of May, 2006.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE