BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... ) ) ) | |
| Plaintiff,   ) ) | Case No. 3:06-cv-068 (JWS) |
| v.   ) ) | |
| UNITED STATES FOREST SERVICE, ) an agency of the U.S. Department of Agriculture, ) ) | |
| Defendant.   ) ) | |

CERTIFICATION OF COMPLIANCE

Defendants file this Certificate of Compliance pursuant to the Court's Preliminary Injunction Order filed May 26, 2006. As set forth in the Declaration of Stephen M. Patton, (Exhibit 1 hereto), he served a suspension of work order on the designated agent for the Francis Cove contract at approximately 3:45 pm on May 30, 2006. The suspension of work order is attached to his declaration as attachment 2. Mr. Patton also visited the Rockfish contract area. Upon his arrival at the Rockfish area, Mr. Patton found that all work on the roads had been

CERT. OF COMPLIANCE                              1

completed and that the site had already been largely demobilized. Ms. Rosie Berry, who is the Contracting Officer's Representative inspected the roads and prepared a final inspection report, which is attachment 1 to the Declaration of Stephen M. Patton.

The Forest Service identified no additional work on the roads under the contracts necessary to stabilize soils or otherwise prevent environmental damage. However, Ms. Berry did identify small disturbed soil areas amounting to less than an acre in the Rockfish contract area that would benefit from reseeding and fertilizing. Such reseeding and fertilizing is not required by the Rockfish contract, and, if undertaken, would be done by Forest Service personnel. Undersigned counsel has informed the Forest Service through the Office of General Counsel that no such reseeding and fertilizing should be undertaken while the preliminary injunction remains in effect unless and until defendants, after consultation with plaintiffs, move for and obtain a modification or clarification of the preliminary injunction

RESPECTFULLY SUBMITTED this 1st day of June, 2006, at Anchorage, Alaska.

s/ Bruce M. Landon
BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 1st day of June, 2006, a copy of the foregoing was served electronically to the following counsel of record:

Marc D. Fink
Peter Van Tuyn

 s/ Bruce M. Landon
Bruce M. Landon