BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen....<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>Defendant. | Case No. 3:06-cv-068 JWS |

**DECLARATION OF STEPHEN M. PATTON**

Stephen M. Patton declares and states pursuant to 28 U.S.C. 1746:

1. I am a Contracting Officer with the Tongass National Forest. I have held that position since 1991. I am the Contracting Officer for the Rockfish Road Reconstruction contract # AG 0116-C-05-0063 and the Francis Cove Road Reconstruction contract # AG-0109-C-05-0024. I make the statements in this declaration based on personal knowledge and Forest Service records.

Decl. Of Patton

1

EXHIBIT 1
Page 1 of 6

2. On the morning of May 30, 2006, I flew with other Forest Service officials to the Francis Cove contract area in search of Harold Enright of Channel Construction. Channel Construction is the contractor for the Francis Cove contract. Under the contract, Mr. Enright is the agent on whom any suspension of work orders are to be served. I located a number of employees of Channel Construction, who believed that Mr. Enright was in the area, but I could not locate Mr. Enright. It is not unusual to have some difficulty in locating a specific person at remote job sites.

3. I had scheduled to fly from the Francis Cove to the Rockfish contract area at 11:00 am. At 11:00 am, I still had not been able to locate Mr. Enright. I continued searching for him until approximately 11:30, after which I took the waiting floatplane to the Rockfish contract area. At the time that I left the Francis Cove area, the remaining work appeared to be limited to final blading and the work on Road 8040700 described in paragraph 6 of this declaration.

4. Upon arrival at the Rockfish area, I found that all road work under the contract had been completed and that the site had already been largely demobilized. Ms. Rozie Berry, who is the Contracting Officer's Representative for the Rockfish Contract and a Civil Engineering Technician, inspected the roads and did a final inspection report for the contract. A copy of her final inspection report is attached hereto as Attachment 1. Due to the demobilization of the site, there was no one on whom to serve a suspension of work order. However, as the contract work on the roads had already been completed and the final inspection performed, there was no work to be suspended . Although no work on the roads remains under that contract, Ms. Berry's

US Opp. to TRO

2

EXHIBIT 1
2 of 6

final inspection report does require the contractor to clean up the straw bails left on the marine access facility and the wood left in a ditch at the marine access facility, and to re-level the left footing of the ramp at the marine access facility, which was damaged by the contractor during the course of the contract. The marine access facility consists of a concrete float. Because of the change in the tide, the float is attached to a movable ramp, which is in turn connected to two footings on the shore. During the winter the contractor used the marine access facility to tie up its tug. There were significant winds at the time. The pressure of the tug on the facility apparently caused the left footing to be raised up approximately six inches, which made the ramp no longer level. Because I did not consider any of those activities to constitute work on the roads, I did not issue a suspension of work order against them.

5. At approximately 3:00 the float plane picked us up to fly back to the Francis Cove contract area. I found Mr. Enright and at approximately 3:45 served the suspension of work order on him. A copy of the suspension of work order is attached hereto as attachment 2. The suspension of work order erroneously states an effective date of the close of business on May 31, 2006. However, it was understood by both Mr. Enright and me that the actual effective date was the close of business May 30, 2006. No work took place following the service of the suspension of work order.

6. At the time I found Mr. Enright, he was loading equipment that was being demobilized from the site. According to Mr. Enright, all activities under the Francis Cove contract had been completed. Earlier in the day, Mr. Fred Norman, the Contracting Officer's Representative inspected the roads and identified one area on

Decl. Of Patton

Road 8040700 where he believed that the contract called for the placement of additional rock on the road surface. I advised Mr. Enright of our earlier observation regarding rock placement on Road 8040700 and told him that work could not now take place due to the suspension. Mr. Enright stated that he had used all the quantity of rock required in the contract and did not intend to place additional rock without a change order. I have not and will not issue such a change order. Mr. Norman's inspection of the Francis Cove contract is not considered a final inspection because a final inspection requires him to make quantity measurements. He did not have time to accomplish that task.

7. As both contracts had been completed, neither Mr. Norman nor Ms. Berry identified any contract activities whose completion was necessary to stabilize soils. Ms. Berry, however, did identify small disturbed soil areas amounting to less than one acre in the Rockfish contract area that would benefit from reseeding and fertilizing. Such reseeding and fertilizing is not required by the Rockfish contract, and if undertaken, would be done by Forest Service personnel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2006

Stephen M. Patton

US Opp. to TRO

4

EXHIBIT 1
Page 4 of 6

| U.S. DEPARTMENT OF AGRICULTURE<br>FOREST SERVICE<br><br>**CERTIFICATE OF FINAL INSPECTION**<br>(Reference FSH 6309.31) | CONTRACT NUMBER<br>**AG-0116-C--05-0063** |
|---|---|
| | UNIT<br>**Ketchikan Misty Ranger District** |
| | PROJECT<br>**Rockfish Road Reconstruction** |
| TO:<br><br>**Stephen M. Patton**<br>**CONTRACTING OFFICER** | NAME AND ADDRESS OF CONTRACTOR<br><br>**Ketchikan Ready Mix**<br>**4418 N. Tongass Hwy**<br>**Ketchikan Alaska 99901** |

I hereby certify that the final inspection of the work under the above contract was made on **5/30/2006**.

The last day on which work was performed was **5/29/2006** after which no calendar days should be charged against time. All materials have been furnished, all the work has been performed, and all the construction required by the contract in accordance with its terms has been completed.

All work has been complete with the following exceptions:

Removal of straw bales from the M.A.F.

Removal of wood from the ditch at the M.A.F.

Re-leveling of the left footing on the ramp at the M.A.F.

Final Inspection was attended by:

Steve Patton C.O.
Rozie Berry C.O.R.
Jack Oien   Supervisory Roads Engineer
Fred Norman Civil Engineering Tech. K-M District
Angela Coleman  Hydrologist K-M District
Eric Raitanen Fisheries Biologist K-M District

Enclosure(s)

| SIGNATURE | TITLE | DATE |
|---|---|---|
| /s/ Rozie Berry | Contracting Officer's Representative | 5/31/2006 |

FS-6300-15 (11/79)

*Attachment 1*

USDA – Forest Service                                                                   FS-6300-8 (3/80)

| | CONTRACT NUMBER AG-0109-C-05-0024 |
|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** (Reference FSH 6309.31) | UNIT TONGASS NF |
| | PROJECT FRANCES COVE RECONST |
| | NAME AND ADDRESS OF CONTRACTOR CHANNEL CONST, INC P.O. BOX 33359 JUNEAU, AK |
| ORDER NUMBER | DATE ISSUED |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☐ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: _____

The time on this contract will start at the beginning of business on _____

☒ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): Temporary restraining order under Case No. 3:06-cv-00068 JWS*, U.S. District Court. All work except blading of rock already in place is hereby suspended.    *dated May 26, 2006

Effective close of business 5/31/06  Item Numbers ALL

Type of Suspension  ☐ Total  ☐ Partial
  ☐ No charge will be made against contract time for period of suspension.
  ☒ Full count of contract time will continue.
  ☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.
Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE Contracting Officer | DATE 5/30/06 |
|---|---|---|

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING _____ COPY(S) TO USDA, FOREST SERVICE

| SIGNATURE | TITLE Pres | DATE 5-30-06 |
|---|---|---|

**INSTRUCTIONS:**

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

Attachment 2
EXHIBIT 1
Page 6 of 6