BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-cv-068 (JWS) |
| v. | ) ) | |
| UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) ) ) | |
| Defendant. | ) ) ) | |

ANSWER

Federal defendants answer the allegations in the Second Amended Complaint as follows:

1.  This paragraph is a characterization of plaintiffs' case not requiring an answer.

2.  This paragraph is a characterization of plaintiffs' case not requiring an answer.

3.  This paragraph consists in of conclusions of law not requiring an answer.

4.  This paragraph consists in of conclusions of law not requiring an answer.

5.  Federal defendants have insufficient knowledge or belief to admit or deny the

allegations in this paragraph.

6.  Federal defendants have insufficient knowledge or belief to admit or deny the allegations in this paragraph.

7.  Federal defendants have insufficient knowledge or belief to admit or deny the allegations in this paragraph.

8.  Admit that at the time of the complaint, Mr. Ith was one of two wildlife biologists on the Petersburg District, but affirmatively state that Mr. Ith has since been detailed to the Supervisor's Office in Petersburg.  Federal defendants have insufficient knowledge or belief to admit or deny the remaining allegations in this paragraph.

9.  This paragraph consists in of conclusions of law not requiring an answer.

10.  Admit.

11.  Federal defendants deny the first sentence and admit the second sentence.

12.  Admit.

13.  Admit.

14.  Admit the first, and fourth sentences and deny the third sentence.   Federal defendants have insufficient knowledge or belief to admit or deny the allegations in the second sentence

15.  Deny.

16.  Admit that road construction and reconstruction may temporarily increase sediment to streams and waterbodies, but affirmatively state that road reconstruction and repair is often needed to prevent or reduce sedimentation from roads in poor condition.  Deny the allegations in

ANSWER                                   2

the second and fourth sentences.  Federal defendants have insufficient knowledge or belief to answer the allegations in the third sentence.

17.  Admit the allegations in the first and second sentences.  The third sentence purports to paraphrase a document, which is the best evidence of its contents.

18.  This paragraph purports to paraphrase a document, which is the best evidence of its contents.

19.  Federal defendants have insufficient knowledge or belief to admit or deny the allegations in the first sentence.  Federal defendants deny the second sentence, and affirmatively allege that although alder branches were encroaching from the side of portions of the road, the road surface itself had not revegetated other than with grass, and that the road remained passable for ATVs and foot traffic.  With regard to the third sentence, admit that logs from 44 Sitka spruce from locations other than road 6232 were used for stringer bridges on road 6232, and otherwise deny the allegations in the second and third sentences.

20.  The first sentence purports to paraphrase a document, which is the best evidence of its contents.  Admit that the Forest Service did not provide any public notice or public scoping to disclose that it was relying on this categorical exclusion, and did not request any public comment on this issue.

21.  Admit that the Forest Supervisor signed the Decision Notice on the Overlook project on November 15, 2005; otherwise this paragraph purports to paraphrase a document, which is the best evidence of its contents.

22.  This paragraph purports to paraphrase a document, which is the best evidence of its contents.

ANSWER                                    3

23.  This paragraph purports to paraphrase a document, which is the best evidence of its contents.

24.  Admit.

25.  This paragraph purports to paraphrase a document, which is the best evidence of its contents.

26.  This paragraph purports to paraphrase a document, which is the best evidence of its contents.

27.  This paragraph purports to paraphrase a document, which is the best evidence of its contents.

28.  Admit.

29.  Admit the first and second sentences.  With regard to the third sentence, federal defendants admit that the allegations correspond approximately to the status of the contracts at the time of the filing of the complaint, but affirmatively state that the Rockfish and Francis Cove contracts have been completed.

30.  Admit.

31.  Admit.

32.  This paragraph purports to paraphrase a document, which is the best evidence of its contents.

33.  Admit that the website indicates the DEIS for the Traitors Cove project was expected in September 2006; however, a June 7, 2006 news release states that the Traitors Cove DEIS was mailed to the public, and the Notice of Availability was expected to be published in the Federal Register on June 16, 2006.

ANSWER                          4

34. Federal defendants repeat and incorporate the responses to Paragraphs 1-33.

35. This paragraph consists of conclusions of law not requiring an answer.

36. This paragraph consists of conclusions of law not requiring an answer.

37. Admit.

38. This paragraph consists of conclusions of law not requiring an answer.

39. This paragraph consists of conclusions of law not requiring an answer.

40. Federal defendants repeat and incorporate the responses to Paragraphs 1-39.

41. This paragraph consists of conclusions of law not requiring an answer.

42. Deny.

43. Deny.

44. Federal defendants repeat and incorporate the responses to Paragraphs 1-43.

45. This paragraph consists of conclusions of law not requiring an answer.

46. This paragraph consists of conclusions of law not requiring an answer.

47. Denied.

48. Federal defendants repeat and incorporate the responses to Paragraphs 1-47.

49. This paragraph consists of conclusions of law not requiring an answer.

50. This paragraph consists of conclusions of law not requiring an answer.

The remaining allegations consist of plaintiffs' prayer for relief and require no answer.

## DEFENSES

1. The Court lacks subject matter jurisdiction.

2. The action is moot in whole or in part.

3. The action is not ripe in whole or in part.

ANSWER                                    5

4.  Plaintiffs fail to state a cause of action on which relief may be granted.

WHEREFORE, federal defendants pray for judgment dismissing this action, plaintiffs to take

nothing and defendants to be awarded such relief as the court deems just.

RESPECTFULLY SUBMITTED this 16th  day of June, 2006, at Anchorage, Alaska.


_____ s/ Bruce Landon _____
BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants


ANSWER                           6

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2006, a copy of the foregoing was served electronically to the following counsel of record:

Marc D. Fink
Peter Van Tuyn


  s/ Bruce M. Landon
Bruce M. Landon