BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendant. | Case No. 3:06-cv-068 (JWS) |

UNOPPOSED MOTION FOR MODIFICATION OR
CLARIFICATION OF PRELIMINARY INJUNCTION

Federal defendants move for a on order modifying or clarifying the Court's Preliminary Injunction (Docket # 38)  filed May26, 2006, so as to permit the spreading by Forest Service employees of seed and fertilizer on exposed soils in the Rockfish and Francis Cove areas.  This motion is supported by the accompanying memorandum.  A proposed order to effectuate the motion accompanies this motion.

Modification Motion
FSEEE v. USFS, 3:06-cv-068 (JWS)                           1

Counsel for plaintiffs has authorized the undersigned to represent that plaintiffs do not oppose this motion.

RESPECTFULLY SUBMITTED this 27th day of June, 2006, at Anchorage, Alaska.

                                                          s/ Bruce Landon
BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2006, a copy of the foregoing was served electronically to the following counsel of record:

Marc D. Fink
Peter Van Tuyn

  s/ Bruce M. Landon
Bruce M. Landon