BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES FOREST SERVICE, ) an agency of the U.S. Department of Agriculture, ) ) Defendant. ) ) | Case No. 3:06-cv-068 (JWS) |

(PROPOSED) MODIFICATION OF PRELIMINARY INJUNCTION

Defendants' Unopposed Motion for Clarification or Modification of Injunction (Docket # ) is GRANTED. The Preliminary Injunction is modified so as to permit the Forest Service to apply seed and fertilizer to areas of disturbed soil in the Rockfish and Francis Cove areas.

Dated: _____

_____
JOHN W. SEDWICK
U.S. District Judge