BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... ) ) ) | | |
| Plaintiff, ) ) | Case No. 3:06-cv-068 (JWS) | |
| v. ) ) | | |
| UNITED STATES FOREST SERVICE, ) an agency of the U.S. Department of Agriculture, ) ) | | |
| Defendant. ) ) | | |

MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION FOR CLARIFICATION OR MODIFICATION OF INJUNCTION

Federal defendants have moved for a clarification or modification of this Courts' Preliminary Injunction (Docket # 38) filed May 26, 2006. That injunction ordered the Forest Service to halt all work on the roads in the Rockfish and Francis Cove road systems in the Tongass National Forest except for four exceptions listed in the Preliminary Injunction, which were allowed to continue.

As reported by defendants in their Certificate of Compliance filed June 1, 2006 (Docket # 39), all work on the roads required by the Rockfish and Francis Cove contracts was complete prior to the effective date of the Preliminary Injunction.

Although the Forest Service identified no additional work on the roads *under the contracts* necessary to stabilize soils or otherwise prevent environmental damage, the agency did identify small areas of disturbed soil that would benefit from reseeding and fertilizing in the Rockfish and Francis Cove areas. Declaration of Fred Norman. The Forest Service proposes to spread the seed and fertilizer by hand using Forest Service personnel. *Id.*

Because the seeding and fertilizing could arguably be considered to be "work on the roads," the Certification of Compliance stated that the Forest Service had been informed that it was not to undertake the seeding or fertilizing unless and until defendants, after consultation with plaintiffs, moved for and obtained a modification or clarification of the preliminary injunction.

Defendants have now consulted with plaintiffs and have filed an unopposed motion for clarification or modification.

The Court should grant the unopposed motion. The courts will not issue an injunction in a NEPA case when the injunction would itself cause environmental harm. *American Motorcyclist Ass'n v. Watt,* 714 F.2d 962, 966 (9th Cir. 1983); *Alpine Lakes Protection Soc. v. Schlapfer,* 518 F.2d 1089 (9th Cir. 1975). The Court, in its Order on Request for Preliminary Injunctive Relief (Docket # 37) made several exceptions to the Preliminary Injunction reasoning that some work was "necessary to protect the environment." The seeding and fertilizing were not on that list because the need for the additional seeding and fertilizing was not identified until

after the completion of the road work under the two contracts.

The seeding and fertilizing are necessary to protect the environment. Attached to the Declaration of Fred Norman are photographs of examples of the disturbed soils. Mr. Norman explains in his declaration that the seeding and fertilizing would reduce siltation and erosion of the disturbed soil. The seed and fertilizer would be spread by hand.

Counsel for plaintiffs has authorized the undersigned to represent that this motion is unopposed.

RESPECTFULLY SUBMITTED this 27th day of June, 2006, at Anchorage, Alaska.

                                                                                         s/ Bruce Landon  
                                        BRUCE M. LANDON  
                                        U.S. Department of Justice  
                                        Environment & Natural Resources Division  
                                        801 B Street, Suite 504  
                                        Anchorage, Alaska  99501-3657  
                                        Telephone: (907) 271-5452  
                                        Facsimile:  (907) 271-5827  
                                        Email: bruce.landon@usdoj.gov  

                                        Attorney for Defendants

CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on this 27th day of June, 2006, a copy of the foregoing was served electronically to the following counsel of record:

Marc D. Fink
Peter Van Tuyn

   s/ Bruce M. Landon
Bruce M. Landon