BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendant. | Case No. 3:06-cv-068 (JWS) |

DECLARATION OF FRED NORMAN

Pursuant to 28 U.S.C. 1746, Fred Norman declares and states:

1. I am a Civil Engineering Technician for the Ketchikan-Misty Fiords Ranger District of the Tongass National Forest. I am also the Contract Administrator (Contracting Officer's Representative) for the Francis Cove maintenance contract # AG-0109-C-05-0024, and the designated contract inspector for the Rockfish maintenance contract # AG-0116-C-05-0063. I make the statements in this declaration based on personal knowledge.

2. I visited the Francis Cove and the Rockfish contract areas on May 30, 2006. Prior to the close of business on May 30, 2006, all work on the roads under those contracts was complete.

3.  I inspected both contracts and found that the amount of seed and fertilizer specified under the contracts had been applied in an acceptable manner.

4.  Although all seed and fertilizer required by the contracts had been applied, I did identify areas of exposed soil that would benefit from seeding and fertilizing. Such seeding and fertilizing would reduce siltation and erosion.

5.  The Forest Service proposes to perform the seeding and fertilizing using Forest Service personnel. The Forest Service intends to spread the seed and fertilizer by hand. In the Rockfish area about 100 pounds of seed and at least 400 pounds of fertilizer will be used. In the Francis Cove area about 150 pounds of seed will be used. It is not clear at this time whether fertilizer will be used for the Francis Cove area. If it is used, I estimate that approximately 750 pounds of fertilizer would be spread.

6.  The list of possible seeding areas is attached as attachment 1.

7.  Pictures of examples of the present condition of exposed soils requiring seeding and fertilizing are attached as attachments 2 and 3.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 16, 2006                              s/ Fred Norman

                                                  Fred Norman