# Rockfish and Francis Cove Seeding Needs

| Contract Name | Road # | Patches of seeding in Miles | Comments |
|---|---|---|---|
| Rockfish | 8000586 | 0.63 | Includes small slides and end haul areas. |
| | 8060000 | 5.16 | Includes the land camp area used by the contractor. |
| | 8060050 | 0.31 | |
| | 8060200 | 3.15 | Includes some small slides. |
| | 8060210 | 0.55 | |
| | 8060220 | 1.40 | |
| | 8060224 | 0.29 | Includes small slides. |
| | 8060360 | 0.09 | |
| | Total | 11.58 Miles | |
| Francis Cove | 8000000 | 0.40 | Includes some small slides and slumps. |
| | 8040000 | 2.00 | |
| | 8040300 | 0.50 | |
| | 8040440 | 0.31 | |
| | 8040700 | 0.85 | Includes some parts of the roadbed. |
| | Total | 4.06 Miles | |