BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendant. | Case No. 3:06-cv-00068 (JWS) |

MODIFICATION OF PRELIMINARY INJUNCTION

Defendants' Unopposed Motion for Clarification or Modification of Injunction (Docket # 44) is GRANTED. The Preliminary Injunction is modified so as to permit the Forest Service to apply seed and fertilizer to areas of disturbed soil in the Rockfish and Francis Cove areas.

Dated: June 29, 2006

/s/
JOHN W. SEDWICK
U.S. District Court Judge