BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-cv-068 (JWS) |
| v. | ) ) | |
| UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) ) ) | |
| Defendant. | ) ) | |

UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD
IN ELECTRONIC FORM

Federal defendants move for leave to lodge the administrative record in this case in electronic form. Federal defendants propose to lodge the electronic record on a CD ROM disk. In addition federal defendants would make a copy of the record available for public inspection at the Forest Service offices in Juneau. Federal defendants believe that all documents in the administrative record are compatible with the Court's existing software. The lodging in

Not. of Lodging Admin. Rec.
FSEEE v. USFS, 3:06-cv-068 (JWS)           1

electronic form is consistent with the practice in all recent Forest Service record review cases in this district. A proposed order accompanies this motion.

Counsel for plaintiffs has authorized the undersigned to represent that this motion is unopposed.

RESPECTFULLY SUBMITTED this 12th day of July, 2006, at Anchorage, Alaska.

s/ Bruce Landon
BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of July, 2006, a copy of the foregoing UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD IN ELECTRONIC FORM and Proposed ORDER were served electronically to the following counsel of record:

Marc D. Fink
Peter Van Tuyn

  s/ Bruce M. Landon
Bruce M. Landon