BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES FOREST SERVICE, ) an agency of the U.S. Department of Agriculture, ) ) Defendant. ) ) | Case No. 3:06-cv-068 (JWS) |

(PROPOSED) ORDER

Federal defendants' Unopposed Motion for Leave to Lodge Administrative Record in Electronic Form is hereby GRANTED.  Federal defendants shall conventionally file their Notice of Lodging of Administrative Record and its exhibits, including the CD-ROM containing the electronic copy of the administrative record.

Dated:                                                            _____
                                                                           JOHN W. SEDWICK
                                                                           United States District Judge.

ORDER
FSEEE v. USFS, 3:06-cv-068 (JWS)          1