Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>Defendant. | Case No: 3:06-CV-0068-JWS<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

Plaintiffs, through undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 15(a) and District of Alaska Local Rule15.1 for leave to file their Third Amended Complaint for Declaratory and Injunctive Relief.[1]  Plaintiffs' motion is supported by the supporting Memorandum, and the Third Amended Complaint, attached hereto.

Plaintiffs' counsel has informed Defendants' counsel regarding the filing of this motion, but has not yet heard whether the Forest Service will oppose this motion.

DATED this 12th day of July, 2006.

Respectfully submitted,

s/ Marc D. Fink
Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

---

[1] Plaintiffs First Amended Complaint was immediately withdrawn, and Plaintiffs subsequently received Defendants's consent to file their Second Amended Complaint.

CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2006, a copy of Plaintiffs' Motion for Leave to File Third Amended Complaint was served electronically on:

Bruce M. Landon

s/ Marc D. Fink