Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>　　　　Defendant. | Case No: 3:06-CV-0068-JWS<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE SCHEDULING AND PLANNING CONFERENCE REPORT** |

　　　　The parties hereby request an extension of time to file the requested Scheduling and Planning Conference Report in this case. Plaintiffs have filed a motion for leave to file an amended complaint, and the parties agree that motion should be resolved prior to completion of

the scheduling report. Counsel for both Plaintiffs and Defendant also have vacations scheduled for the end of July and early August, 2006. The parties therefore propose to file the Scheduling and Planning Conference Report within 10 days of this Court's resolution of the Plaintiffs' motion to amend their complaint, or August 8, 2006, whichever is later.

Dated this 13th day of July, 2006.

Respectfully submitted,

s/ Marc D. Fink
Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel: 907-278-2000
Fax: 907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs


s/ Bruce M. Landon
BRUCE M. LANDON
U.S. Department of Justice
Env. & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Tel: 907-271-5452
Fax: 907-271-5827
bruce.landon@usdoj.gov

Attorney for Defendants