Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>      Defendant. | Case No: 3:06-CV-0068-JWS<br><br>**[PROPOSED] ORDER RE:**<br>**JOINT MOTION FOR EXTENSION OF**<br>**TIME TO FILE SCHEDULING AND**<br>**PLANNING CONFERENCE REPORT** |

Page 1,  [PROPOSED] ORDER RE:  JOINT MOTION FOR EXTENSION OF TIME TO FILE SCHEDULING
     AND PLANNING CONFERENCE REPORT

The parties' Joint Motion for Extension of Time to File Scheduling and Planning Conference Report is hereby GRANTED. The Scheduling and Planning Conference Report shall be filed within 10 days of this Court's resolution of the Plaintiffs' motion to amend their complaint, or August 8, 2006, whichever is later.

Dated: _____

JOHN W. SEDWICK
United States District Judge