BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen....<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>Defendant. | Case No. 3:06-cv-068 (JWS) |

MOTION FOR EXTENSION OF TIME

Federal defendants move that the Court include in any order granting Plaintiffs' Motion for Leave to File Third Amended Complaint for Declaratory and Injunctive Relief a provision extending the time for federal defendants to answer the Third Amended Complaint to and including 45 days from the date of the order granting plaintiffs leave to file the Third Amended Complaint. This motion is supported by federal defendants' Qualified Non-Opposition to Motion for Leave to File Third Amended Complaint and Motion for Extension of Time To

Answer (Docket # 51). An order granting this motion was attached to Docket #51 and is attached again to this Motion.

  RESPECTFULLY SUBMITTED this 14th day of July, 2006, at Anchorage, Alaska.

             s/ Bruce Landon
             BRUCE M. LANDON
             U.S. Department of Justice
             Environment & Natural Resources Division
             801 B Street, Suite 504
             Anchorage, Alaska 99501-3657
             Telephone: (907) 271-5452
             Facsimile: (907) 271-5827
             Email: bruce.landon@usdoj.gov

             Attorneys for Defendants

### CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 14th day of July, 2006, a copy of the foregoing MOTION FOR EXTENSION OF TIME and Proposed Order were served electronically to the following counsel of record:

Marc D. Fink
Peter Van Tuyn

 s/ Bruce M. Landon
Bruce M. Landon