BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH, )<br>)<br>Plaintiffs,      )<br>)<br>v.                           )<br>)<br>UNITED STATES FOREST SERVICE,  )<br>an agency of the U.S. Department of Agriculture,  )<br>)<br>Defendant.     )<br>) | Case No. 3:06-cv-068 (JWS)<br><br><br><br><br>**ORDER** |

Plaintiffs' Motion for Leave to File Third Amended Complaint for Declaratory and Injunctive Relief is granted. Federal defendants shall have to and including 45 days from the date of the filing of this Order to answer the Third Amended Complaint.

Dated: 7/17/06                                    /s/
                                                         JOHN W. SEDWICK
                                                         United States District Judge