

BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FOREST SERVICE EMPLOYEES FOR    )
ENVIRONMENTAL ETHICS, and Glen....    )
                                                                  )
                                  Plaintiff,    )    Case No. 3:06-cv-068 (JWS)
                                                                  )
       v.                                                   )
                                                                  )
UNITED STATES FOREST SERVICE,    )
an agency of the U.S. Department of Agriculture,    )
                                                                  )
                                  Defendant.    )
_____)

NOTICE OF LODGING OF ADMINISTRATIVE RECORD

Pursuant to this Court's order of July 17, 2006 (Docket # 53), Federal defendants hereby

give notice of the lodging of the administrative record in this case.   The administrative record is

contained on the CD-ROM disk attached as exhibit 3 to this Notice of Lodging. Also attached to

this notice are a Certification of Administrative Record (Exhibit 1), instructions for use of the

electronic record (Exhibit 2), a schema of the record (Exhibit 4) and an index of the record

(Exhibit 5).  A paper copy of the record is available for public inspection at the Forest Service

offices in Juneau, Alaska.  Arrangements for inspecting the paper copy may be made by

contacting Winnie Blesh at (907) 586-9312 or Robin Dale at (907) 586-9344.


RESPECTFULLY SUBMITTED this 31st day of July, 2006, at Anchorage, Alaska.


_____s/ Bruce Landon_____

BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July, 2006, a copy of the foregoing was served by United States Mail, first class to the following counsel of record:

Marc D. Fink
Peter Van Tuyn

___s/ Bruce M. Landon___
Bruce M. Landon