Table of Exhibits
FSEEE and Glen Ith V. U.S. Forest Service
Case No. 3:06-cv-00068 JWS

| Exhibit No. | Description |
| --- | --- |
| Exhibit 1 | Certification of Administrative Record |
| Exhibit 2 | Read_me_first |
| Exhibit 3 | Compact Disk |
| Exhibit 4 | Record Schema |
| Exhibit 5 | Index (paper version) |