IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS and GLEN ITH, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant | CASE NO. 3:06-cv-00068 JWS |

CERTIFICATION OF ADMINISTRATIVE RECORD

I, Jack K. Oien, Roads Group Leader, for the Tongass National Forest, Alaska Region, Forest Service, United States Department of Agriculture, certify:

1.  As part of my duties I was responsible for supervising the compilation of the administrative record of the road maintenance contracts for Forest Roads 6232 and 6231, S.W. Neets, Francis Cove and Rockfish.

2.  I certify that the Administrative Record for those contracts consists of the materials listed in the attached index.

3.  I certify that the compact disk accompanying this

- 1 -

Exhibit 1
Page 1 of 2

certification contains true electronic copies of the documents in the administrative record for the contracts.

Date: 7/7/2006

Jack K. Oien

Certification of Record					- 2 -

Exhibit 1
Page 2 of 2