read_me_first

**How to Review the Electronic Record**

In the "administrative_record" folder, the record index file has been included in both .xls and .htm formats and can be found near the end of the list of files or by clicking on one of the following links: index.xls or index.htm. Each record in the index is hyper linked to a PDF, an Excel, or an HTML file for that record. In order to open a file for a specific record, click on the hyper linked record number.

If you need to download the Adobe Acrobat plugin that enables you to read .pdf files, please go to this link: http://www.adobe.com

Exhibit 2
Page 1 of 1