FSEEE and Ith v. US Forest Service
Case No. 3:06-cv-00068 JWS
Administrative Record Schema

I. Overlook Road Maintenance (Road #'s 6131 and 6132)
   A. Project Planning
       1. Maintenance Schedules/Identification of Work Needed
           a. Road Condition Surveys
           b. Road Maintenance Schedules
           c. Capital Improvement Project Submittals/Review
           d. Budget Information
           e. Other
       2. Contract Solicitation/Pre-Award Documents
       3. Correspondence
           a. Internal
           b. Other Agency
           c. Public

   B. Implementation
       1. Contract Documents
           a. Contract and Contract Adjustments
           b. Contract Daily Diaries/Other Inspections
           c. Contract Release Documents
           d. Other

II. Francis Cove Road Maintenance Work (Road #'s 8000000, 8040000, 8040300, 8040440, 8040700)
   A. Project Planning
       1. Maintenance Schedules/Identification of Work Needed
           a. Road Condition Surveys
           b. Road Maintenance Schedules
           c. Capital Improvement Project Submittals/Review
           d. Budget Information
           e. Other
       2. Other Contract Solicitation/Pre-Award Documents
       3. Correspondence
           a. Internal
           b. Other Agency
           c. Public

   B. Implementation
       1. Contract Documents
           a. Contract and Contract Adjustments
           b. Contract Daily Diaries/Other Inspections
           c. Contract Release Documents
           d. Other

FSEEE and Ith v. US Forest Service
Case No. 3:06-cv-00068 JWS
Administrative Record Schema

III. Rockfish Work (Road #'s 8000000, 8000585, 8000586, 8060000, 8060050, 8060200, 8060210, 8060220, 8060224, 8060300)
   A. Project Planning
      1. Maintenance Schedules/Identification of Work Needed
         a. Road Condition Surveys
         b. Road Maintenance Schedules
         c. Capital Improvement Project Submittals/Review
         d. Budget Information
         e. Other
      2. Contract Solicitation/Pre-Award Documents
      3. Correspondence
         a. Internal
         b. Other Agency
         c. Public

   B. Implementation
      1. Contract Documents
         a. Contract and Contract Adjustments
         b. Contract Daily Diaries/Other Inspections
         c. Contract Release Documents
         d. Other

IV. SW Neets Work (Road #'s 8060500, 8060540, 8060541, 8060542, 8060556, 8060570)
   A. Project Planning
      1. Maintenance Schedules/Identification of Work Needed
         a. Road Condition Surveys
         b. Road Maintenance Schedules
         c. Capital Improvement Project Submittals/Review
         d. Budget Information
         e. Other
      2. Contract Solicitation/Pre-Award Documents
      3. Correspondence
         a. Internal
         b. Other Agency
         c. Public

   B. Implementation
      1. Contract Documents
         a. Contract and Contract Adjustments
         b. Contract Daily Diaries/Other Inspections
         c. Contract Release Documents
         d. Other