## Administrative Record Index

| Schema | Project | Doc No. | Pages | Date | Type Document | Description/Summary | Author | Recipient |
|---|---|---|---|---|---|---|---|---|
| I A-1-a | Overlook | 4030 | 3 | 11/1/2004 | Field Notes | Engineer field notes. | USFS | |
| I A-1-a | Overlook | 4029 | 1 | 11/10/2004 | Table | Possible public works project on existing roads on the Petersburg RD. | USFS | |
| I A-1-a | Overlook | 4031 | 8 | 12/1/2004 | Field Notes | Engineer field notes (indicates thick alder in road). | USFS | |
| I A-1-a | Overlook | 3075 | 30 | Undated | Spreadsheet | Road Condition Schedule | USFS | |
| I A-1-d | Overlook | 4020 | 3 | 2002 | Spreadsheet | 2002 Final Road Maintenance Plan Petersburg RD | USFS | |
| I A-1-d | Overlook | 4021 | 4 | 2004 | Spreadsheet | 2003 Road Maintenance Plan Accomplishments Petersburg RD | USFS | |
| I A-1-d | Overlook | 4024 | 7 | 2006 | Spreadsheet | 2006 Road Maintenance Plan Petersburg RD | USFS | |
| I A-1-d | Overlook | 4022 | 6 | 2004/2005 | Spreadsheet | 2004 Road Maintenance Plan Accomplishments Petersburg RD | USFS | |
| I A-1-d | Overlook | 4023 | 12 | 2005/2006 | Spreadsheet | 2005 Road Maintenance Plan Petersburg RD | USFS | |
| I A-1-e | Overlook | 4050 | 106 | 2002 | Handbook | Road Construction Draft Handbook | USFS | |
| I A-1-e | Overlook | 1006 | 18 | 7/6/2004 | Reference | Forest Service Handbook 1909.25, Chapter 30, Categorical Exclusion from Documentation | USFS | |
| I A-1-e | Overlook | 1010 | 16 | Undated | Reference | Forest Service Handbook 1909.15, Chapter 10 (excerpts) | USFS | |
| I A-1-e | Overlook | 2050 | 8 | Undated | Reference | Transportation Forest-wide Standards & Guidelines | USFS | |
| I A-2 | Overlook | 3045 | 6 | 5/31/2005 | Contract Form | Solicitation, Officer and Award form for Overlook Roads, Contract (contains offer information from Road-N-Road). | USFS | Rock-N-Road Construction, Petersburg, AK |
| I A-3-c | Overlook | 2005 | 2 | 7/1/2005 | Briefing Paper | Road Maintenance and Access Briefing Paper | USFS | Public |
| I A-3-d | Overlook | 2022 | 4 | 1/24/2006 | Email | Email from Grantham to Stahl | Patty Grantham, USFS | Andy Stahl |
| I B-1 | Overlook | 3055b | 1 | 6/24/2005 | Form | Record of Pre-Work Meeting contract AD-0116-C-05-0002). Attendees: Mike Peterson, Steve Patton, Richard Burrell, Bob Luhr. | Steve Patton, Contracting Officer, USFS | CO, COR, Contractor, SO |
| I B-1 | Overlook | 3055a | 2 | 7/26/2005 | Letter | Designation of Project Inspector for Contract No. AG-0116-C-05-0002. | Mike Peterson, USFS, COR | Elbert Hardin, USFS |
| I B-1-a | Overlook | 3040 | 84 | 4/14/2005 | Contract | Contract | USFS | |

