```
-----Original Message-----
From: Bruce.Landon@usdoj.gov [mailto:Bruce.Landon@usdoj.gov]
Sent: Monday, August 07, 2006 11:55 AM
To: marc@marcdfink.com (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: Fourth Amended Complaint
```

Dear Marc, this email constitutes federal defendant's consent to plaintiffs' filing of your Fourth Amended Complaint, which is essentially identical to your second amended complaint. Sincerely, Bruce Landon, counsel for federal defendants.