BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,<br><br>            Plaintiffs,<br><br>      vs.<br><br>UNITED STATES FOREST  SERVICE, an agency of the U.S. Department of Agriculture,<br><br>            Defendant. | Case No: 3:06-CV-0068-JWS<br><br>**SCHEDULING AND PLANNING CONFERENCE REPORT** |

1.      **Meeting.**  In accordance with F.R.Civ.P. 26(f), the parties have met and conferred by electronic mail and telephone through the following counsel:

   Marc Fink, attorney for Plaintiffs, and

   Bruce Landon, attorney for Defendants.

   The parties recommend the following:

SCHEDULING REPORT
FSEEE v. USFS, 3:06-cv-068 (JWS)            1

2.  **Pre-Discovery Disclosures.**  Plaintiffs in this case challenge federal agency actions pursuant to the Administrative Procedure Act, and the parties agree that the requirements regarding pre-discovery disclosures and preliminary witness lists are not applicable.

3.  **Contested Issues of Fact and Law.**  The parties anticipate that there are no material facts that are in dispute in this case.

Plaintiffs believe that the legal issues concern whether the Forest Service violated the National Environmental Policy Act ("NEPA") and the Appeals Reform Act by entering into contracts and commencing with the reconstruction of logging roads without providing an opportunity for public involvement, and prior to completing the required NEPA analyses, signing decision documents, and allowing administrative appeals.

Defendants believe that the legal issue is whether this case is moot now that the work on the challenged road projects has been completed.

4.  **Discovery Plan.**  Plaintiffs in this case challenge federal agency actions pursuant to the Administrative Procedure Act, and the parties agree that a discovery plan is likely unnecessary.

   A.  Defendants filed an administrative record on July 31, 2006, which counsel for Plaintiffs received on August 3, 2006.

   B.  Plaintiffs agree to file any motion to supplement the administrative record, or for limited discovery regarding the completeness of the record, on or before August 31, 2006.

   C.  No additional discovery will be allowed without court approval.

5.  **Pretrial Motions.**  The parties anticipate that this case will be resolved on motion for summary judgment or other dispositive motion.  Upon resolution of the completeness of the administrative record, the parties will promptly meet and confer to establish a timely and appropriate briefing schedule for the summary judgment motion.  The briefing schedule will be

submitted to the court.. Federal defendants reserve the right to file a motion to dismiss prior to the filing of any summary judgment motion and to seek a stay pending the resolution of the motion to dismiss. Plaintiffs reserve the right to oppose any motion to dismiss and motion to stay. If federal defendants do not file a separate motion to dismiss, they may address any mootness or other arguments they may have in response to plaintiffs' motion for summary judgment.

6. **Other Provisions.**

    A. The parties do not request a conference with the court before the entry of the scheduling order.

    B. This matter is not considered a candidate for court-annexed alternative dispute resolution.

    C. The parties do not consent to trial before a magistrate judge.

    D. Pursuant to F.R.Civ.P. 7.1, there are no corporations that own any stock of Plaintiff FSEEE, as FSEEE is a non-profit organization.

7. **Trial.** The parties anticipate that this case will be resolved on motion for summary judgment, and that a trial will not be necessary. In the highly unlikely event that this case is not resolved on summary judgment or other dispositive motion, the parties will meet and confer regarding the potential need for a trial at that time.

Dated this 8th day of August, 2006.

Respectfully submitted,

/s Marc D. Fink
Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884

Fax: 218-525-3857
marc@marcdfink.com
Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel: 907-278-2000
Fax: 907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

s/ Bruce M. Landon
BRUCE M. LANDON
U.S. Department of Justice
Env. & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Tel: 907-271-5452
Fax: 907-271-5827
bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2006, a copy of the foregoing **SCHEDULING AND PLANNING CONFERENCE REPORT** was served electronically to the following counsel of record:

Marc D. Fink
Peter Van Tuyn

  s/ Bruce M. Landon
Bruce M. Landon