BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendant. | Case No. 3:06-cv-068 (JWS) |

ANSWER TO FOURTH AMENDED COMPLAINT

The allegations in the Fourth Amended Complaint are identical to the allegations in the Second Amended Complaint. Consequently, defendants repeat and incorporate herein their answers, defenses and prayer to the Second Amended Complaint as their answers, defenses and prayer to the Fourth Amended Complaint.

RESPECTFULLY SUBMITTED this day 11th of August, 2006, at Anchorage, Alaska.

        s/ Bruce Landon
        BRUCE M. LANDON
        U.S. Department of Justice
        Environment & Natural Resources Division
        801 B Street, Suite 504
        Anchorage, Alaska  99501-3657
        Telephone: (907) 271-5452
        Facsimile:  (907) 271-5827
        Email: bruce.landon@usdoj.gov

        Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2006, a copy of the foregoing ANSWER TO FOURTH AMENDED COMPLAINT was served electronically to the following counsel of record:

Marc D. Fink
Peter Van Tuyn

  s/ Bruce M. Landon
Bruce M. Landon