Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,<br><br>        Plaintiffs,<br><br>        vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>        Defendant. | Case No: 3:06-CV-0068-JWS<br><br>**PROPOSED BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

The parties have conferred and hereby propose the following briefing schedule for summary judgment motions in this case:

1. Plaintiffs shall file their motion for summary judgment and injunctive relief on or before October 6, 2006;

2. Defendant shall file its response to plaintiffs' motion for summary judgment and injunctive relief, and its cross-motion for summary judgment, on or before October 27, 2006;

3. Plaintiffs shall file their reply in support of their motion for summary judgment and injunctive relief, and their response to defendant's motion for summary judgment, on or before November 10, 2006;

4. Defendant shall file its reply brief in support of its motion for summary judgment on or before November 27, 2006.

Dated this 8th day of September, 2006.

Respectfully submitted,

s/ Marc D. Fink
Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

<div style="margin-left:50%">

<u>s/ Bruce M. Landon</u>
BRUCE M. LANDON
U.S. Department of Justice
Env. & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Tel: 907-271-5452
Fax: 907-271-5827
bruce.landon@usdoj.gov

Attorney for Defendants

</div>