Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH, | ) ) ) ) | Case No: 3:06-CV-0068-JWS |
| Plaintiffs, | ) ) ) | **[PROPOSED] ORDER RE: PROPOSED BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | ) ) | |
| UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) ) ) ) | |
| Defendant. | ) ) | |

Page 1,  [PROPOSED] ORDER RE: PROPOSED BRIEFING SCHEDULE ON CROSS-MOTIONS FOR
       SUMMARY JUDGMENT

The Court has reviewed the parties' proposed briefing schedule on motions for summary judgment, and sets the following schedule:

1. Plaintiffs shall file their motion for summary judgment and injunctive relief on or before October 6, 2006;

2. Defendant shall file its response to plaintiffs' motion for summary judgment and injunctive relief, and its cross-motion for summary judgment, on or before October 27, 2006;

3. Plaintiffs shall file their reply in support of their motion for summary judgment and injunctive relief, and their response to defendant's motion for summary judgment, on or before November 10, 2006;

4. Defendant shall file its reply brief in support of its motion for summary judgment on or before November 27, 2006.


Dated: _____

JOHN W. SEDWICK
United States District Judge