Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>Defendant. | Case No: 3:06-CV-0068-JWS<br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND INJUNCTIVE RELIEF** |

Plaintiffs Forest Service Employees for Environmental Ethics and Glen Ith ("FSEEE") hereby move for summary judgment and injunctive relief.  FSEEE requests a declaratory judgment that the Defendant Forest Service violated the National Environmental Policy Act and Appeals Reform Act in authorizing and implementing the Road 6231, Road 6232, SW Neets, Rockfish, and Francis Cove road reconstruction projects on the Tongass National Forest.  FSEEE also seeks injunctive relief ordering the Forest Service to close these five reconstructed logging roads with locked gates, and to implement appropriate mitigation measures as necessary to minimize the ongoing erosion and sedimentation caused by these roads, pending the agency's full compliance with the law.

This motion is based on and supported by the accompanying memorandum, the declarations, exhibits, and other papers submitted previously and herewith, and such other evidence as the Court deems proper.

DATED this 6th day of October, 2006.

Respectfully submitted,

s/ Marc D. Fink
Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884; Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000; Fax:  907-278-2004
pvantuyn@earthlink.net

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

      I hereby certify that on October 6th, 2006, a copy of Plaintiffs' Motion for Summary Judgment and Injunctive Relief was served electronically on:

Bruce M. Landon

s/ Marc D. Fink