Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel: 907-278-2000
Fax: 907-278-2004
pvantuyn@earthlink.net
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH,  )<br>)<br>)<br>)<br>Plaintiffs,                            )<br>)<br>vs.                                            )<br>)<br>UNITED STATES FOREST SERVICE, )<br>an agency of the U.S. Department    )<br>of Agriculture,                              )<br>)<br>Defendant.                            )<br>_____) | Case No: 3:06-CV-00068-JWS<br><br>**SECOND DECLARATION OF GLEN ITH** |

I, Glen Ith, declare:

1. I live in the City of Petersburg, Alaska. I am employed as a wildlife biologist for the US Forest Service on the Tongass National Forest. I have worked as a wildlife biologist for the past five years, since June 17, 2001. This date represents the effective date of my promotion to the Wildlife Biologist, GS-0486-9/3 position from a Forestry Technician position.

2. I am a member of Forest Service Employees for Environmental Ethics.

3. I receive substantial benefits from the wildlife, fisheries, recreation, and subsistence resources located on Mitkof Island, especially the southeast portion of the island, which includes the Canyon Creek and Big Creek watersheds that are located within or near the Overlook project area. The proposed timber harvest and road construction activities will negatively impact the benefits that I derive from these resources. This declaration further details the resource benefits that I receive from these areas.

4. I currently own nearly five acres of remote property five miles north of the Overlook project area at T59SR80 E, Section 23. This property is Homesite #11 in the Frederick Point East Subdivision and within the Petersburg City Boundary. Due to the proximity of the Overlook project area to this property, I am impacted to a getter extent by the management activities proposed by the Overlook project.

5. I have built a small log home on this property and currently use this facility for recreational purposes. This facility was formerly my main winter residence from 1989 to 1993. While living on this property I explored and familiarized myself with the southeastern portions of Mitkof Island. Therefore, I am very interested and concerned with management activities that take place in the vicinity.

6. The outlet to Big Creek is approximately 3 ¾ miles from the property that I own. I walk or boat to the outlet of Big Creek from this property when roads are impassable due to snow, or I drive approximately 14 miles via Forest Service Roads 6204 and 6235 and hike down to access this creek to fish. This activity takes place annually in April and May when there is an excellent steelhead run taking place. I usually average 5 to 8 trips per year during this time period. I derive outstanding recreational benefits from this easy to access fishery resource. I believe that the Big Creek run of steelhead is the largest and most viable population on Mitkof Island. The proposed Overlook timber harvest and road building activities, although taking place upsteam from the areas of Big Creek that I fish, present a risk to this steelhead population through increased egg and juvenile mortality as a result of sedimentation, erosion caused by proposed timber harvest, and the high potential for landslide activity as an indirect result of road building activities proposed and implemented in the summer of 2005. While I plan to continue fishing for steelhead each spring in this area, my use and enjoyment of the area has been harmed by the road work and proposed timber harvest.

7. I also use native Coho Salmon taken from the Big Creek drainage both as recreational and a subsistence resource beginning in late August through October. I average one or two trips annually to harvest this resource and typically take between one and five fish. The proposed Overlook timber harvest and road building activities also presents some risk to this native salmon population due to the indirect effects of timber harvest as described above in paragraph 6.

8. I annually hunt deer in the Canyon Creek watershed. Normally I only venture into this watershed once or twice during the six week hunting season. Before the summer of 2005,

Road #6232 was nearly completely grown in with red alder, western hemlock, and Sitka Spruce. I hiked the well used game trail located on this overgrown closed road until I would encounter a section of old-growth habitat located between the two large clearcuts on the western side of the watershed. I would then walk southeast, cross Canyon Creek and link into a muskeg system that would run southwest along the valley floor. This effort would provide me with a more isolated hunting experience when compared with other more heavily roaded areas in the southwestern portions of Mitkof Island. This isolated recreational experience no longer exists due the reconstruction of the only road in this watershed and the increased traffic presently occurring on this road.

      9.      On September 17, 2006, I was fortunate to have the opportunity to visit with Jens Persson, Associate Professor, Department of Animal Ecology, Swedish University of Agricultural Sciences, Umea, Sweden. We ventured to the Canyon Creek watershed and parked at the makeshift road closed sign now present about 2/3 up the length of Road 6232 from the junction of Road #6235. We noticed firearms discharging from further up this road where a vehicle was parked. While the Forest Service has attempted to put a "road closed" sign half way up this newly reconstructed road, it is obviously not effective, as seen by the attached photo. Other hunters can now use this road to access game that had been isolated and fairly protected due to the overgrown conditions of this road. Unless the Forest Service is required to close this road with locked gates and take other action to mitigate the harm it has caused by reconstructing this road, hunting in this formerly isolated watershed is no longer an option for me in the near future due to the reconstruction. And because much of the rest of Mitkof Island is heavily roaded, I will struggle to find another isolated hunting area.

Page 4, SECOND DECLARATION OF GLEN ITH

10. In addition to closing these roads with locked gates, there are other effective mitigation measures that would help reduce and remediate the erosion and sedimentation that is currently resulting from the reconstructed roads, such as erosion blankets and the planting of alder.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of October, 2006.

*[Signature]* October 4, 200[6]
Glen Ith