TABLE OF EXHIBITS

Defendants' Response to Plaintiffs' Motion for
Summary Judgment and Injunctive Relief

*Forest Service Employees for Environmental Ethics v. U.S. Forest Service,*
3:06-CV-068 (JKS)

11. Declaration of Patricia A. Grantham

12. Declaration of Robert J. Emley

13. Tongass Land Management Plan 1997 (excerpts)

14. Overlook Project Area Volume Strata Figure 3-2, Environmental Assessment Overlook Timber Sale Project

15. Overlook Study Area topographical map showing 40 foot contours