BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... | ) ) ) |
| Plaintiff, | ) Case No. 3:06-cv-068 (JWS) ) |
| v. | ) ) |
| UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) ) ) |
| Defendant. | ) ) |
| _____ ) | |

DECLARATION OF ROBERT J. EMLEY

Pursuant to 28 U.S.C. § 1746, Robert J. Emley declares and states:

1. I am a civil engineering technician Ketchikan-Misty Fiords

   Ranger District, Tongass National Forest, USDA Forest

   Service.  I have held that position for six years on the

   Ketchikan-Misty Fiords Ranger District and prior to that for

   approximately 20 years in other locations in the Ketchikan

   area.

FSEEE v. USFS, 3:06-cv-068 (JWS)        1

EXHIBIT 12
Page 1 of 7

2. As part of my responsibilities I do contract administration of road construction, reconstruction, maintenance and reconditioning projects on the District. I am also the engineering representative on the NEPA interdisciplinary teams on the district and am responsible for putting together actual road construction and reconstruction contracts. I make the statements in this declaration based on personal knowledge and Forest Service records.

3. The S.W. Neets, Rockfish and Francis Cove road systems are located in the vicinity of Traitors Cove on the northwestern part of Revilla Island. Although Ketchikan is also on Revilla Island, the roads in the Traitors Cove area are not connected to the Ketchikan road system. Nor are the S.W. Neets, Rockfish and Francis Cove road systems connected to each other. Rather, each of the road systems ends in a log transfer facility. Access to the site from Ketchikan is by boat or float plane. Boat access from Ketchikan takes approximately an hour and a half to two hours each way.

4. All of the roads reconstructed as part of the S.W. Neets, Francis Cove and Rockfish reconstruction/maintenance contracts were built pursuant to the North Revilla FEIS during the 1990's or were in existence even prior to that date. Since that time the roads in those systems have been used by the public.

FSEEE v. USFS, 3:06-cv-068 (JWS)            2

EXHIBIT 12
Page 2 of 7

5. Almost all public use had been either to access the Margaret Creek Wildlife Observation Site, recreation or for deer hunting.  Access to the observation site is by van barged out to the log transfer facility at Margaret (Francis Cove road system) by float plane tour operators and left there for the summer tourist season.  Deer hunters use foot, bicycles and motorcycles or ATVs for access.  Hunting access by deer hunters using trucks is very uncommon because few hunters have the barge or special boats that would be necessary to bring trucks ashore at the log transfer facilities.  I would estimate that on a weekend in late October or early November when most hunting occurs, there would be from three to seven ATV or motorcycle users on the Francis Cove system, three to five on the Rockfish system and one to three on the S.W. Neets system.

6. Prior to the reconstruction/maintenance contracts for S.W. Neets, Francis Cove and Rockfish, all roads in those road systems were passable by truck with the following exceptions.

   a.   Road 8060210   (0.55 miles)

   b    Road 8000586    (0.63 miles)

   c.   Road 8040444    (0.278 miles)

   d.   approximately the final quarter mile of 8060500 was not passable by truck, but was passable by ATVs and motorcycles.

FSEEE v. USFS, 3:06-cv-068 (JWS)

EXHIBIT 12
Page 3 of 7

e.   approximately the final hundred feet of 8060224 were not

passable by truck, but passable by ATVs and motorcycles due

to a slide.

7.   In plaintiffs' summary judgment brief at page 30,

plaintiffs suggest that the Court should "consider additional

mitigation measures to help reduce the erosion and sedimentation

that is currently resulting from the reconstructed roads"

specifically suggesting "erosion blankets and the planting of

alder."  When the Forest Service reconditions, performs

maintenance, constructs or reconstructs roads, it uses best

management practices designed to prevent environmental harm,

including sedimentation and erosion. The Forest Service

reconditions, maintains and reconstructs roads to *improve* the

environmental effects of the roads.  For example, reconstruction

and maintenance contracts include the clearing of slides and

ditches to prevent drainage over that road surface.  Laying of

new surface rock and regrading the road are likewise designed to

prevent erosion and sedimentation.   Plaintiffs suggestion that

the Court should order an "erosion blanket" is erroneous because

there is no such mitigation measure.  In my 25 years in

administering contracts I have never had placed anything called

an "erosion blanket." All contract packages contain typical

mitigation measures, and no erosion blanket is shown on those

typicals.  Nor is there a definition of "erosion blanket" in the

FSEEE v. USFS, 3:06-cv-068 (JWS)          4

EXHIBIT 12
Page 4 of 7

<u>Standard Specifications for Construction of Roads and Bridges on</u>
<u>Federal Highway Projects FP-03.</u>  The standard provision for dealing with any area of exposed soil which can lead to erosion during reconditioning, maintenance reconstruction, or construction is the spreading of grass seed on exposed areas within a certain period of time, usually 14 days, or if the seeding window, April 15-September 15, is closed, to require seeding as soon as practical in the spring. Such seeding has already occurred on the S.W. Neets, Rockfish and Francis Cove contracts. The contracts also give the Contracting Officer and his or her Representative authority to require the contractor to utilize other control methods to eliminate erosion *during contract activities*. These methods include the use of straw bales, silt fences, brush barriers, water bars and culverts. Straw bales are the most commonly used erosion control method used *during* reconditioning and maintenance activities. Grass seeding is used as the most effective long term erosion control method. If slides or similar events occur after construction, both of these erosion control methods are used, often within hours, if not days of the occurrence, when forest resources are threatened. The Forest Service responds to such slides and other problems through the use of Indefinite Delivery Indefinite Quantity (IDIQ) contracts.  IDIQ contractors are on contract to respond to these types of occurrences within days of the event.

EXHIBIT 12
Page 5 of 7

8.   Nor is planting of alder a reasonable mitigation measure for these roads.   Alder regrows on roads in the Tongass naturally without any need for planting.  In fact, much of the maintenance of roads on the Tongass consists of continuing efforts to control alder.   Any attempt to "plant" alder on the reconstructed road surface would disturb that surface and increase sedimentation and erosion concerns. The planting of alder would require excavation to plant the seedlings. Using a "Hoedad" or other hand tools, to dig holes in the roadbed surface would result in excavation materials being eroded into ditchlines or streams. When Alder grows larger, the only method of removal is pulling to get the rootstock, resulting in a substantial amount of road material entering into the ditchline or streams. Effective and timely, brushing and reconditioning of roadbeds during maintenance operations is critical to eliminate or reduce any erosion.

9.   I am unaware of any further measures necessary or helpful at this time to eliminate or minimize sediment or erosion of the S.W. Neets, Rockfish and Francis Cove road systems beyond those already undertaken pursuant to Forest Service best management practices.

    I declare under penalty of perjury that the foregoing is true and correct.


Dated:     ____October 23, 2006_____


FSEEE v. USFS, 3:06-cv-068 (JWS)          6

EXHIBIT 12
Page 6 of 7

___/s/ Robert J. Emley

ROBERT EMLEY

EXHIBIT 12
Page 7 of 7