

**United States
Department of
Agriculture**

**Forest Service**

Alaska Region
R10-MB-338dd

1997



# Land and Resource Management Plan

## Tongass National Forest



EXHIBIT 13
Page 1 of 2

## Standards & Guidelines

3. Coordinate other resource management activities to maintain or improve habitat conditions for moose. Manage roads to minimize adverse effects of human access on moose populations.

XVI. *American Marten*
   A. Implement a Forest-wide program, in cooperation with the Alaska Department of Fish and Game, to provide and conserve habitat to assist in maintaining long-term sustainable marten populations.
      1. Where marten mortality concerns have been identified, cooperate with the Alaska Department of Fish and Game to assist in managing marten mortality rates to within sustainable levels. Consider both access management on National Forest lands and hunter/trapper harvest regulations administered by the Alaska Department of Fish and Game.
         a) Participate in interagency monitoring of marten populations on the forest.
         b) Where marten data suggest that mortality exceeds sustainable levels, work with the Alaska Department of Fish and Game to identify probable sources of mortality. In an interagency analysis, examine the relationship between hunter/trapper marten harvest and human access.
         c) Where road access has been determined, through the analysis, to significantly contribute to unsustainable marten mortality, implement effective road closures to reduce mortality. Effective road closure prohibits motorized traffic (e.g., may include removing culverts or bridges versus only signing). Off-Highway Vehicle travel restrictions may also be necessary. To meet this direction, develop and implement road management objectives through an interdisciplinary process (see Transportation Forest-wide Standards & Guidelines).
      2. The objective is to manage high value marten habitats in areas of timber harvest in higher risk biogeographic provinces to retain features of forest stand structure important to marten habitat use. Higher risk biogeographic provinces include regions where significant amounts of past timber harvest has established a large component of forest stand structure in young conifer stands (e.g., harvested since 1954) with little or no residual forest structure within the stands. These provinces are East Chichagof, Mitkof/Kupreanof, North and Central Prince of Wales, Etolin Island and Vicinity (excluding Zarembo Island where marten are absent), and Revillagegado Island and Vicinity. High value marten habitat includes stands below 1,500' elevation in high volume productive old-growth timber strata as identified in the latest version of the Interagency Marten Habitat Capability Model. High value habitat may be verified by project level review of model projections considering on-site specific information and stand characteristics.
         a) Implement the following standards and guidelines in 2. b) and 2. c) for high value marten habitat, unless local information from Southeast Alaska indicates that the marten habitat objective may be accomplished by employing different methods. Document the analysis to use other methods through the NEPA process. Examples of such local information include: 1) habitat relationships information on the structure of forest stands used and selected by marten for various life functions; 2) the response of marten populations to the configuration of habitat at the landscape scale; 3) the amounts and dynamics of coarse woody debris in various habitat types of forest stands and the relationship to marten habitat use; and 4) the amount and distribution of high value marten habitat that will be protected through land allocations or standards and guidelines (e.g., habitat reserves, riparian buffers, beach fringe corridors, etc.) that maintain the integrity of the old-growth forest and the known or inferred marten population response to that combination of protected habitat.
         b) In VCU's in the higher risk biogeographic provinces where over 33 percent of the productive old growth forest has been converted to young conifer stands (e.g., harvested since 1954) or will exceed this amount after a proposed project activity, vegetation management that creates openings over 2 acres should use silvicultural methods to meet the following forest stand structural characteristics after harvest:
            (1) Maintain an average of over 30 percent canopy closure throughout the harvest unit. Remaining trees should be uniformly distributed throughout the stand, but trees may