

Figure 3-2. Overlook Project Area Volume Strata