

**Overlook Study Area Legend**

── Roads

▭ Managed Stands

┈ Study Area Boundary

〰 40 ft. Contours

c:/workspace/sm_projects/overlook40conmxd MP

EXHIBIT 15
Page 1 of 1