BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendant. | Case No. 3:06-cv-068 (JWS) |

(PROPOSED) ORDER AND PERMANENT INJUNCTION

1. The Court declares that the road maintenance/reconstruction contract for Roads 6231 and 6232 constitutes an action connected to the proposed Overlook timber sale project and that the road maintenance/reconstruction should be considered together with the proposed timber sale in the environmental assessment for the proposed Overlook timber sale project.

2. The Court declares that the S.W. Neets, Rockfish and Francis Cove road

maintenance/reconstruction contracts constitute actions connected to the proposed Traitors Cove timber sale project and that the road maintenance/reconstruction should be considered together with the proposed timber sale in the environmental impact statement for the Traitors Cove timber sale project.

3. Until the Forest Service issues a Decision Notice for the Overlook timber sale project and that Decision Notice becomes implementable pursuant to 36 CFR § 215.9, the Forest Service is enjoined from performing road maintenance/reconstruction of Roads 6231 and 6232.

4. Until the Forest Service issues a Record of Decision for the Traitors Cove timber sale project and that Record of Decision becomes implementable pursuant to 36 CFR § 215.9, the Forest Service is enjoined from performing road maintenance/reconstruction of the roads in the S.W. Neets, Francis Cove and Rockfish road maintenance/reconstruction contracts.

5. The prohibitions in paragraphs 3 and 4 are subject to the following exceptions:

    a. Forest Service employees may spread grass seed and fertilizer on areas of exposed soil.

    b. The Forest Service may maintain the road to the Margaret Creek Wildlife Observation Site.

    c. The Forest Service may undertake emergency maintenance/reconstruction in response to occurrences such as slides or culvert failures if the Forest Service determines that failure to do that maintenance/reconstruction promptly poses the risk of significant environmental harm or threat to the public safety. The Forest Service shall promptly notify the Court whenever it undertakes such emergency maintenance/reconstruction.

Dated. _____          _____
                                       JOHN W. SEDWICK
                                       United States District Judge