Marc D. Fink (MN License # 343407)
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884
Fax: 218-525-3857
marc@marcdfink.com

Peter Van Tuyn (AK Bar # 8911086)
Bessenyey & Van Tuyn
310 K Street, Suite 200
Anchorage, AK 99501
Tel:  907-278-2000
Fax:  907-278-2004
pvantuyn@earthlink.net
Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and GLEN ITH, | ) ) ) ) | Case No: 3:06-CV-00068-JWS |
| Plaintiffs, | ) ) ) | **THIRD DECLARATION OF GLEN ITH** |
| vs. | ) ) | |
| UNITED STATES FOREST  SERVICE, an agency of the U.S. Department of Agriculture, | ) ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |


I, Glen Ith, declare:

1.      I live in the City of Petersburg, Alaska and am employed with the US Forest

Service on the Tongass National Forest.  I provide the following information based on my

personal experiences and knowledge of the Overlook area.

Page 1, DECLARATION OF GLEN ITH

2.    Mitkof Island is about 113,000 acres in size, and much of the old-growth habitat on the island has been reduced significantly in the last half century by timber harvest and road building activities. Timber harvest continues to be concentrated in the remaining habitat that is available for old growth wildlife species, which is a major concern to the Alaska Department of Fish and Game biologist located here in Petersburg. For example, one concern centers on reduced marten population viability on the island due to an increase and improvement in roads. These improved conditions for human access will likely lead to high marten mortality by trapping and indirectly lead to the reduction of high value marten habitat.

3.    From my personal experience on the island, I know that here are four areas where the impacts from past management activities are not as readily apparent. These areas have recovered naturally to a state where they allow a remote recreational experience and the roads, which are grown over, naturally provide only foot traffic. The Central Mitkof Roadless Area #222 is one of these areas, and was important to me for hunting and recreation because it provided these two important attributes. The heart of this area is located in the Overlook project area which has been significantly impacted by the recent road reconstruction and reopening of Road #6232.

4.    This roadless area was important enough for me to first publicly testify in the Overlook EA subsistence hearing, which proposed altering this area. I then presented written comments on the EA and later appealed the Decision Notice for this EA, which was dismissed. I finally joined in this lawsuit to challenge and expose the illegal road reconstruction activities and other serious breaches of NEPA concerning this proposal. Human access into this area is now much easier and has clearly increased due to the road reconstruction efforts completed last year.

Page 2, DECLARATION OF GLEN ITH

5.    As part of the injunctive relief in the lawsuit we ask to effectively close Road #6232. We also ask for remediation for the pre-decisional road reconstruction activities and timber harvest efforts that nullified the no-action alternative as described in the Overlook EA. These activities are continuing to harm the environment through erosion and sedimentation of creeks.

This portion of the injunctive relief measure was partially born out of frustration with the realization that public testimony and prepared written comments submitted by not only me but several other members of concerned citizens from this community concerning this proposal meant nothing, since at the time of the testimony and during the comment period a contract for the road reconstruction, which was part of several action alternatives, was knowingly being implemented.

6.    From research that I have conducted on my own time, I have reviewed a method of returning this road to its former "grown over" condition which involves the use of "myco-blankets" or "mycofiltration mats" in the restoration process and can be reviewed at http://www.fungi.com/mycotech/roadrestoration.html. I believe that this creative bioremediation technique could be applicable here in Southeast Alaska with beneficial results.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November, 2006.

Glen Ith