BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-cv-068 (JWS) |
| v. | ) ) ) | |
| UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) ) ) | |
| Defendant. | ) ) | |

NOTICE OF SUBMISSION OF PROPOSED FINAL JUDGMENT

Pursuant to the Court's Order and Opinion, filed December 15, 2006, Docket # 71, the parties have conferred and hereby give notice of the submission of the attached Proposed Final Judgment. Counsel for plaintiffs has authorized the undersigned to file this proposed judgment form as the joint submission of the parties.

RESPECTFULLY SUBMITTED this 17th day of January, 2007, at Anchorage, Alaska.

          s/ Bruce Landon
          BRUCE M. LANDON
          U.S. Department of Justice
          Environment & Natural Resources Division
          801 B Street, Suite 504
          Anchorage, Alaska  99501-3657
          Telephone: (907) 271-5452
          Facsimile:  (907) 271-5827
          Email: bruce.landon@usdoj.gov

          Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2007, a copy of the foregoing Notice of Submission of Proposed Final Judgment and attached (Proposed) Final Judgment were sent electronically to the following:

Marc D. Fink
Peter Van Tuyn

  s/ Bruce M. Landon
Bruce M. Landon