BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, <br><br> Defendant. | Case No. 3:06-cv-068 (JWS) |

UNOPPOSED MOTION TO FILE CORRECTED PROPOSED FINAL JUDGMENT

Federal defendants move to file the attached corrected proposed final judgment. By Order and Opinion filed December 15, 2006 (Docket # 71) the Court ordered the parties to confer and submit a proposed form of judgment consistent with the order no later than January 18, 2006. The parties filed a Notice of Submission of Proposed Final Judgment on January 17, 2007 (Docket # 72). The Court has not yet signed the proposed judgment form.

Federal defendants believe that the proposed final judgment filed on January 17th contains a drafting defect that makes it inconsistent with the Court's Opinion and with the controlling law. Specifically, while the injunction provisions in paragraphs 3 and 4 of Docket #72 provide that the restrictions expire when the decisions on the Overlook and Traitors Cove timber sales become final and may be implemented, there is no comparable language in paragraph 5 of Docket # 72.

> Paragraph 5 of Docket # 72 reads:
>
> 5. The Forest Service must restrict access to Roads 6231 and 6263 and the roads maintained or reconstructed pursuant to the S.W. Neets, Francis Cove and Rockfish road maintenance/reconstruction contracts in a manner designed to prevent any significant increase in the nature and extent of motorized traffic from the historical usage of the roads, i.e., prior to the time the Forest Service awarded the road maintenance /reconstruction contracts referred to in paragraphs 1 and 2.

This language is patterned after the language at page 10 of the Court's Order and Opinion, (Docket # 71). However, it is inconsistent with the remainder of the Order and Opinion. It is clear that the Court did not intend the access restriction to continue without any time limitation. The Court imposed the restriction because it found a violation of the National Environmental Policy Act (NEPA) and sought to protect the environment pending compliance with that act through the completion of the NEPA documents then being prepared for the Overlook and Traitors Cove timber sale projects. At page one of the Order and Opinion, the Court described plaintiffs' request for relief as follows:

> FSEEE and Ith also seek injunctive relief ordering the Forest Service to close these five reconstructed logging roads with locked gates, and to implement appropriate mitigation measures as necessary to minimize the ongoing erosion and sedimentation caused by these roads *pending the agency's full compliance with*

*the law.*
(Emphasis added).

The corrected proposed Final Judgment attached hereto remedies the defect in the current paragraph 5 by dividing it into two paragraphs (one for the Overlook roads and one for the Traitors Cove roads) and inserting in each of those paragraphs the same time limitations as appear in paragraphs 3 and 4.

Counsel for plaintiffs has authorized the undersigned to represent that this motion is unopposed.

RESPECTFULLY SUBMITTED this 7th day of February, 2007, at Anchorage, Alaska.

s/ Bruce Landon
BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 7th day of February, 2007, a copy of the foregoing Motion to File Corrected Proposed Final Judgment and attached (Proposed) Final Judgment were served electronically to the following counsel of record::

Marc D. Fink
Peter Van Tuyn

  s/ Bruce M. Landon
Bruce M. Landon