BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS, and Glen.... | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-cv-068 (JWS) |
| v. | ) ) | |
| UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | ) ) ) | |
| Defendant. | ) ) ) | |

SETTLEMENT AND STIPULATION REGARDING ATTORNEY FEES

Defendant and all plaintiffs stipulate and agree:

1.  The United States Department of Agriculture, Forest Service (hereafter "Forest

Service") shall pay to plaintiffs jointly, thirty-three thousand dollars ($33,000) in full satisfaction

of any and all claims by plaintiffs against federal defendants for attorney's fees, expenses and

costs in this action.

2.  This settlement does not constitute an admission or evidence as to the liability or lack

of liability for fees, expenses, or costs as to any portion of this action.  Nor shall it constitute an

admission or evidence as to any other issue in this case or any future litigation.

    3.  This settlement shall not be interpreted to require the payment of funds not

appropriated by Congress.

RESPECTFULLY SUBMITTED

Dated: February 23, 2007                    s/ Bruce M. Landon
                                            BRUCE M. LANDON
                                            U.S. Department of Justice
                                            Environment & Natural Resources Division
                                            801 B Street, Suite 504
                                            Anchorage, Alaska  99501-3657
                                            Telephone: (907) 271-5452
                                            Facsimile:  (907) 271-5827
                                            Email: bruce.landon@usdoj.gov

                                            Attorney for defendant


Dated: February 23, 2007                    s/ Marc D. Fink
                                            MARC D. FINK
                                            4515 Robinson Street
                                            Duluth, Minnesota 55804
                                            Tel: 218-525-3884
                                            Fax: 218-525-3857
                                            marc@marcdfink.com

                                            Attorney for plaintiffs

-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2007, a copy of the foregoing Settlement and Stipulation Regarding Attorney Fees was served electronically to the following counsel of record:

Marc D. Fink
Peter Van Tuyn


  s/ Bruce M. Landon
Bruce M. Landon