# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

FOREST SERVICE EMPLOYEES FOR ENVIRONMENTAL ETHICS

v.

UNITED STATES FOREST SERVICE

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                    CASE NO. 3:06-cv-00068-JWS

Robin M. Carter

PROCEEDINGS: **CLERK'S NOTICE**                 DATE: September 4, 2008

## RETURN OF ADMINISTRATIVE RECORD

The following Administrative Record, lodged on July 31, 2006 in the above referenced case, is hereby returned to the attorney of record for United States Forest Service.

[]{ADMINRET.WPD*Rev.12/96}