## Administrative Record Index

| Schema | Project | Doc No. | Pages | Date | Type Document | Description/Summary | Author | Recipient |
|---|---|---|---|---|---|---|---|---|
| I B-1-a | Overlook | 3050 | 3 | 6/10/2005 | Letter | Notice of Award | Steve Patton, Contracting Officer, USFS | Richard Burrell, Road-N-Road Construction |
| I B-1-a | Overlook | 3046 | 1 | 8/8/2005 | Form | Modification 1 | USFS | Rock-N-Road Construction, Petersburg, AK |
| I B-1-a | Overlook | 3055c | 2 | 8/12/2005 | Form | Notice to Suspend work due to Dry Weather Conditions | Mike Peterson, USFS, COR | Rickard Burrell, Rock-N-Road Construction |
| I B-1-a | Overlook | 3055d | 1 | 8/18/2005 | Form | Notice to Proceed | Mike Peterson, USFS, COR | Rickard Burrell, Rock-N-Road Construction |
| I B-1-a | Overlook | 3047 | 9 | 9/16/2005 | Form | Modification 2 | USFS | Rock-N-Road Construction, Petersburg, AK |
| I B-1-a | Overlook | 3048 | 4 | 9/19/2005 | Form | Modification 3 | USFS | Rock-N-Road Construction, Petersburg, AK |
| I B-1-a | Overlook | 3049 | 5 | 11/9/2005 | Form | Modification 4 | USFS | Rock-N-Road Construction, Petersburg, AK |
| I B-1-b | Overlook | 3053 | 1 | 9/8/2005 | Letter | Final inspection for acceptance conducted 9/7/2005 where needed work was identified. | Larry D. Dunhan, Forest Engineer, USFS | Richard Burrell, Road-N-Road Construction |
| I B-1-b | Overlook | 3054 | 1 | 10/4/2005 | Certificate of Final Inspection | Certificate of Final Inspection. | Mike Peterson, USFS, COR | Steve Patton, COR, USFS |
| I B-1-b | Overlook | 3059 | 22 | Various Dates | Contract Daily Diary | Daily Diaries (1) | Mike Peterson, USFS, COR | |
| I B-1-b | Overlook | 3060 | 22 | Various Dates | Contract Daily Diary | Daily Diaries (2) | Mike Peterson, USFS, COR | |
| I B-1-c | Overlook | 3057 | 1 | 10/4/2005 | Contract Release | Release notice with final payment. | Steve Patton, Contracting Officer, USFS | Rock-N-Road Construction, Petersburg, AK |
| I B-1-c | Overlook | 1004 | 4 | various | Forms and letter | Certificate of Final Inspection (10/4/05, 1 pg), Letter (9/8/05, 1 pg), Contract Daily Diary (9/30/05, 1 pg), Contract Release (10/4/05, 1 pg). | USFS | |
| I-A-1 | Overlook | 4040 | 2 | Undated | Road Card | Road Cards for Roads 6231 and 6232 | USFS | |

## Administrative Record Index

| Schema | Project | Doc No. | Pages | Date | Type Document | Description/Summary | Author | Recipient |
|---|---|---|---|---|---|---|---|---|
| II A-1-a | Francis Cove | 3029 | 90 | Undated | Spreadsheet | Road Condition Schedule | USFS | |
| II A-1-c | Francis Cove | 3030 | 7 | 10/28/2003 | Project Submittal | R10 Capital Investment Program -- Project Request, Project Description and Evaluation Factors | Forrest Cole, USFS | |
| II A-1-c | Francis Cove | 4008 | 12 | 11/1/2003 | Spreadsheets | Capital Investment Program (CIP) New Project Submittal Spreadsheet. This document shows CBA ranked project priorities with funding, factors, importance points, types, totals, and projections. A compilation of worksheets showing recommended projects. | Engineering and Aviation Management, R10, RO, USFS | |
| II A-1-c | Francis Cove | 4006 | 4 | 11/19/2003 | Meeting Notes | Capital Investment Program (CIP) Meeting Notes with Tables -- Selecting Paramount Advantage and Establishing Anchors. | Engineering and Aviation Management, R10, RO, USFS | |
| II A-1-d | Francis Cove | 4014 | 3 | 2002 | Spreadsheet | Final 2002 Road Maintenance Plan for KMRD | USFS | |
| II A-1-d | Francis Cove | 4012 | 2 | 2004 | Spreadsheet | Road Maintenance Plan Resurfacing Replacement Margaret Bay, Surface blading, and Slide Clean-up (give projected and actual costs). | USFS | |
| II A-1-d | Francis Cove | 4001 | 8 | 4/16/2004 | Blue Page Direction | Capital Improvements and Maintenance projects approved in the FY 2004 R10 budget. | USFS | |
| II A-1-d | Francis Cove | 4002 | 11 | 3/31/2005 | Blue Page Direction | Capital Improvements and Maintenance projects approved in the FY 2005 R10 budget. | USFS | |
| II A-1-d | Francis Cove | 4010 | 3 | 4/10/2006 | Spreadsheet | Road Maintenance Plan for KMRD | USFS | |
| II A-1-e | Francis Cove | 4050 | 106 | 2002 | Handbook | Road Construction Draft Handbook | USFS | |
| II A-1-e | Francis Cove | 1006 | 18 | 7/6/2004 | Reference | Forest Service Handbook 1909.25, Chapter 30, Categorical Exclusion from Documentation | USFS | |

## Administrative Record Index

| Schema | Project | Doc No. | Pages | Date | Type Document | Description/Summary | Author | Recipient |
|---|---|---|---|---|---|---|---|---|
| II A-1-e | Francis Cove | 3007 | 12 | 9/9/2005 | Forms | Prework meeting (1 page), Prework record of meeting (1 page), Prework Conference Guide for Construction Contracts (9 pages), List of Posters and Forms Given (1 page) | USFS | |
| II A-1-e | Francis Cove | 4011 | 2 | FY 2004 | Spreadsheet | FY 2003 Road Maintenance Plan for Ketchikan Ranger District (Shelter Cove Repair Slump, Fire Cove Reconditioning, Grader - Connell Lake/Brown Mountains, Ward Lake Parking Lot and Road). | USFS | |
| II A-1-e | Francis Cove | 1009 | 3 | Undated | Statement of Work | North Revilla Final Environmental Impact Statement (excerpts) | USFS | |
| II A-1-e | Francis Cove | 1010 | 16 | Undated | Reference | Forest Service Handbook 1909.15, Chapter 10 (excerpts) | USFS | |
| II A-1-e | Francis Cove | 2050 | 8 | Undated | Reference | Transportation Forest-wide Standards & Guidelines | USFS | |
| II A-2 | Francis Cove | 3005 | 17 | 6/22/2005 | Forms | Presolicitation Documents with requisition attached that shows projects expected costs. | USFS | |
| II A-2 | Francis Cove | 3004 | 65 | 7/11/2005 | Forms | Francis Cove Road Project solicitation No. R10-05--56 for reconstruction of 3.79 miles of forest road. | USFS | |
| II A-2 | Francis Cove | 3002 | 6 | 6/22/2006 | Presolicitation Notice | Presolicitation Notice and Modification | USFS | |
| II A-3-b | Francis Cove | 4003a | 9 | 7/21/2005 | Letter w/attachment | Request for coverage under Nationwide Permit Number Three, Maintenance, for upcoming work on Fire Cove Marine Access and Log Transfer Facility with DOE Permit Application. | Forrest Cole, Forest Supervisor, TNF | Steve Duncan, Project Manager, DOE Corps of Engineers |
| II A-3-b | Francis Cove | 4003b | 18 | 9/19/2005 | Letter w/attachment | Request to submit a Coastal Zone Project Questionnaire and Certification Statement for Log Transfer Facility and Marine Access Facility at Margaret Bay. Copy of Questionnaire, Certification Statement, Corps Permit Application, etc., included. | Larry Dunham, USFS | Ben White, ACMP Project Specialist, AK DNR |

## Administrative Record Index

| Schema | Project | Doc No. | Pages | Date | Type Document | Description/Summary | Author | Recipient |
|---|---|---|---|---|---|---|---|---|
| II A-3-b | Francis Cove | 3028 | 10 | 10/21/2005 | Letter | Permit modification on project POA-1978-233-R, Traitors Cove 8, authorizing a high-tide and a mid-tide barge loading ramp within the existing project footprint. | Lloyd Fanter, Project Manager, US Army Corps of Engineers, Elmendorf AFB, AK | Forrest Cole, Forest Supervisor, Tongass NF |
| II A-3-b | Francis Cove | 3027 | 2 | 10/25/2005 | Letter | Margaret Bay (MAF-LTF Improvements), State ID #2005-0908J, No ACMP Consistency Review Required | Ben White, ACMP Project Specialist, State of Alaska DNR | Karen Hopfer, USFS, Petersburg RD |
| II A-3-c | Francis Cove | 2005 | 2 | 7/1/2005 | Briefing Paper | Road Maintenance and Access Briefing Paper | USFS | Public |
| II A-3-d | Francis Cove | 2016 | 5 | 2/6/2006 | Email | Email from Kolund to Stahl | Kolund | Andy Stahl |
| II B-1 | Francis Cove | 3015 | 1 | 8/12/2005 | Letter | Letter awarding contract for Francis Cove reconstruction project. | Caroline Wallace, USFS, AQM | William Tonsgard, Channel Construction |
| II B-1-a | Francis Cove | 3016 | 77 | 8/11/2005 | Contract | Contract for Francis Cove reconstruction project. | USFS | Channel Construction |
| II B-1-a | Francis Cove | 3020 | 2 | 6/12/2006 | Form | Contract Modification/Change Order (Amendment #0001) | Steve Patton, USFS | Channel Construction |
| II B-1-a | Francis Cove | 1008 | 1 | Undated | Statement of Work | Statement of Work, Francis Cove Road Reconstruction Contract | USFS | |
| II B-1-b | Francis Cove | 3011 | 7 | various | Form | Daily Diaries dated: 1/18, 1/24, 1/25, 4/20, 5/22 and 6/3/2006. | Fred Norman and other USFS employees | |
| II B-1-b | Francis Cove | 3025 | 9 | various | Forms | Contract Daily Diaries dated: 1/25, 4/20, 5/1, 5/2, 5/8, 5/15, 5/24, and 5/30/2006. Certificate of Final Inspection, dated 5/30/2006, also included. | Various USFS | Record |
| III A-1-a | Rockfish | 3115 | 65 | Undated | Spreadsheet | Road Condition Schedule | USFS | |
| III A-1-c | Rockfish | 4000 | 7 | 10/1/2003 | Project Submittal | R10 Capital Investment Program -- Project Request, Project Description and Evaluation Factors | Forrest Cole, USFS | |

## Administrative Record Index

| Schema | Project | Doc No. | Pages | Date | Type Document | Description/Summary | Author | Recipient |
|---|---|---|---|---|---|---|---|---|
| III A-1-c | Rockfish | 4008 | 12 | 11/1/2003 | Spreadsheets | Capital Investment Program (CIP) New Project Submittal Spreadsheet. This document shows CBA ranked project priorities with funding, factors, importance points, types, totals, and projections. A compilation of worksheets showing recommended projects. | Engineering and Aviation Management, R10, RO, USFS | |
| III A-1-c | Rockfish | 4007 | 78 | 11/1/2003 | Scoring Worksheet | Shows Choosing by Advantages (CBA) Factors with Project Proposals | Engineering and Aviation Management, R10, RO, USFS | |
| III A-1-c | Rockfish | 4006 | 4 | 11/19/2003 | Meeting Notes | Capital Investment Program (CIP) Meeting Notes with Tables -- Selecting Paramount Advantage and Establishing Anchors. | Engineering and Aviation Management, R10, RO, USFS | |
| III A-1-d | Rockfish | 4012 | 2 | 2004 | Spreadsheet | Road Maintenance Plan Resurfacing Replacement Margaret Bay, Surface Blading, and Slide Clean-up (give projected and actual costs). | USFS | |
| III A-1-d | Rockfish | 4001 | 8 | 4/16/2004 | Blue Page Direction | Capital Improvements and Maintenance projects approved in the FY 2004 R10 budget. | USFS | |
| III A-1-d | Rockfish | 4002 | 11 | 3/31/2005 | Blue Page Direction | Capital Improvements and Maintenance projects approved in the FY 2005 R10 budget. | USFS | |
| III A-1-d | Rockfish | 4010 | 3 | 4/10/2006 | Spreadsheet | Road Maintenance Plan for KMRD | USFS | |
| III A-1-d | Rockfish | 4013 | 1 | FY 2003 | Spreadsheet | FY 2005 Road Maintenance Plan Ketchikan Ranger District (Surfacing Replacement Margaret Bay). | USFS | |
| III A-1-e | Rockfish | 4050 | 106 | 2002 | Handbook | Road Construction Draft Handbook | USFS | |
| III A-1-e | Rockfish | 1006 | 18 | 7/6/2004 | Reference | Forest Service Handbook 1909.25, Chapter 30, Categorical Exclusion from Documentation | USFS | |
| III A-1-e | Rockfish | 3085 | 5 | 3/9/2005 | Drawings | Fire Cove Marine Access Facility and Road Maintenance drawings. | USFS | |
| III A-1-e | Rockfish | 4011 | 2 | FY 2003 | Spreadsheet | FY 2003 Road Maintenance Plan for Ketchikan Ranger District (Shelter Cove Repair Slump, Fire Cove Reconditioning, Grader - Connell Lake/Brown Mountains, Ward Lake Parking Lot and Road). | USFS | |

## Administrative Record Index

| Schema | Project | Doc No. | Pages | Date | Type Document | Description/Summary | Author | Recipient |
|---|---|---|---|---|---|---|---|---|
| III A-1-e | Rockfish | 1009 | 3 | Undated | Statement of Work | North Revilla Final Environmental Impact Statement (excerpts) | USFS | |
| III A-1-e | Rockfish | 1010 | 16 | Undated | Reference | Forest Service Handbook 1909.15, Chapter 10 (excerpts) | USFS | |
| III A-1-e | Rockfish | 2050 | 8 | Undated | Reference | Transportation Forest-wide Standards & Guidelines | USFS | |
| III A-1-e | Rockfish | 3081 | 22 | Undated | Drawings | Drawings/Map | USFS | |
| III A-2 | Rockfish | 3091 | 2 | 7/18/2005 | Form | Small Business Coordinator Clearance and Contracting Officer Approval and requisition. | USFS Contracting Officer | Small Business Coordinator |
| III A-2 | Rockfish | 2015 | 65 | 8/3/2005 | Solicitation | Solicitation | USFS | |
| III A-2 | Rockfish | 3090 | 5 | 8/4/2005 | Fax | Faxed response to request from bidder regarding reissue of solicitation notice (fax 1 pg, letter from bidder 1 pg, updated solicitation notice 3 pgs). | USFS | Tammy Carroll, Ketchikan Ready Mix and Quarry |
| III A-2 | Rockfish | 3080 | 13 | undated | Solicitation | Section B-Services and Prices; Section C-Description and Specifications; Section H-Special Contract Requirements | USFS | |
| III A-3-b | Rockfish | 4003a | 9 | 7/21/2005 | Letter w/attachment | Request for coverage under Nationwide Permit Number Three, Maintenance, for upcoming work on Fire Cove Marine Access and Log Transfer Facility with DOE Permit Application. | Forrest Cole, Forest Supervisor, TNF | Steve Duncan, Project Manager, DOE Corps of Engineers |
| III A-3-b | Rockfish | 4003b | 18 | 9/19/2005 | Letter w/attachment | Request to submit a Coastal Zone Project Questionnaire and Certification Statement for Log Transfer Facility and Marine Access Facility at Margaret Bay. Copy of Questionnaire, Certification Statement, Corps Permit Application, etc., included. | Larry Dunham, USFS | Ben White, ACMP Project Specialist, AK DNR |
| III A-3-c | Rockfish | 2005 | 2 | 7/1/2005 | Briefing Paper | Road Maintenance and Access Briefing Paper | USFS | Public |
| III A-3-d | Rockfish | 2016 | 5 | 2/6/2006 | Email | Email from Kolund to Stahl | Kolund | Andy Stahl |
| III B-1 | Rockfish | 3103_5 | 1 | 9/16/2005 | Form | Designation of COR | Steve Patton, Contracting Officer, USFS | Robert Emley, USFS |
| III B-1 | Rockfish | 3103_1 | 1 | 9/29/2005 | Form | Record of pre-work meeting. | USFS | |
| III B-1 | Rockfish | 3103_2 | 1 | 10/25/2005 | Form | Notice to Proceed | Steve Patton, Contracting Officer, USFS | Ketchikan Ready Mix and Quarry |

## Administrative Record Index

| Schema | Project | Doc No. | Pages | Date | Type Document | Description/Summary | Author | Recipient |
|---|---|---|---|---|---|---|---|---|
| III B-1 | Rockfish | 3104 | 11 | 11/7/2005 | Spill Prevention Plan | Spill Prevention Plan | Ketchikan Ready Mix and Quarry | USFS |
| III B-1 | Rockfish | 3103_4 | 1 | 11/21/2005 | Form | Designation of COR | Steve Patton, Contracting Officer, USFS | Rozie Berry, USFS |
| III B-1 | Rockfish | 3086 | 9 | 8/30/2005 | Letter | Letter authorizing improvements at the Fire Cove Marine Access and log transfer facility. | US Army Corps of Engineers | US Forest Service |
| III B-1 | Rockfish | 1007 | 1 | Undated | Statement of Work | Statement of Work, Rockfish Road Reconstruction Contract | USFS | |
| III B-1-a | Rockfish | 4051 | 81 | 9/16/2005 | Contract | Contract | USFS | Ketchikan Ready Mix and Quarry |
| III B-1-a | Rockfish | 4052 | 2 | 5/23/2006 | Form | Contract Modification #1 | USFS | Ketchikan Ready Mix and Quarry |
| III B-1-a | Rockfish | 3103_3 | 1 | 1/11/2006 | Form | Designation of Inspector for contract No. AG-0116-C-05-0063 | Rozie Berry, COR, USFS | Fred Norman, USFS |
| III B-1-b | Rockfish | 3101 | 4 | 1/20/2006 | Inspection | Rockfish Road Reconstruction Environmental Engineering Inspection | Kerri Roepke, Environmental Engineer | |
| III B-1-b | Rockfish | 3082 | 9 | Undated | Notes | Field Notes regarding road work needed. | USFS | |
| III B-1-b | Rockfish | 3084 | 19 | Undated | Notes | More Field Notes regarding work needed. | USFS | |
| III B-1-b | Rockfish | 3100 | 18 | Various | Contract Diary | Contract Daily Diaries | Rozie Berry, USDA Forest Service, Ketchikan Ranger District; Fred Norman, Inspector | |
| III B-1-d | Rockfish | 3099 | 6 | 10/24/2005 | Letter | Stop work order from the court | Tammy Carrol, Ketchikan Ready Mix and Quarry | Forrest Cole, Forest Supervisor; Steve Patton, Contracting Officer; John Inman, Contracting Officer |

Case 3:06-cv-00068-JWS    Document 57-7    Filed 07/31/2006    Page 9 of 11

## Administrative Record Index

| Schema | Project | Doc No. | Pages | Date | Type Document | Description/Summary | Author | Recipient |
|---|---|---|---|---|---|---|---|---|
| III B-1-d | Rockfish | 3098 | 7 | 11/5/2005 | Letter | Proposal for camp location. | Tammy Carrol, Ketchikan Ready Mix and Quarry | Rozie Berry, USDA Forest Service, Ketchikan Ranger District |
| IV A-1-a | SW Neets | 3170 | 40 | Undated | Spreadsheet | Road Condition Schedule | USFS | |
| IV A-1-c | SW Neets | 4000 | 7 | 10/1/2003 | Project Submittal | R10 Capital Investment Program -- Project Request, Project Description and Evaluation Factors | Forrest Cole, USFS | |
| IV A-1-d | SW Neets | 4002 | 11 | 4/1/2005 | Blue Page Direction | Capital Improvements and Maintenance projects approved in the FY 2005 R10 budget. | USFS | |
| IV A-1-e | SW Neets | 4050 | 106 | 2002 | Handbook | Road Construction Draft Handbook | USFS | |
| IV A-1-e | SW Neets | 1006 | 18 | 7/6/2004 | Reference | Forest Service Handbook 1909.25, Chapter 30, Categorical Exclusion from Documentation | USFS | |
| IV A-1-e | SW Neets | 1009 | 3 | Undated | Statement of Work | North Revilla Final Environmental Impact Statement (excerpts) | USFS | |
| IV A-1-e | SW Neets | 1010 | 16 | Undated | Reference | Forest Service Handbook 1909.15, Chapter 10 (excerpts) | USFS | |
| IV A-1-e | SW Neets | 2050 | 8 | Undated | Reference | Transportation Forest-wide Standards & Guidelines | USFS | |
| IV A-2 | SW Neets | 3135 | 50 | 3/3/2005 | Solicitation | Solicitation -- Section B-Services and Prices; Section C-Description and Specifications; Section H-Special Contract Requirements | USFS | |
| IV A-2 | SW Neets | 3132 | 1 | 4/1/2005 | Form | Request for Contract Action | Larry Dunham, Engineering Staff, USFS | |
| IV A-3-b | SW Neets | 4004 | 7 | 7/21/2005 | Letter w/attachment | Request for coverage under Nationwide Permit Number Three, Maintenance, for upcoming work on Fire Cove Marine Access and Log Transfer Facility with DOE Permit Application. | Forrest Cole, Forest Supervisor, TNF | Steve Duncan, Project Manager, DOE Corps of Engineers |
| IV A-3-b | SW Neets | 4005a | 9 | 7/21/2005 | Letter w/attachment | Request for coverage under Nationwide Permit Number Three, Maintenance, for upcoming work on SW Neets Marine Access and Log Transfer Facility with DOE Permit Application. | Forrest Cole, Forest Supervisor, TNF | Steve Duncan, Project Manager, DOE Corps of Engineers |

FSEEE & Ith v. USFS

Exhibit 5
Page 9 of 11

## Administrative Record Index

| Schema | Project | Doc No. | Pages | Date | Type Document | Description/Summary | Author | Recipient |
|---|---|---|---|---|---|---|---|---|
| IV A-3-b | SW Neets | 4005b | 18 | 7/21/2005 | Letter w/attachment | Request to submit a Coastal Zone Project Questionnaire and Certification Statement for Log Transfer Facility and Marine Access Facility at SW Neets. Copy of Questionnaire, Certification Statement, Corps Permit Application, etc., included. | Larry Dunham, USFS | Ben White, ACMP Project Specialist, AK DNR |
| IV A-3-b | SW Neets | 3125a | 6 | 9/27/2005 | Letter | ACMP review is not required for modifications requested on an existing LTF located on the south shore of Neets Bay on Revillagigedo Island. | Ben White, ACMP Project Specialist, AK DNR | Karen Hopfer, USFS |
| IV A-3-b | SW Neets | 3125 | 10 | 10/18/2005 | Letter | Transmittal letter the signed US Army permit modification authorizing improvements at SW Neets Marine Access and log transfer facility. | Steve Meyers, US Army, COE | Karen Hopfer, USFS |
| IV A-3-c | SW Neets | 2005 | 2 | 7/1/2005 | Briefing Paper | Road Maintenance and Access Briefing Paper | USFS | Public |
| IV A-3-d | SW Neets | 2016 | 5 | 2/6/2006 | Email | Email from Kolund to Stahl | Kolund | Andy Stahl |
| IV B-1 | SW Neets | 3150a | 3 | 6/23/2005 | Letter w/attachment | Acceptance of offer for SW Neets (AG-0166-C-05-0019). | Stephen M. Patton, Contracting Officer, USFS | Harold Enright, President, Ketchikan Ready-Mix and Quarry |
| IV B-1 | SW Neets | 3150b | 1 | 6/30/2005 | Form | Designation of Inspector for contract No. AG-0116-C-05-0019 | Rosie Berry, USFS | Harold Enright, President, Ketchikan Ready-Mix and Quarry |
| IV B-1 | SW Neets | 3150c | 1 | 6/30/2005 | Form | Notice to proceed with contract AG-0116-C-05-0019) | Steve Patton, Contracting Officer, USFS | Ketchikan Ready Mix and Quarry |
| IV B-1 | SW Neets | 3150d | 4 | 6/30/2005 | Form | Record of Pre-Work Meeting on contract AD-0116-C-05-0019 (with handwritten field notes). Attendees: Harold Enright, Richard Burke, Rozie Berry, Steve Patton, Bob Emley. | Steve Patton, Contracting Officer, USFS | |
| IV B-1 | SW Neets | 3150e | 2 | 7/8/2005 | Emails | Note informing the USFS that the work on SW Neets would start on July 8, 2005, instead of July 7. | Tammy Carroll, Ketchikan Ready-Mix | Rozie Berry, USFS |

## Administrative Record Index

| Schema | Project | Doc No. | Pages | Date | Type Document | Description/Summary | Author | Recipient |
|---|---|---|---|---|---|---|---|---|
| IV B-1 | SW Neets | 3150f | 1 | 7/25/2005 | Form | Designation of Contracting Officer's Representative (COR) for the period 7/24-8/05/2005. | Stephen M. Patton, Contracting Officer, USFS | Robert Emley, USFS |
| IV B-1-a | SW Neets | 2013 | 67 | 4/28/2005 | Contract | Contract | USFS Contracting Officer | Ketchikan Ready Mix and Quarry |
| IV B-1-a | SW Neets | 3124 | 7 | Various | Form | Modifications from Contracting Department File | Stephen M. Patton, Contracting Officer, USFS | Ketchikan Ready Mix and Quarry |
| IV B-1-b | SW Neets | 3122 | 15 | 3/24/2005 | Drawings | Drawings | Karen Brand, for District Ranger, USFS | |
| IV B-1-b | SW Neets | 3154 | 6 | Various | Daily Diary | Contract Daily Diary and Work Order | USFS | USFS, COR |
| IV B-1-c | SW Neets | 3155 | 1 | 8/2/2005 | Inspection | Final inspection | Robert Emley, COR, USFS | USFS, COR |
| IV B-1-c | SW Neets | 3121 | 1 | 8/5/2006 | Form | Contract Release | USFS Contracting Officer | Ketchikan Ready Mix and Quarry |

Exhibit 5
Page 11 of 11
FSEEE & Ith v. USFS